## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| ALICE PEAK, | ) |
|        Plaintiff, | ) |
|  | )   Civil Action No. 05-1912 |
| v. | )   JGP |
|  | ) |
| DISTRICT OF COLUMBIA | ) |
|        Defendant. | ) |

_____

### ORDER

In consideration of the Plaintiff's Motion for Default Judgment, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Defendant shall immediately place M.P. at Rock Creek Academy and fund his placement there;

ORDERED that the Defendant shall fund independent clinical, occupational therapy, speech and language and social history evaluations of M.P; and it is further

ORDERED that within 10 days of receipt of those evaluations, the Defendant shall convene a Multi-Disciplinary Team Meeting in order to review the evaluations, to develop an appropriate Individualized Education Program for M.P., and to develop an appropriate compensatory education plan for M.P. based on the Defendant's failure to provide M.P. with a free appropriate public education; and it is further

ORDERED that the Defendant shall pay the Plaintiff's reasonable attorneys' fees and costs incurred in bringing the administrative hearing and this action.

SO ORDERED.

_____
JOHN GARRETT PENN
United States District Judge

1