## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK, | ) |
|  | ) |
|     Plaintiff, | ) |
|  | ) |
| v. | )    Civil Action No. 05-1912 (JGP) |
|  | ) |
| DISTRICT OF COLUMBIA, | ) |
|  | ) |
|     Defendant. | ) |

## <u>ORDER</u>

       Upon consideration of Defendant's Opposition to Plaintiff's Motion for Default Judgment, Plaintiff's response, if any, and the record in this proceeding, it is, this ____ day of _____, 2006,

       ORDERED:  that Plaintiffs' Motion for Default Judgment is hereby DENIED.


_____
UNITED STATES DISTRICT JUDGE