*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **ALICE PEAK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1912 (JGP) |
| | ) |
| **DISTRICT OF COLUMBIA,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on **Plaintiff's Motion for Default Judgment [4]**. Plaintiff appears not to have properly served Defendant until January 6, 2006, subsequent to her filing of the motion for default judgment. Defendant filed an answer on January 30, 2006. Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment [4] is **DENIED.**


DATE: February 24, 2006                          **JOHN GARRETT PENN**
                                                 **United States District Judge**