*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **ALICE PEAK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    Civil Action No. 05-1912 (JGP) |
| | ) |
| **DISTRICT OF COLUMBIA,** | ) |
| | ) |
| **Defendant.** | ) |

**SCHEDULING ORDER**

This case was filed on September 28, 2005.  The parties appeared before the Court for an initial scheduling conference on March 4, 2006.  Based on the representations of the parties at that hearing and in their joint statement, it is hereby **ORDERED**

    1.  The case will remain with this Court for all purposes except discovery.  The case may be assigned to a Magistrate Judge for the purpose of resolving any discovery disputes. In the event of a discovery dispute, the parties must meet and confer in an effort to resolve the dispute.  If a discovery motion is filed, the moving party must certify that the parties have met and conferred in an effort to resolve the dispute.

    2.  Defendant shall file the administrative record on or before April 10, 2006.

    3.  The parties shall file summary judgment motions on or before May 15, 2006.

    4.  The parties shall file oppositions to dispositive motions on or before June 30, 2006.

    5.  The parties shall file replies to oppositions to dispositive motions on or before July 17, 2006.

    6.  This matter is scheduled for a status hearing on August 8, 2006 at 11:00 A.M. in

Courtroom 15.  This hearing shall be a status hearing unless the Court determines that a hearing on the dispositive motions is necessary, in which case it shall be a motions hearing.

      7. The parties shall advise the Court if they think mediation is appropriate.  If the case is referred for mediation, discovery will proceed as scheduled.

      8.  If the parties object to anything in this order, they may file objections on or before April 17, 2006.

      **SO ORDERED.**


**DATE: April 5, 2006**                                                       **JOHN GARRETT PENN**
                                                                                    **United States District Judge**