UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 05-1912 (JGP) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

## ADMINISTRATIVE RECORD

Attached is the administrative record in this proceeding.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General
 for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [012914]
Chief, Equity Section II

**/s/_Carol E. Burroughs**
CAROL E. BURROUGHS [415432]
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6520
Fax: (202 727-3625
carol.burroughs@dc.gov

April 10, 2006