**Alice Peak v. District of Columbia**
**Civil Action No. 05-1912 ( JGP )**

**Index of Record**

| Description | Page |
|---|---|
| Certification of Record | 1 |
| Hearing Officer's Decision, 8/30/05 | 2 |
| Request for Mediation/Hearing with attachment dated 6/29/05 | 8 |
|     Attachment to Hearing Request – 6/29/05 | 11 |
| Hearing Notice – 7/13/05 | 13 |
| Plaintiff's Disclosure Letter dated 8/15/05 w/att. | 14 |
|     Hearing Notice dated 7/13/05 | 16 |
|     DCPS Psychoeducational Evaluation, 7/12/04 | 17 |
|     DCPS Speech and Language Evaluation, 7/14/04 | 25 |
|     DCPS Social History, 7/26/04 | 28 |
|     MDT Meeting Notes, 8/12/04 | 31 |
|     IEP Meeting Notes, Report Card 8/12/04 | 34 |
|     IEP Report Card, 1/25/05 | 52 |
|     Disclosure Letter and Fax Confirmation, 6/21/05 | 69 |
|     Request for Hearing/Mediation, 6/29/05 | 71 |
| DCPS Disclosure Letter, 8/16/05 | 75 |
|     Letter of Invitation, 6/10/05 | 77 |
|     Letter to Mr. Hull from Taiya Gregory, 6/10/05 | 78 |
| Transcript of Hearing, 8/23/05 | 81 |