# CERTIFICATION OF RECORD

## INDIVIDUALS WITH DISABILITIES EDUCATION ACT (IDEA) 20 USC § 1400

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### *Office of Compliance*
### *Student Hearing Office*

In the Matter RE: **M.     . P.     and Malcolm X**

Case Information:   Hearing Dates: August 23, 2005
Held at: **District of Columbia Public Schools Headquarters**
**825 N. Capitol St., N.E.**
**Washington, D.C.  20002**
Student Identification Number: 9076039
Student's Date of Birth:   '     '96
Attending School: **Malcolm X**
Managing School:  **Same**
Hearing Request Date(s) June 30, 2005

## CERTIFICATION OF RECORD

I, **Sharon Newsome, Student Hearing Coordinator, Student Hearing Office**,

DO HEREBY CERTIFY that the attached Record of Proceeding and attached Index of

Exhibits itemizes the entire record in the above entitled matter as of this date, consisting

of all letters, pleadings, orders, exhibits, depositions.

I FURTHER CERTIFY that the materials forwarded herewith are either the

original or true copy of the original documents submitted in this matter.

EXECUTED this 1st day of November 2005.

**HEARING COORDINATOR**
**STUDENT HEARING OFFICE**

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
ENFORCEMENT AND INVESTIGATION DIVISION

SPECIAL EDUCATION DUE PROCESS HEARING

CONFIDENTIAL

## HEARING OFFICER'S DETERMINATION

STUDENT: M      P.              DATE OF BIRTH:      '96

ADDRESS:
Washington, D.C.

PRESENT SCHOOL ATTENDING: Malcolm X
HOME SCHOOL:  Malcolm X

DATE OF HEARING: August 23, 2005

TESTIFIED AT THE HEARING:

Alice Peak                    Grandmother
Taiya Gregory*                Special Education Coordinator, Malcolm X
Keren Plowden*                Director, Rock Creek Academy
Carolyn Houck*                Attorney for Student
(* Testified by telephone)

Student's Representative: Douglas Tyrka, Esq.
Address: 5505 Connecticut Ave., N.W.
Washington, D.C. 20015
FAX: 301-951-4248

School System's Representative: Tiffany Puckett, Esq.
Address: 825 N. Capitol Street, N.E., Washington, D.C. 20002

**INTRODUCTION:**

A hearing was held at the District of Columbia Public Schools (DCPS), 825 N. Capitol Street, N.E., Washington, D.C. 20002, on August 23, 2005, at the request of Carolyn Houck, counsel for the grandparent/legal guardian and the student. Tiffany Puckett represented DCPS, the other party to this hearing.

**JURISDICTION:**

The hearing was held and this decision was written pursuant to the Individuals with Disabilities Education Act (IDEA) (P.L. 101-476), reauthorized as the IDEA Improvement Act of 1997 (P.L. 105-17) 20 U.S.C. 1400 Et. seq.; and their current regulations, specifically the Code of Federal Regulations at 34 CFR Part 300; further reauthorized as the IDEA Improvement Act of 2004 (P.L. 108-446) and District of Columbia Municipal Regulations, Chapter 30, Education Handicapped, Title V, Sections 3000-3099.

**ISSUE:**

1.  Did DCPS deny a Free Appropriate Public Education (FAPE) to the student by failing to develop an appropriate IEP and implement that IEP?

2.  Did DCPS fail to propose an appropriate placement for the student?

**DOCUMENTS SUBMITTED BY DCPS:**

**DCPS-1-DCPS-2**

**DOCUMENTS SUBMITTED BY STUDENT:**

**MP-1-MP-10**

**FINDINGS OF FACT:**

1.  The student is a nine-year-old male student who has been found eligible for special education services by DCPS as a student with the disability classification of a learning disability (LD). (MP-6 & 8)

2.  At a January 25th 2005 MDT meeting held at Malcolm X School, an IEP was developed for the student that provided for 15 hours of specialized instruction and one hour of speech therapy. The grandmother/guardian participated in the MDT meeting and signed that she agreed with the contents of the IEP. The grandmother reported in the MDT Meeting

3

Notes that she saw "overall improvement in M⁣           school
performance". The special education teacher reported in the MDT Notes:
"Mi        is beginning to show some signs of improvement. He has
mastered some of the short-term objectives. Of late, Mi        has not been
running out of the classroom." The speech pathologist reported: "M⁣
has made some progress with regards to vocabulary development. He
continues to struggle with expressing himself verbally and processing
lengthy information. Therapy will continue to address the above stated
deficits." The general education teacher reported: "M⁣       ⁣ is unable to
do 3ʳᵈ grade work but he is able to do below grade level reading and math.
He says he doesn't understand the 3ʳᵈ grade social studies. His behavior
has improved." (MP-8) The special education coordinator testified that
he is doing pretty well and showed a level of improvement on his Stanford
Nine test scores. She further testified that both the special education
teacher and regular teacher felt he was making progress. The grandparent
also stated he is making overall improvement. (Testimony of Ms.
Gregory) The grandmother acknowledged that she stated the student is
making overall improvement at the above January MDT meeting.
(Testimony of Ms. Peak)

3.    Ms. Gregory testified that the grandmother who lives across the street
      from the school and visits the school often did not indicate to her problems
      with M⁣

4.    Upon receiving a letter from counsel for the grandmother, the special
      education coordinator sent on June 10ᵗʰ 2005, a Letter of Invitation to an
      MDT meeting on three possible dates to both the grandparent and counsel
      for the student, Ms. Houck. Ms. Gregory faxed the Letter of Invitation to
      counsel for the student Ms. Houck (DCPS-1) Ms. Gregory also faxed with
      the Letter of Invitation a letter to Ms. Houck stating: "I am writing to
      schedule a multidisciplinary team meeting for Mi        Pe       I have
      spoken to the grandmother/guardian, Alice Peak who stated that she is
      available on June 20, 2005 at 9:30 a.m. I am attaching a letter of
      invitation with several dates. If I do not hear from you by June 15, 2005, I
      will confirm your attendance for June 20, 2005 at 9:30 a.m. Please feel
      free to contact me on 202-645-3409." (DCPS-2) Ms. Gregory received a
      fax confirmation that both the Letter of Invitation and the above letter
      were successfully transmitted. (DCPS-2) Ms. Gregory also called the
      lawyer's officer on June 10ᵗʰ leaving a message of scheduling of an MDT
      meeting to discuss concerns.

5.    On June 20ᵗʰ at 9:30 a.m., the grandmother showed up for the MDT
      meeting and the MDT team was ready to convene the meeting, but counsel
      for the grandparent did not appear. Ms. Gregory received a telephone call
      from Ms. Houck at that time stating that she was not participating in the
      meeting and did not want it to go forward. Ms. Houck did not state a

reason why she could not attend. Ms. Gregory has a very clear memory of that telephone conversation especially because it was not pleasant, but Ms. Houck, counsel for the grandparent could not recall the conversation nor does she recall what happened on June 20th 2005. Ms. Houck testified that she had no record of receiving the Letter of Invitation or Ms. Gregory's letter to her. Ms. Houck also testified that she did not contact Malcolm X to set up a meeting to discuss concerns regarding the student before filing her hearing request. This hearing officer finds that the DCPS documents and testimony of Ms. Gregory show that Ms. Gregory did fax a Letter of Invitation and letter to counsel for the grandparent and these documents were successfully transmitted to counsel for the grandparent's office. This hearing officer finds the detailed testimony of Ms. Gregory regarding the scheduling of the MDT meeting and the events of June 20th more believable and credible than Ms. Houck who could not recall the June 20th conversation at all or any events of June 20th.

6.    The student has been accepted at the Rock Creek Academy. The student will be in a self-contained classroom with a maximum of six students. There are currently four students scheduled for that class with this student. The teacher is certified in special education. Related services providers are on staff to provide counseling and speech therapy. (Testimony of Ms. Plowden)

## DISCUSSION AND CONCLUSIONS OF LAW:

The above Findings of Fact set out efforts of DCPS to convene an MDT meeting to discuss any concerns of the grandparent, but counsel for the grandparent frustrated that process through non-responsiveness and non-cooperation. This hearing officer has found as a fact that counsel for the grandparent received on June 10th 2005 from DCPS a Letter of Invitation and a letter to an MDT meeting followed up on June 10th with a telephone call about the scheduling of the MDT meeting. This hearing officer finds it significant that counsel for the grandparent called on June 20th at the very time of the scheduled MDT meeting to tell the special education coordinator that she would not attend and that the meeting should not go forward. Ms. Houck also testified that she did not contact DCPS to discuss any concerns before filing her hearing request. This fact pattern is similar to the facts in *Lesesne v. D.C. (Civil* Action No. 04-0620, July 26th 2005). Federal District Judge Kollar-Kotelly recently ruled in that case: "Plaintiff-spurred on by a quest for attorney's fees- was actively avoiding that meeting and postponing any progress until an Administrative Hearing on the matter...Holding out for a hearing where an administrative officer may order an IEP/MDT meeting when the invitation to such a meeting has already been sent further delays the process." As the Fourth Circuit Court of Appeals held in *Combs v. School Bd. of Rockingham County*, 15 F. 3d 357, 364 (1994); "[T]he school district should have been given notice and the opportunity to rectify the situation before Combs brought an administrative action and subsequent lawsuit." U.S. District Judge Messite in *Sanger v. Montgomery County Board of Education*, 916 F. Supp. 518 (U.S.D.C. MD. 1996) relied on *Combs* and stated:

4                                                                                          5

"The Sangers' efforts to jump directly to a due process hearing in March, 1992, rather than engage in a CARD meeting, is especially troubling because such an approach has the effect of short-circuiting the educational review process."  This hearing officer finds that counsel for the parent engaged in the same type of troubling conduct of holding out for a hearing instead of going through the MDT educational review process that the above federal courts found further delays the educational process to the detriment of the student and fails to give the school district an opportunity to rectify the situation.

It is hereby **ORDERED** that:

**Counsel for the grandparent's request for relief is DENIED and the case is DISMISSED.**

This is the final administrative decision in this matter.  Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

Seymour DuBow, Esq.
**Impartial Hearing Officer**                    Date filed: August 30, 2005

Date Issued:

5                                                                          6

HHL 1
Start: 9:19

# ATTENDANCE SHEET

| STUDENT'S NAME: | M͟i͟ ͟ ͟R͟ ͟ | |
|---|---|---|
| HEARING DATE: | 8/23/05 | |

| PRINTED NAME | ON BEHALF OF DCPS OR STUDENT | TITLE |
|---|---|---|
| Tiffany Puckett | DCPS | Atty Advisor |
| Alicemae Penk | student | ~~parent~~ grandmother |
| Douglas Tyrka | student | Counsel for ~~Parent~~ Grandmother |
| | | |
| | | |
| | | |

_Impartial Hearing Officer_

*Note requested date*                    2005 JUN 30 PM 2: 00

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## REQUEST FOR MEDIATION/HEARING

DC PUBLIC
SCHOOL SYSTEM

This form shall be used to give notice to the District of Columbia Public Schools and/or a District of
Columbia Public Charter School of parental disagreement with the identification, evaluation or
educational placement of their child with a disability, or the timely provision of a free appropriate
public education to that child, and to request a hearing and/or mediation regarding the same.
This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol
Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556

eral law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent
d ation may be beneficial in your case. Please indicate your decision:

__ I REQUEST MEDIATION __ I REQUEST MEDIATION AND A HEARING _X_ I REQUEST A HEARING

## STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

dent Name: M___ Q___                                    DOB: ___ /96

dress: ___

sent School of Attendance: ___         Home School: ___ 20032
        Malcolm X                     (Neighborhood school where child is registered)

## MPLAINT IS MADE AGAINST: DCPS
                           DCPS and/or D.C. Public Charter School-specify charter school

## IVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

n: Alice Peak

ress: same

ne: (H) _____ (W) _____ (Fax) _____

tionship to Student: __ Parent __ Self _✓_ Legal Guardian __ Parent Surrogate __ Public Agency

## RENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

e: Carolyn Houck     Phone: (W) 301-951-0748 (Fax) 301-951-424
ess: 5505 Connecticut Ave N W #124 Washington DC
                                                    20015

rm 101                                              ASSE AC

8

TUE 16:52 FAX 202442...24   DCPS SPECIAL ED DEPT

☑005

You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings: _no ~~monthly~~ Friday hearing please_   _August 10, 11,~~12~~_
Mediation: _Dates good for 2 business days_

FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).

FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

    Interpreter
    ___ Foreign Language _____
    ___ Sign Language _____
    ___ Other _____

Form 101

Special Communications _____

Special Accommodation for Disability _____

Other _____

In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
(You may attach additional pages to provide more information if needed.)

Describe the nature of the problem:

*See attached page*

Describe issues to be addressed at the mediation and/or hearing, with specificity:

*See attached page*

Describe relevant facts relating to the problem:

*See attached page*

State how you would like to see the problem corrected:

*see attached page*

                                      29
                                      6/28/05

*Carolyn Houck, Attorney for parent*

Signature of Applicant/Parent (Required)                Date (Required)

### MAIL, FAX, OR DELIVER APPLICATION TO:
### Student Hearing Office of the District of Columbia
### 825 North Capitol Street, NE, 8th Floor
### Washington, DC 20002       FAX: (202) 442-5556

---

**FOR OFFICE USE ONLY:**

Case Number: _____

Student ID#: _____

Form 101                                   Revised 02/01/2003

---

**ATTACHMENT TO HEARING REQUEST**
**June 29, 2005**

Student:    Mi    P

DOB:      , 1996

**Nature of the problem and issues to be addressed at the hearing:**

1. Failure to evaluate in all areas of suspected disabilities;
2. Failure to perform occupational therapy evaluation pursuant to DCPS psychologist's recommendation;
3. Failure to develop adequate and accurate IEP;
4. Failure to implement IEP (failure to provide specialized instruction and related services);
5. Failure to provide due process rights when suspending Mi
6. Failure to provide appropriate placements for several school years
7. Failure to provide appropriate placement for school year 2005/06.

**Relevant facts relating to the problem/background** (information provided for school year 2004/05):

M. P attends Malcolm X Elementary School where he is currently in the third grade. He was promoted to the third grade even though he cannot read. Mi walks the halls at school all day every day and has been suspended one time for fighting. The grandmother is called to the school to pick him up on an almost daily basis. Feeling like the school was taking advantage of her proximity to the school, the grandmother began refusing to pick him up. The school is now insisting that she come to the school to assist the teachers in dealing with M s behavior.

M. teacher reported to the grandmother that she never sees Mi in class. She does however, see his jacket and books in the classroom. That is because Mi is off walking the halls. His grandmother goes to the school and walks the halls herself, attempting to make sure M is in class. M older sister is often asked to assist with M s behavior as well.

M IEP identifies him as requiring part-time special education as a learning disabled student. This is probably not an accurate classification. M requires a clinical evaluation as soon as possible.

**Proposed resolution:**

1. DCPS to fund M placement in a private school identified by the parent for school year 2005/06;
2. DCPS to fund independent clinical, functional behavioral, occupational therapy, and social history evaluations;
3. DCPS to develop an adequate and accurate IEP;
4. DCPS to provide compensatory education.

CAROLYN W. HOUCK
*Attorney at Law*
5505 Connecticut Ave. N.W. No. 174
Washington, D.C. 20015

Admitted in Maryland
& The District of Columbia

Tel: (301) 951-0748
Fax: (301) 951-4248

## Facsimile Cover Page

Date: _____

To: _SHO_ _____

_____

_Please no Friday hearings._ _____

_____

**Fax Number:** _____

**From:** _____Carolyn Houck_____

**Total number of Pages (including cover sheet):** _____

**Comments:** _Hearing Requests_

1) _M... ;P. ' - note requested date_

TRANSMISSION VERIFICATION REPORT

```
TIME   : 07/13/2005 11:33
NAME   : STUDENT HEARINGS OFF
FAX    : 2024425556
TEL    : 2024425432
SER.#  : BROH3J608601
```

```
DATE,TIME          07/13  11:32
FAX NO./NAME       93019514248
DURATION           00:00:25
PAGE(S)            01
RESULT             OK
MODE               STANDARD
                   ECM
```

# District of Columbia Public Schools
### Office of Compliance
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



## HEARING NOTICE

MEMORANDUM VIA: [✓] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:  Parent (or Representative): _C. Houck_          Fax No.: _(301) 951-4248_

RE:  LEA Legal Counsel: _I. Puckett_

_P____, M____
Student's Name_          and (LEA) DOB: ____ _/96_

FROM:  __SHARON NEWSOME__
Special Education Student Hearing Office Coordinator

DATE SENT:  __7/13/05__

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
__6/30/05__. Please be advised that the hearing has been scheduled for:

DATE:  _8/23/05_

TIME:  _9:00 Am_

AT:  825 North Capitol Street, NE Washington, DC

13

CAROLYN W. HOUCK
*Attorney at Law*
5505 Connecticut Ave. N.W. No. 174
Washington, D.C. 20015

Admitted in Maryland
& The District of Columbia

Tel: (301) 951-0748
Fax: (301) 951-4248

August 15, 2005

Tiffany Puckett, Esq.
Office of the General Counsel
District of Columbia Public Schools

Re:    M      . P      Disclosure Notice

Dear Ms. Puckett:

At the upcoming hearing for Mi       P      in addition to documents and witnesses disclosed by DCPS,
the parent may rely on the documents and may call the witnesses listed below.  The parent reserves the
right to rely upon any documents or witnesses previously disclosed or offered into evidence by either
DCPS or the parent during any earlier hearing related to this student.

**Documents:**[1]

| | | |
|---|---|---|
| 1. | 08/15/05 | This Disclosure Letter |
| 2. | | Hearing Notice |
| 3. | 07/12/04 | DCPS Psychoeducational Evaluation |
| 4. | 07/14/04 | DCPS Speech and Language Evaluation |
| 5. | 07/26/04 | DCPS Social History |
| 6. | 08/02/04 | DCPS IEP, including Notes |
| 7. | 08/12/04 | DCPS IEP Report Card |
| 8. | 01/25/05 | DCPS IEP |
| 9. | 06/21/05 | Disclosure Letter and Fax Confirmation |
| 10. | 06/28/05 | Hearing Request |

**Witnesses:**[1]

Mi       P      Student
Ms. Alice Peak, Guardian
Carolyn Houck, Esq.
Ms. Sharon Millis, Special Education Expert
Ms. Jacqueline Donnell, Special Education Advocate/Legal Assistant
Ms. Keren Plowden, Rock Creek Academy

Sincerely,

Carolyn Houck, Esq.

---

[1] Documents 3-8 were sent to OGC on July 21, 2005, prior to the hearing being continued.
[1] Some witnesses may testify by telephone and/or use a designee.

```
HP LASERJET 3150                                    SEND CONFIRMATION REPORT FOR
PRINTER/FAX/COPIER/SCANNER                          HP LASERJET 3150
                                                    3019514248
                                                    AUG-15-05    2:25PM
```

| JOB | START TIME | USAGE | PHONE NUMBER/ADDRESS | TYPE | PAGES | MODE | STATUS |
|-----|-----------|-------|---------------------|------|-------|------|--------|
| 523 | 8/15  2:23PM | 2'11" | 2024425098 | PC SEND........ | 9/ 9 | EC144 | COMPLETED................................... |
|     | TOTAL | 2'11" | PAGES SENT: 9 | PAGES PRINTED: 0 | | | |

# FAX

TO: Tiffany Packett

Voice Phone Number:

From: Craig Hack
Company:
Fax Number: 3015143248
Voice Number: 3015143248

### MESSAGE

Coordinates NC    IR.

Date: 8/15                    Pages:  1 of

# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8ᵀᴴ Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



### HEARING NOTICE

**MEMORANDUM VIA:** [✓] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

**TO:**   Parent (or Representative): *C. Houck*     Fax No.: *(301) 951-4248*

   LEA Legal Counsel: *T. Puckett*

**RE:**   *P.     M.*     _____ and (LEA) DOB: __ / __ /96_
   Student's Name

**FROM:**   **SHARON NEWSOME**
   Special Education Student Hearing Office Coordinator

**DATE SENT:** _____ *7/13/05*

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on *6/30/05*. Please be advised that the hearing has been scheduled for:

   **DATE:** _____ *8/23/05*

   **TIME:** _____ *9:00 Am*

   **AT:**   825 North Capitol Street, NE, Washington, DC
       8ᵃ Floor

   **ASSIGNED HEARING OFFICER:** _____

[ ] **THIS IS A FINAL NOTICE OF HEARING:** If you wish to request a continuance of this hearing, you must submit your request in *writing on the attached form* to the Special Education Student Hearing Office at the above address, or by fax at 202 442-5556. All decisions regarding continuances are made *exclusively* by the Hearing Officer, and cannot be made by SHO administrative staff. Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled above.

[✓] **THIS IS A PROVISIONAL NOTICE OF HEARING:** The SHO was unable to accommodate any of your proposed dates. If you are unavailable for the above date, you must inform the SHO in writing (letter or fax) that the date is unavailable and specify times during the next four business days when you are either available or unavailable for a teleconference with the Hearing Officer. If the SHO does not receive a response from you within three business days of your receiving this provisional notice, the notice becomes a final notice of hearing that may be modified with only a request for a continuance.

Failure to appear for a properly scheduled hearing may result in dismissal of the case or a default judgment against you. Disclosure of evidence and witnesses to the opposing party is required at least *five business days* prior to the hearing with copies to the Special Education Student Hearing Office.

District of Co;lumbia Public Schools
Division of Special Education

Psychoeducational Evaluation

## CONFIDENTIAL REPORT PF PSYCHOEDUCATIONAL EVALUATION

NAME: Mi        l P.......          SCHOOL:  Malcolm X ES
BIRTH DATE:    '/  '96             DATE OF EVALUATION:  7/9/04
STUDENT'S AGE: 7.6                 DATE OF REPORT:  7/12/04
STUDENT'S GRADE:  2ND              PSYCHOLOGIST:  Kathleen M. Shaw

### REASON FOR REFERRAL
Seven year old Mi       P.       was referred for a psychoeducational assessment to determine
learning disabilities.

### BACKGROUND INFORMATION
The complaints indicated that Michael was performing poorly in reading and math during the
school year.

M .......  has no significant history of medical problems and has never been hospitalized.  Mi
lives with his grandmother and is being reared by her.  He has three other siblings.  He claimed
that his mother is deceased and he has very little contact with his father.  He reported that he has
no behavior problems at school or at home and gets along well with his grandmother.

### ASSESSMENT PROCEDURES USED AND INFORMATION SOURCE
Wechsler Intelligence Scale for Children - Third Edition
Wechsler Achievement Test - Second Edition
Bender Visual Motor Integration
Human Figure Drawing
Interview

### BEHAVIORAL OBSERVATIONS
M       came to the testing site on his own from his summer school program located at Malcolm

X ES. Upon his arrival, he immediately adjusted and was anxious to get started. His appearance was neat and clean and appeared very preoccupied with the tennis shoes he was wearing. He was very engaging and talkative through the process. His attitude toward the evaluation was positive and as it was explained to him. For the first half an hour, M:      had good focus, but after, he became very restless and kept asking the time over and over again. He had concerns about missing lunch and aftercare. He was constantly in motion for the rest of the evaluation and needed redirecting. He demonstrated good skills for some tasks, but others like reading, spelling, writing basic sentences, telling stories, regrouping and renaming in math, his skills were poor. He was not one, however, to give up on difficult tasks, but kept on working outside of his time limit. He admitted that he had difficulty reading and doing math problems, but he was unconcerned about the difficulties he was experiencing. His concentration level was not consistent and at times needed to be reminded to listen to instructions and directions. He indicated that his future goal is to become a policeman so that he can help others. His general speech was coherent, his demeanor pleasant and his attitude cooperative. He was oriented to person, place, time and situation.

## ASSESSMENT RESULTS AND INTERPRETATION
### Cognitive Functioning
M      was administered the Wechsler Intelligence Test, third edition which measures cognitive abilities and provide specific information regarding areas of cognitive functioning. It is divided into two areas, the Verbal and the Nonverbal. The Verbal consists of verbal comprehension, long-term auditory memory for facts learned at school and the environment, vocabulary development and verbal abstract reasoning skills. The Nonverbal consists of the ability to analyze and produce abstract thinking and problem solving skills using eye-hand coordination with visual information. It also compares the abilities of M.      with others in his age group.

M      s performance on the Wechsler was the Low Average range, IQ score 84 and percentile rank 14%. M      exhibited significant strength on the Arithmetic subtest, scaled score =12. The indication is that M      seems to have specific strength with numerical abilities. Mental control, however appears to be his weakest. He has poor ability to attend and hold information in short-term memory while performing some operation with it and then to correctly produce the transformed information. He also achieved his best performance among the verbal reasoning tasks on the Similarities subtest, scaled score =9. On the Similarities subtest, M      demonstrated the ability to abstract meaningful concepts from verbally presented material. His weakest performance was on the Comprehension subtest which was below that of most children his age. The subtest assesses in particular, his comprehension of social situations and social judgment as well as his knowledge of conventional standards of social behavior.

On the Performance Scale, M      performed at the Borderline range according to his IQ score of 74 and percentile rank of 4%. His nonverbal abilities are better than those of approximately 4% of students his age. He achieved his best performance among the nonverbal reasoning tasks on the Object Assembly and Block Design subtests, scaled scores = 8 and 8. His performance on Object Assembly is an indication of his general ability in perceptual organizational tasks, that is, tasks that require mentally organizing, nonverbal, spatial information into meaningful part/whole

relationships. The Block Design assesses his ability to mentally organize visual information, specifically, to analyze part/whole relationships when information is presented spatially. His weakest performance was on subtest, Picture Arrangement. This assesses his abilities to infer cause and effect in social situations. On this test, he indicated very poor ability for attentiveness to relevant details.

M      : Full Scale performance IQ was 77 with a percentile rank of 6%. His general cognitive ability is within the Borderline range of intellectual functioning as measured by the Wechsler Intelligence Scale. His verbal skills are slightly over his nonverbal skills. His verbal reasoning abilities are most appropriately characterized by his score on the Verbal Comprehension Index - VCI = 79 which is above that of approximately 8% of his peers.

Academic Functioning

M      was administered the Wechsler Achievement, Second Edition which measures achievement skills in Reading, Mathematics, Reading Comprehension and other key academic areas.

READING - The Reading tasks consist of sight words, decoding and reading comprehension. His overall performance as indicated by his Composite Standard score was the low average range, 78 and percentile rank, 7%. Individual subtests indicated standard scores of 84 in Word Reading, grade level, 1.1, 72 in Reading Comprehension, grade level <1.0 and Pseudoword Decoding 83, grade level PreK:5.4. Both his decoding skills and recognizing sight words were consistent, but his Reading Comprehension skills were significantly lower.

MATHEMATICS - This area consists of basic arithmetic concepts and applications. His Composite Standard score was 74 at the borderline range with a 4% percentile rank. His standard score for Numerical Operations was 97 with a grade level of 1.0 and his standard score for Math Reasoning was 82 with a grade level 1.0. He scored higher on tasks with numbers than on tasks consisting of words and numbers due to his poor listening skills.

WRITTEN LANGUAGE - This area required M      to do letter production, write sentences and other related tasks to the classroom. His overall Composite Standard score was 87 and percentile rank 19% placing his performance within the low average range. His standard score for the subtest Spelling was 90 with a grade level of 1.5, for the Written Expression, 87 and a grade equivalent of K:8 His skills are considered equal in these areas.

ORAL LANGUAGE - Oral Language deals with verbal memory, short-term, word fluency, writing, processing and understanding oral language and visual information. Overall Composite Standard Score, 62 and percentile rank, 1% placing his performance at the deficient range. Individually, his standard score for Listening Comprehension was 67 with a grade level of PreK5:2 and 67 for Oral Expression with a grade equivalent of Pre:K:1. He is significantly weak in these two areas and is performing below other children in his age range.

Perceptual Functioning

19

Mi       was administered pencil and paper test of visual motor integration consisting of copying designs. It assesses attention to visual details, spatial organization and visual motor integration development. M.       performance fell within the deficient range. He paid very little attention to details and made several errors. His performance was below his age range.

## DIAGNOSTIC IMPRESSION

According to the results on Wechsler Intelligence Scale for Children - third edition, his overall reasoning abilities exceed those of approximately 6% of children his age. His Full Scale IQ is 77 at the Borderline range.   Both his verbal and nonverbal skills are within the borderline range to the low average range. M.       Comprehension skill, however are weak for providing solutions to everyday problems and also for inferring cause and effect.

Academically, Mi       was low in Reading Comprehension at the borderline range, Math Reasoning at the borderline range, Listening Comprehension and Oral Expression at the deficient range.  His overall weakness is in Oral Language.

Perceptually, his visual integration skills are weak and further evaluation may be needed. Emotionally, he does not indicate any serious emotional problems.

Mi       t profile shows some difficulties with Oral Language dealing with word fluency, semantics, writing, processing visual information, understanding and producing oral language. He is still at the stage of developing these skills, but there are some concerns about his current weaknesses and his ability to handle the demands of a higher grade.

Based on the present information on hand, I am recommending at this time that he be referred for an OT evaluation and from the results, the appropriate recommendations will be made.

Kathleen M. Shaw
DCPS Certified School Psychologist

20

## IQ SCORES SUMMARY

| SCALE | IQ | 90% CONFIDENCE INTERVAL | PR | CLASSIFICATION OF INTELLECTUAL FUNCTIONING |
|---|---|---|---|---|
| Verbal | 84 | 80- 90 | 14 | Low Average |
| Performance | 74 | 70- 83 | 4 | Borderline |
| Full Scale | 77 | 73- 83 | 6 | Borderline |

Difference Between VIQ and PIQ = 10 (p < .15, Freq =44.5%)

## INDEX SCORES SUMMARY

| | INDEX | 90% CONFIDENCE INTERVAL | PR |
|---|---|---|---|
| Verbal Comprehension | 79 | 75- 86 | 8 |
| Perceptual Organization | 76 | 71- 85 | 5 |
| Freedom from Distractibility | 84 | 78- 94 | 14 |
| Processing Speed | 70 | 66- 83 | 2 |

## SUBTEST SCORES SUMMARY

| VERBAL SUBTESTS | RAW SCORE | SCALED SCORE | PR |
|---|---|---|---|
| Information (IN) | 6 | 6 | 9 |
| Similarities (SM) | 9 | 9 | 37 |
| Arithmetic (AR) | 14 | 12 | 75 |
| Vocabulary (VO) | 10 | 5 | 5 |
| Comprehension (CO) | 6 | 4 | 2 |
| (Digit Span DS) | 3 | 2 | <1 |

| PERFORMANCE SUBTESTS | RAW SCORE | SCALED SCORE | PR |
|---|---|---|---|
| Picture Completion (PC) | 8 | 5 | 5 |
| Coding (CD) | 30 | 6 | 9 |
| Picture Arrangement (PA) | 2 | 2 | <1 |
| Block Design (BD) | 11 | 8 | 25 |
| Object Assembly (OA) | 13 | 8 | 25 |
| (Symbol Search SS) | 5 | 2 | <1 |

### GRAPH OF SUBTEST SCALED SCORES



| SUBTEST | IN | SM | AR | VO | CO | DS | PC | CD | PA | BD | OA | SS | MZ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SS | 6 | 9 | 12 | 5 | 4 | 2 | 5 | 6 | 2 | 8 | 8 | 2 | |
| SEM | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 2 |

## DIFFERENCES BETWEEN SUBTEST SCORES AND MEAN OF SUBTEST SCORES

| SUBTEST | SCALED SCORE | DIFF. FROM MEAN | SIGNIF. OF DIFF. | FREQ. | S/W |
|---|---|---|---|---|---|
| **VERBAL** | | | | | |
| Information (IN) | 6 | -0.33 | ns | >25% | |
| Similarities (SM) | 9 | 2.67 | .15 | 25% | |
| Arithmetic (AR) | 12 | 5.67 | .05* | <1% | S |
| Vocabulary (VO) | 5 | -1.33 | ns | >25% | |
| Comprehension (CO) | 4 | -2.33 | ns | >25% | |
| (Digit Span DS) | 2 | -4.33 | .05* | 10% | W |

Mean of Six Verbal Subtest Scaled Scores = 6.33
Scatter = 10  (p < .05, Freq = 4.5%)

| SUBTEST | SCALED SCORE | DIFF. FROM MEAN | SIGNIF. OF DIFF. | FREQ. | S/W |
|---|---|---|---|---|---|
| **PERFORMANCE** | | | | | |
| Picture Completion (PC) | 5 | -0.17 | ns | >25% | |
| Coding (CD) | 6 | 0.83 | ns | >25% | |
| Picture Arrangement (PA) | 2 | -3.17 | .15 | 25% | |
| Block Design (BD) | 8 | 2.83 | .15 | 25% | |
| Object Assembly (OA) | 8 | 2.83 | ns | 25% | |
| (Symbol Search SS) | 2 | -3.17 | .15 | 25% | |

Mean of Six Performance Subtests Scaled Scores = 5.17
Scatter = 6  (p < .05, Freq = 62.1%)

* significant at the .05 level

WISC-III Writer Windows Version 1.0



Wechsler Individual Achievement Test
Second Edition

**Examinee:** M    P.    **Date Tested:** 7/9/2004
**Grade:** 2    **Sex:** Male    **Date of Birth:** / 96
**Examiner:** Kathleen Shaw    **Age:** 7 years 6 months
**Summary Report**    **Age Based Scores**

| WIAT-II Subtests | Standard Score | Composite Standard Score | Confidence Interval 95% | Percentile | Age Equivalent | Grade Equivalent | Other NCE |
|---|---|---|---|---|---|---|---|
| **Reading** | | | | | | | |
| Word Reading | 84 | | 80- 88 | 14 | 6:4 | 1:1 | 28 |
| Reading Comprehension | 72 | | 66- 78 | 3 | <6:0 | <1:0 | 11 |
| Pseudoword Decoding | 83 | | 79- 87 | 13 | 4:4 | PreK5:4 | 26 |
| **Composite Score** (Sum of Subtest SS) | 239 | 78 | 75- 81 | 7 | | | 19 |
| **Mathematics** | | | | | | | |
| Numerical Operations | 82 | | 69- 95 | 12 | 6:4 | 1:0 | 25 |
| Math Reasoning | 70 | | 62- 78 | 2 | 5:4 | K:3 | 8 |
| **Composite Score** (Sum of Subtest SS) | 152 | 74 | 65- 83 | 4 | | | 13 |
| **Written Language** | | | | | | | |
| Spelling | 90 | | 83- 97 | 25 | 6:8 | 1:5 | 36 |
| Written Expression | 87 | | 76- 98 | 19 | 5:8 | K:8 | 32 |
| **Composite Score** (Sum of Subtest SS) | 177 | 87 | 80- 94 | 19 | | | 32 |
| **Oral Language** | | | | | | | |
| Listening Comprehension | 67 | | 55- 79 | 1 | 4:0 | PreK5:2 | 4 |
| Oral Expression | 67 | | 57- 77 | 1 | 4:0 | PreK5:1 | 4 |
| **Composite Score** (Sum of Subtest SS) | 134 | 62 | 53- 71 | 1 | | | <1 |
| **Total Composite Score** (Sum of All Subtest Standard Scores) | | 73 | 69- 77 | 4 | | | 12 |

| Supplemental Scores | Raw Score | Quartile | Decile |
|---|---|---|---|
| **Reading** | | | |
| Reading Comprehension | 72* | 1** | |
| Target Words | 6 | 1** | |
| Reading Speed | 0 | 4** | |
| **Written Expression** | | | |
| Alphabet Writing | 3 | | |
| Word Fluency | 3 | 1 | |
| Word Count | 0 | | |
| Holistic Score (Paragraph or Essay) | 0 | | |
| **Oral Expression** | | | |
| Word Fluency | 6 | 1 | |

**Reading Rate\*\***

[graph grid with axes labeled 1, 2, 3, 4 horizontally and 1, 2, 3, 4 vertically]

1 - Far below average to below averag
2 - Below average to average
3 - Average to above average
4 - Above average to far above averag

\*Represents standard score.  \*\*Represents quartile scores using grade based normative data.

THE PSYCHOLOGICAL CORPORATION

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## DIVISION OF SPECIAL EDUCATION
## SPEECH AND LANGUAGE SERVICES
## SPEECH AND LANGUAGE EVALUATION REPORT
### Discussion and Findings

| | | | |
|---|---|---|---|
| **Student:** | M        P | **School:** | Malcolm X ES |
| **DOB:** | .  /96 | **Examiner:** | Charron M. Mitchell, MA CCC-SLP |
| **DOE:** | 07/09/04 | **CA:** | 7 years, 7months |
| **Date of Report:** | 07/14/04 | **Student ID:** | 9076039 |

**Reason for Referral/Background Information:**

M         was referred for this speech and language evaluation as part of a comprehensive assessment of his current educational needs. The purpose of this assessment is to determine if there is evidence of an oral communication disorder that impacts M     l's educational performance. M         is an 7 year, 7 month old male student who recently completed the second grade at Malcolm X ES. He will be entering the third grade in the Fall 2004-2005 school year. M   .   . reported to this examiner that he likes school. Ms. Alice Peak, M.   . .'s maternal grandmother reported that M        frequently has trouble with listening skills. Specific areas of concern included: (1) following spoken directions, (2) remembering things people say, and (3) paying attention. Academic areas of concern included reading and math.

**Behavioral Observations:**

M     :t presented as a friendly, compliant youngster. He separated from his grandmother with ease, and willingly accompanied the examiner to the testing room. He initially listened attentively and actively participated in structured and unstructured tasks. However, as test administration progressed, his attentiveness faded, physical activity level increased, and off-task behaviors occurred (e.g. twirling around in his chair, playing with a pencil on the table, looking around the room). These behaviors were also noted when tasks targeted auditory memory skills. M     s response rate was generally appropriate. Overall observation noted careful consideration of choices. M    :i then gave his opinion on the best possible answer for each item. Fatigue, boredom, and/or frustration were not evidenced during the testing session.

### EVALUATION AND ANALYSIS
Formal and informal measures were used to assess Mi      's speech and language skills

**TESTS ADMINISTERED:**

Expressive One Word Picture Vocabulary Test
Receptive One Word Picture Vocabulary Test
Clinical Evaluation of Language Fundamentals - Fourth Edition
Clinical Assessment of Articulation and Phonology
Informal Assessment of Articulation, Fluency, Hearing, Voice, and Pragmatics

| Evaluation Instruments | Standard Score | Percentile |
|---|---|---|
| **Clinical Evaluation of Language Fundamentals - Fourth Edition** | | |
| Subtests:  Concepts and Following Directions* | 8 | |
| Word Structure* | 4 | |
| Recalling Sentences* | 4 | |
| Formulated Sentences* | 6 | |
| Word Classes - Receptive* | 5 | |
| Sentence Structure* | 13 | |
| *Subtest Scores are reported as scaled scores-range of average performance=7-13, mean of 10 | | |
| Receptive Language Index Score | 92 | 30 |
| Expressive Language Index Score | 67 | 1 |

P.  ,M   (  -9076039
Speech and Language Evaluation
Page 2

| CORE LANGUAGE STANDARD SCORE | 73 | 4 |
|---|---|---|
| Expressive One-Word Picture Vocabulary Test | 83 | 13 |
| Receptive One-Word Picture Vocabulary Test | 87 | 19 |

## LANGUAGE:

The *Clinical Evaluation of Language Fundamentals, Fourth Edition* (CELF-4) is designed to identify receptive and expressive language skill deficits in the areas of semantics (word meanings), syntax and morphology (word and sentence structure), and auditory memory (recall and retrieval). M⁻ was administered four core subtests of the CELF-4 from which his Core Language score was derived (Concepts and Following Directions, Word Structure, Recalling Sentences, Formulated Sentences). The Core Language score is considered to be the most representative measure of M.. language skills and provides an easy and reliable way to quantify a his overall language performance. The Core Language score has a mean of 100 and a standard deviation of 15. The range of average performance extends from 85 - 115. M received a Core Language score of 73 (percentile rank = 4). This places M. overall language skill below the average range of functioning.

### EXPRESSIVE

The Expressive Language index is a cumulative measure of M; s performance on the three subtests that probe expressive aspects of language including oral language expression (Word Structure, Recalling Sentences, Formulated Sentences). The Expressive Language index has a mean of 100 and a standard deviation of 15. The range of average performance extends from 85 - 115. M received an Expressive Language Index score of 67 (percentile rank = 1). This places M s expressive language skill significantly below the average range of functioning. M ' was not able to recall and reproduce sentences of varying length and complexity as measured on the Recalling Sentences subtest. He experienced difficulty imitating sentences presented by this examiner and generally failed to maintain the appropriate meaning, inflection, word and sentence structure of the dictated sentence. It should be noted that decreased attention to task, and off task behaviors during administration of this subtest had an impact on overall performance. M. also had difficulty demonstrating appropriate use of grammatical rules in the sentence completion tasks on the Word Structure subtest. Irregular plurals, irregular past tense verbs, comparative/superlative forms, reflexive/subjective/objective pronouns, copulas (is/are), and auxiliary + -ing structures were incorrectly expressed. It should be noted that the grammatical structures incorrect on this subtest were also observed as incorrect during informal conversations. On the Formulated Sentences subtest, M was asked to formulate compound, complex sentences given a target word and using a picture cue. M  I appeared to have great difficulty generating ideas and putting these into complete, coherent, grammatically correct sentences when target words were past tense verbs (e.g. gave), adverbs (e.g. finally), adjectives (e.g. best, third) and conjunctions (e.g. because, or, and). He was able to use nouns in complete basic sentences. Consistent subject-verb agreement was not always shown.

### RECEPTIVE

The Receptive Language index is a cumulative measure of M s performance on 3 subtests designed to best probe receptive aspects of language including comprehension and listening (Word Classes - Receptive, Sentence Structure, Concepts and Following Directions). The Receptive Language index has a mean of 100 and a standard deviation of 15. The range of average performance extends from 85 - 115. M received a Receptive Language Index score of 92. This places M s receptive ability within the average range of functioning. M was able to interpret, recall, and execute oral commands of increasing length and complexity that contained concepts of functional language. Although M had difficulty expressing grammar appropriately in sentences, he was able to demonstrate above average understanding of grammar at the sentence level, as measured by the Sentence Structure subtest. M also experienced difficulty understanding of word relationships. He did not always (1) understand the meaning of the words presented, (2) identify related words, and (3) express the appropriate relationship between the words presented.

### VOCABULARY

The *Expressive One-Word Picture Vocabulary Test* (EOWPVT) an the *Receptive One-Word Picture Vocabulary Test* (ROWPVT) are picture based assessments that were administered to assess M⁻ knowledge and use of vocabulary. M⁻ eceived a standard score of 83, percentile rank 13 on the EOWVT; and a standard score of 87, percentile rank of 19 on the ROWPVT. Although M⁻ erformed higher on the receptive vocabulary measure, there was no significant difference between the two score achieved. The ROWPVT require only recognition of an illustration depicting the meaning of a word; however, the EOWPVT has the added requirement of retrieving a word from memory and producing it on command. Results revealed average hearing vocabulary and borderline speaking vocabulary skills. Results should be interpreted with caution as many factors, including exposure and environmental constraints, influence vocabulary

development.

## PRAGMATICS

M____s pragmatic skills were assessed through informal observations made during test administration  M____ presented with adequate social language skills. He was initially difficult to engage in conversation; however, as time went on he easily engaged in and initiated conversations with the examiner and was able to maintain appropriate conversations for many exchanges. Eye contact was initially fleeting; however, became generally appropriate during the course of conversations. He was able to appropriately ask and answer a variety of questions. Use and interpretation of non-verbal communication skills was also appropriate.

## FLUENCY/VOICE/HEARING:

Fluency parameters appear to be within the normal limits. Informal observations of vocal parameters revealed quality, intensity, pitch, and inflection to be within the average range for age and gender. Informal observations of hearing ability revealed functional hearing within normal limits at conversational speech levels.

## ARTICULATION/SPEECH MECHANISM:

Cursory examination of M____s speech mechanism revealed adequate oral structures and functions to support speech production. The Clinical Assessment of Articulation and Phonology (CAAP) - Consonant Inventory, was administer to assess articulation accuracy at the word level. M____ received a standard score of 100 indicating average articulation performance. Minor dialect differences were noted; however, these did not impact overall speech intelligibility, which was judged to be adequate in both known and unknown contexts.

## SUMMARY/IMPLICATIONS/RECOMMENDATIONS:

Based on formal and informal assessment results, M____ demonstrates an oral language disorder, characterized by below average expressive language skills and borderline expressive vocabulary skills. Average receptive language and receptive vocabulary skills were found. However, skill specific receptive language difficulty was noted and can be characterized by a weak understanding of word relationships. Articulation, voice, fluency and pragmatic language skills were all found to be within the average range. Expressive language skill weaknesses noted are characterized by decreased sentence formulation skills and decreased use of appropriate grammatical structures in connected speech. Receptively, he has difficulty understanding word relationships. It may also be difficult for M____ o understand the meaning of new classroom/curriculum related vocabulary words. M____ ay also experience a reduced ability to plan and produce grammatically correct, complete sentences for oral and written language classroom activities. Speech and language intervention is recommended. This data should be considered with all other available information when determining eligibility and appropriate educational programming for M____.

Respectfully submitted,

Charron M. Mitchell, MA CCC-SLP
Speech and Language Pathologist

# District of Columbia Public Schools
## Division of Special Education
### Social History

**Student's Name:** M_____ P         **Sex:** Male         **DOB:** ___ 96
**Social Security#:**                              **ID#:** 9076039
**Mother/Guardian:** Alice Peak       **Father:** Michael Ford
**Address:**                          **Telephone:** (   )
         Washington, DC 20032

**Emergency Contact:** Guardian/ Alice Peak

**Current School:** Malcolm X        **Home School:** Malcolm X
**Grade:** 2nd

**Person (s) Interviewed:** Alice Peak, Maternal Grandmother/Guardian
**Record Review**
**Reason for Referral:** Teacher observed student was falling behind and change in behavior.
**Services currently being received by community agencies:** None

### Family Data

**Household Composition**

| Name | Relationship | Age | Status |
|------|-------------|-----|--------|
| Alice Peak | Legal Guardian | | Retired |
| Tatianna Peak | Sister | 11 | Malcolm X |
| Rayianna Peak | Sister | 10 | Hamilton Center |
| Rochelle Peak | Sister | 9 | Malcolm X, Spec. Education |
| Raneika Williams | Cousin | 17 | Job Corps |
| Eniya Williams | Cousin | 1 | Home |

### Developmental and Medical History

M_____ is a 7-year-old child who reportedly met all of his developmental milestones within normal time range. He received his immunizations as scheduled. Reportedly there were no substances used during the pregnancy with M_____. Ms. Peak could not recall any traumas M_____ may have suffered. She mentioned that he was diagnosed with asthma but never received medication because it was explained he would out grow the illness. It was also reported that he has never received any mental health treatment. M_____ is the youngest of four children born to his mother. The interactions between the siblings are reported as being appropriate. Ms. Peak stated that M_____ has a close relationship with one of maternal aunts and enjoys playing with her three sons.

28

His maternal grandmother has been his legal guardian since his mother's death in November 2002. Ms. Peak reported that her daughter suffered from several health problems that were the result of her death. She further stated that M___ has never addressed the death with any one on a professional level and continue to have nightmares surrounding the issue. Ms. Peak also added that M___ often make inquiries as to when she will depart from the family as well.

M___ has a relationship with his father who resided with the family up until 8 months ago. His father, Michael Ford, does not provide support or maintain contact with M___. Ms. Peak reported that M___ was not affected by his father's departure from the home.

M___ receives his health care from Dr. Woods in the District of Columbia. His last physical was in April 2004. His immunizations are current and he is not taking any medications. He is described as being physically healthy with no problems with his hearing or vision.

## Social and Behavioral Characteristics

Ms. Peak reported that M___ is generally a well-behaved child. She went on to say that at times he can display a terrible attitude. However, he does not like to be alone and requires attention. Although M___ may fight with his siblings, he prefers to be in their company. M___ enjoys playing outside, drawing, writing and playing video games. His strengths as described by Ms. Peak are that he is a good talker and able to remain focused when he chooses to. He is currently not involved in any team sports but enjoys basketball and softball. Ms. Peak reported that M___ does not have any male role models actively involved in his life.

## Behavior Characteristics

X Flexible
Difficulty making and keeping friends
Lacks self Control
Bedwetting (until 7/8 yrs)
Consistent short attention span
Excessive inconsistency in behavior
X aggressive towards others when intimidated
Cooperative
X Nightmares
X Difficulty completing jobs/activities
X Unreasonable fears
X Temper tantrums
Gets ideas quickly
Usually shy and withdrawn
Difficulty telling time

X Creative
X Outgoing
X Frequent changes in mood
Thumb sucking
X Daydreaming- sometimes
Nail biting
Mechanical
X Overactive
X Athletic
     Musical
X Rocking (tactile with hands)
X Fantasies -sometime
Under active
X Avoids homework
Artistic

29

| | |
|---|---|
| X Tells lies, not frequent | X Self-confident |
| X Enjoys reading (being read to) | Frequently late |
| Difficulty understanding questions/directions | X Uncooperative |
| X Talks to self- sometimes | X Sleepwalking, disturbed sleep |
| Difficulty using numbers | Lacks motivation |
| X Concentration difficulties | Prefers to play alone |
| X Difficulty with organization | Demanding |
| X Gets along with peers- sometimes | Likes to be in control |
| X Prefers to watch television/video games | X Avoids reading- sometimes |

### School History

M.     did not attend head start or daycare and has been enrolled at Malcolm X Elementary School since Pre-Kindergarten. Ms. Peak explained that prior to M attending pre-k, a tutor was sent to her home on a weekly basis by the school during the summer. The purpose was to help prepare him for school. Ms. Peak stated that Michael started out as being interested in school and was able to remain on task with the other children. The academic difficulties and changes in his behavior began to surface after the death of his mother. He began to fall behind in his work, walk the halls and display other attention seeking behaviors.

Ms. Peak mentioned a Multidisciplinary meeting was held at Malcolm X on February 5, 2004 and it was determined that M     would receive tutoring services. She is unclear if the services have begun.

### Psychosocial Analysis and Educational Implications

M.     is a seven-year-old African American male who was born in the District of Columbia. He was referred to this social worker to develop a social history as part of the eligibility process for special education services.

M     is one of four children born to his mother. Alice Peak, his maternal grandmother has been his legal guardian since the time of his mother's death in 2002. He has little contact with his biological father, M.     Ford, or paternal relatives. Ms. Peak reports that M     was a healthy baby and remains healthy at this time.

If it is determined that M     is eligible for Special Education services he would benefit from an educational environment that would allow him to receive plenty of attention and socio-emotional counseling. In addition, Ms. Peak may also benefit from seeking outside treatment for the family as a whole to process the loss of two parents (death of their mother and abandonment/rejection from their father).

Waynonia Potts, LGSW
Licensed Graduate Social Worker
July 26, 2004

30

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON. D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: **2.5.04**    MEETING DATE **3.9.04**

STUDENT: __M___ P___    SCHOOL: _Malcolm X_

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| X Alice Peak | X Alice Peak | Parent G. Mom |
| Charyon Mitchell | Maria M Mitchell HACC(SLP) | Speech Pathologist |
| Kathleen Shaw | Kathleen M Shaw | School Psychologist |
| | | Gen. Educ. Teacher |
| Vanessa Lykes | Vanessa M. L | IEP Developer/ Spec. Educator |
| Tavia S. Foster | Tavia P. L | LEA /SES |

---

Introduction:

The meeting convened and all discipline specialists introduced themselves to the parent. The Procedural Manual was issued and a receipt was obtained. A brief summary of the manual was given to the parent. The purpose of the meeting was stated: To review the current assessments and determine eligibility for special education and related services. If the student is found eligible, the team will devise and IEP and discuss placement.

The Parent Reports: *She is concerned that M___ ___ was passed to 3rd grade and he cannot read. Ms. Peak feels he can follow directions well but only when he is not playing. She stated M___ ___ is pretty smart and can do basic math & add. Ms. Peak feels M___ has a terrible attitude & fights with his siblings. When she redirects him he will ball up his fist and pout for a few minutes. When not engaged with siblings he is very quiet however he after will make noise with his mouth and hand gestures.* Parent cont. on Pg. 3

THE PARENT ☑ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT ____ M___ P___

☑ IS ELIGIBLE FOR SPECIAL EDUCATION

☐ IS NOT ELIGIBLE FOR SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE **2.5.04**

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: _____ Eligibility _____

**2** of **3**

STUDENT __M___i__P___    SCHOOL __Malcolm X___    DATE **8.12.04**

The General Educator Reports:

The School Psychologist Reports: M___ P.___ was evaluated on 7/9/04 and found to be performing in the borderline range. IQ Score 77. Weaknesses in Comprehension, Digit Span and Picture Arrangement. Academically- His standard scores range from Deficient to Low average. He is weak in Math Reasoning, Listening Comprehension and Oral Expression.

The Speech Pathologist Reports: Results of the speech/language evaluation ( 8 7/9/04 ) revealed the following:

CELF-4:   Receptive Lang. Index    92
          Expressive Lang. Index   67
          Total Lang Score         73
EOWPVT:   83
ROWPVT:   87
H___ demonstrates an oral lang. disorder (characterized (moderate in severity)

Summary/Eligibility Determination: by below average expressive language skills

Based upon the documents reviewed, the student (qualifies) / does not qualify for special education services as a student with a learning disability under IDEA. He requires services in the areas of reading, math, written expression and language (expressive language and vocabulary, auditory memory).

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE 2.5.04

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: ____ Eligibility ____

3 of 3

STUDENT M____ I P____    SCHOOL Malcolm X    DATE 8.12.04

Parent report cont:
~~Other Participant Comments:~~
Ms. Peak also stated she has received several complaints
from school : 1) Not turning in homework
             2) Walking the halls
             3) messing with other kids
She also feels he is a curious child and will often
pick up items.

Team Recommendations:

1. Receive special education and speech/language
2. therapy to address delays in those areas listed
3. on page 2.
4.
5.

Additional Assessments Needed or Other Comments:

1. OT evaluations due to difficulty with fine
2. motor skills.
3. Ms. Shaw, the psychologist, requested that when
M____ is taken for his health checkup Ms.
Peak ask for him to be assessed for hyperactivity.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT **M.** **F.**                                    SCHOOL **Malcolm X**          DATE **8.12.04**

| PARTICIPANTS | PARTICIPANTS (Sign Name) | DISCIPLINE |
|---|---|---|
| X Alice Peak | X Alice Peak | Parent / Grandmother |
| Tavia S. Foster | Tavia Orr | SES / LEA |
| Vanessa Lydu | | IEP Developer |
| Kathleen M. Shaw | Cathleen M. Shaw | Sch. Psychologist |
| Charron M. Mitchell | CM Mitchell MACCCSLP | Speech Pathologist |

Based upon the documents reviewed, the MDT determined that the student is eligible or continues to be eligible for special education services as a student with **a Learning Disability**

Specialized instruction is required in the following subjects: **Math, Reading ; Written Expression**

The total amount of specialized instruction required is **15**

Related services are required in the following areas: **Speech and language**

The setting accepted by the MDT is **Combination General Education ; Resource Classroom**

The level for standardized assessment is **III**

The following accommodations/modifications will be made: **Extended time, break tasks into parts, preferential seating, reduced/repeated directions**

Placement Discussion:

**Malcolm X is the appropriate location for services**

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCA...

34

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

| DCPS - IEP Page 1 of 4 |
| --- |
| **Additional Comments:** ☐ |

## I. IDENTIFICATION INFORMATION

Student Name: Last __P.___    First __M__    MI ___

Student ID __9076039__    Soc.Sec.No. _____    Age: __7__    Grade __3rd__

Gender ☐ M ☐ F    Date of Birth __/96__    Ethnic Group __African-American__

Address _____
House No.    Street Name    Quadrant    Apartment #

☐ Non-attending    __Washington__    __DC__    __20032__
City    State    Zip Code

Attending School __Malcolm X__    Home School __Malcolm X__

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS/

Parent __Ms. Alice Peak__

Address of (if different from student): ☐ Parent ☐ Guardian ☐ Surrogate

House No.    Street Name    Quad. Apt. No.    City    State    Zip Code
Telephone: Home __202-561-9551__    Work _____

### II. CURRENT INFORMATION

Date of IEP Meeting: __8/12/04__

Date of Last IEP Meeting: __N/A__

Date of Most Recent Eligibility Decision: __8/12/04__

Purpose of IEP Conference:
☒ Initial IEP    ☐ Review of IEP
☐ Requested Eval.    ☐ 3yr ReEval.

Indicate Level of Standardized Assessment:
__Level III__

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
| --- | --- |
| ESY | TRANSITION |

## III. LANGUAGE

| III. LANGUAGE | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
| --- | --- | --- | --- | --- | --- |
| Student | English | English | English | Native Language | Oral _____ |
| Parent | English | English | English | Native Language | Rdg / Written _____ Instrument: _____ |
| Home | English | English | English | Native Language | Date: _____ |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SETTING SpEd | SETTING Total | FREQUENCY Hr/ Min | FREQUENCY D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | DURATION wks./mos. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Specialized Instruction | | 15 | 15 | hr | week | Special Education Teacher | 09/01/2004 | 10 | mos. |
| Speech Therapy | | 1 | 1 | hr | week | Speech Language Pathologist | 09/03/2004 | 10 | mos. |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | | 16 | 16 | Hours Per Week | | | | | |

| V. Disability(ies) | __Learning Disability__ | Percent of time in Specialized Instruction and Related Services |
| --- | --- | --- |
| | ☐ (Check if setting is general Ed.) | ☐ 0-20% ☒ 21-60% ☐ 61-100% |
| | | Percent of time NOT in a Regular Education Setting __49%__ |

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

X ALice PEAK    C. mom    X _alu Puk_

Tavia Foster SES/LEA    _Tavia B._

Vanessa Lykes    _De gm ly_

Kathleen Shaw    _Kathlee Shaw_

Charron H. Mitchell    _CM Hitchel HACCS/LP_

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature X _alu Peak_    Date _7-12-04_

| Student Name | M | Fc | | Managing School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | 9076039 | DOB | /96 | Attending School | Malcolm X | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments:

**Academic Areas: (Evaluator)** Kathleen M. Shaw

**Math Strengths:**

Basic facts- addition, subtraction

**Impact of disability on educational performance in general education curriculum:**

multi-digits renaming, regrouping

**Reading Strengths:**

Recognizes basic words

**Impact of disability on educational performance in general education curriculum:**

Comprehension, Listening comprehension, oral Language

Score(s) When Available

| | |
|---|---|
| Math Cal. | 1.0 |
| Math Rea. | K:3 |
| See goal page: | |
| Date: | 7/9/04 |
| Rdg. Com | 1.0 |
| Rdg. Basic | 1.1 |
| Written Ex. | K:8 |
| See goal page: | 1, 2, 3 |
| Date: | 7/9/04 |

**Communication (Speech & Language) (Evaluator)** Sharon M. Mitchell MA CCC SLP

**Strengths:**

Receptive language, articulation, voice, fluency and pragmatics

**Impact of disability on educational performance in general education curriculum:**

Expressive language, expressive vocabulary, and auditory memory skills impact ability to relay information coherently in the classroom setting

Score(s) When Available

| | |
|---|---|
| Exp.Lang. | CELF - 67 |
| Rec-Lang. | CELF 92 |
| Artic | WNL |
| Voice | WNL |
| Fluency | WNL |
| Exp. Voc. | EOWPVT - 83 |
| Rec. Voc. | ROWPVT - 87 |
| See goal page: | 4,5 |
| Date: | 7/14/04 |

**Motor/Health (Evaluator)** _____

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) /Results When Available

| |
|---|
| See goal page: |
| Date: |

**Social Emotional Behavioral Areas: (Evaluator)** _____

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available

| |
|---|
| See goal page: |
| Date: |

**Cognitive/Adaptive Behavior: (Evaluator)** Kathleen M. Shaw

**Strengths:**

Arithmetic, Similarities, Block Design, Object Assembly

**Impact of disability on educational performance in general education curriculum:**

Comprehension, Vocabulary, Picture Arrangement

Score(s) When Available

| | |
|---|---|
| VIQ | 84 |
| PIQ | 74 |
| FSIQ | 77 |
| See goal page: | |
| Date: | |

**Prevocational Skills: (Evaluator)** _____

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available

| |
|---|
| See goal page: |
| Date: |

| Student Name | M | , P. | Managing School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9076039 | DOB | 1/96 | Attending School | Malcolm X | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:    Goal Number: [ I ]

Area addressed by goal: _____ **Academics (Mathematics)** _____

**ANNUAL GOAL : (including mastery criteria.)**

The student will demonstrate one year's growth in mathematics skills by mastering short term objectives with 80% accuracy.

Provider(s):_____    **Special Education Teacher** _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| With minimal assistance, the student will count, read, write and order whole numbers to 50. | | Monthly |
| When presented with mathematics problems horizontally and vertically, the student will add and subtract their values with 80% accuracy. | | Monthly |
| When presented with coins of varied amounts, the student will identify coins and their values with 80% accuracy. | | Monthly |
| When presented with objects of various shape, size, or amount, the student will collect, organize and record data in graphs with 80% accuracy. | | Monthly |
| With minimal assistance, the student will be able to skip count by 2's, 5's, and 10's and be able to apply the skills when computing varied amount with 80% accuracy. | | Monthly |
| When presented with pictures of analog or digital clocks, the student will tell time to the near hour, half-hour, quarter-hour, and minute with 80% accuracy. | | Monthly |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    (Test)    (Documented Observation)    (Report)    Other _____

| Student Name | M. | P. | Managing School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9076039 | DOB  ./96 | Attending School | Malcolm X | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments:                                        Goal Number: 2

Area addressed by goal: _____ Academics (Reading ) _____

ANNUAL GOAL : (including mastery criteria.)

The student will demonstrate one year's growth in reading skills by mastering short term objectives with 80% accuracy.

Provider(s):_____ Special Education Teacher _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| When read stories of varied length, the student will retell story events in correct sequence using details with 80% accuracy. | | Monthly |
| When attempting to decode unfamiliar words, the student will demonstrate the ability to use phonics, sound symbols in words with 80% accuracy. | | Monthly |
| On a weekly basis, the student will learn new vocabulary terms and be able identify and apply newly learned words when reading, listening, speaking, or writing with 80% accuracy. | | Monthly |
| From text read, the student will differentiate between reality and fantasy with 80% accuracy. | | Monthly |
| From text read, the student will identify the main idea from stories read using picture cues or verbal prompts with 80% accuracy. | | Monthly |
| From stories read, the student will answer simple comprehension questions with 80% accuracy. | | Monthly |

**EVALUATION PROCEDURE(S)**

Portfolio    (Log)    Chart    (Test)    (Documented Observation)    Report    Other _____

| Student Name | M . P. | | Managing School | Malcolm X | DCPS - IEP |
| Student ID Number | 9076039 | DOB .96 | Attending School | Malcolm X | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: | Goal Number: 3 |

Area addressed by goal: _____ Academics (Written Expression) _____

**ANNUAL GOAL : (including mastery criteria.)**

The student will demonstrate one year's growth in written expression skills by mastering short term objectives with 80% accuracy.

Provider(s):_____ Special Education Teacher _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| On lined paper, the student will formulate upper and lower case letters using the correct spacing, alignments and sizing with 80% accuracy. | | Monthly |
| When reading and writing, the student will identify and use common spelling patters (including possessives, contractions, diagraphs, etc) with 80% accuracy. | | Monthly |
| With minimal assistance and from memory, the student will write familiar words correctly with 80% accuracy. | | Monthly |
| When given a model, the student will write simple sentences beginning with a capital letter and ending with the correct punctuation with 80% accuracy. | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    (Test)    (Documented Observation)    (Report)    Other _____

| Student Name | M   F. | | Managing School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9076039 | DOB  .96 | Attending School | Malcolm X | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: | | Goal Number: 3 |
|---|---|---|---|

Area addressed by goal: _____ **Academics (Written Expression)**

ANNUAL GOAL : (including mastery criteria.)

The student will demonstrate one year's growth in written expression skills by mastering short term objectives with 80% accuracy.

Provider(s):_____ **Special Education Teacher** _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| On lined paper, the student will formulate upper and lower case letters using the correct spacing, alignments and sizing with 80% accuracy. | | Monthly |
| When reading and writing, the student will identify and use common spelling patters (including possessives, contractions, diagraphs, etc) with 80% accuracy. | | Monthly |
| With minimal assistance and from memory, the student will write familiar words correctly with 80% accuracy. | | Monthly |
| When given a model, the student will write simple sentences beginning with a capital letter and ending with the correct punctuation with 80% accuracy. | | Monthly |
| | | |
| | | |
| | | |

| **EVALUATION PROCEDURE(S)** |
|---|
| Portfolio    Log    Chart    (Test)    (Documented Observation)    (Report)    Other _____ |

Complete and attach to MDT/IEP meeting notes

| | | |
|---|---|---|
| School **Malcolm X ES** | Principal **Mr Kimbrough** | Special Education Coordinator **Taiya Gregory** |
| Date **8.12.04** Case Manager **Tavia S. Foster** | | Technical Support Supervisor **Cynthia Bell** |
| Student **M** **F** | DOE **96** Age **7** Grade **2** ID# **9076039** | SSN# |
| Parent **Alice Peak** | Telephone (H) **202.561.9561** | (W) |

Address:
Street # _____ Street _____        Quad ___ Apt. No. ___ City **Washington**        State **DC** Zip Code **20032**

REFERRAL SOURCE: (Check)  ☒ 120 Day  ☐ Reeval.  ☐ HOD  ☐ SA  ☐ MA

☐ Nonpublic  ☐ Residential  ☐ Citywide  ☐ Courts  ☒ Local School  ☐ Other:

Previous least restrictive environment (LRE Setting): **General Education**

## JUSTIFICATION FOR SETTING CONSIDERATION
### (Submit TAT/MDT Documentation)
#### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS / MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| Extended time<br>Break tasks into parts<br>Preferential seating<br>Reduced, minimized directions<br>Repeated directions | Current IEP | Yes ☒ | No ☐ |
| | Signatures of required participants (MDT notes) | Yes ☒ | |
| | Intervention Behavior Plan | Yes ☐ | |
| | Copies of current class work and homework assignments | Yes ☒ | |
| | Medical Reports: | Yes ☐ | No ☒ |
| | Clinical Reports: | Yes ☐ | No ☒ |
| | Psychiatric Reports: | Yes ☐ | No ☒ |
| | Medications: | Yes ☐ | No ☒ |
| | Attendance Record | Yes ☒ | |
| | Copies of most recent evaluation(s) | Yes ☒ | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| Date of Refferral (DCPS) **2.5.04**<br>Eligibility Date **8.12.04**<br>IEP Date **8.12.04** | N/A |

## 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school<br>(Determined through the IEP team.) | SERVICE PROVIDER<br>(Based on documented need) | LEVEL OF SERVICE<br>(Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☒ combination general education and resource classroom | ☒ combination of general educators, special educators and related service providers | ☒ between 21 % and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings).

Check the level of need as indicated:
### DIRECTIONS:

| | |
|---|---|
| If two or three boxes are checked in the Row 1, check LOW.<br>If two or three boxes are checked in the Row 2, check MODERATE.<br>If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row,<br>check either MODERATE or HIGH,<br>depending on the need of the student. |

## 7. LEVEL OF NEED

| ☐ LOW | ☒ MODERATE | ☐ HIGH |
|---|---|---|

07-02-2001

Attention: Technical Support Supervisor / PERM Compliance Team

41

| Student Name M F | Managing School Malcolm X | DCPS - IEP |
|---|---|---|
| Student ID Number 9076039    DOB 96 | Attending School Malcolm X | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:                                    Goal Number: 3

Area addressed by goal: _____ Academics (Written Expression) _____

ANNUAL GOAL : (including mastery criteria.)

The student will demonstrate one year's growth in written expression skills by mastering short term objectives with 80% accuracy.

Provider(s): _____ Special Education Teacher _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| On lined paper, the student will formulate upper and lower case letters using the correct spacing, alignments and sizing with 80% accuracy. | | Monthly |
| When reading and writing, the student will identify and use common spelling patters (including possessives, contractions, diagraphs, etc) with 80% accuracy. | | Monthly |
| With minimal assistance and from memory, the student will write familiar words correctly with 80% accuracy. | | Monthly |
| When given a model, the student will write simple sentences beginning with a capital letter and ending with the correct punctuation with 80% accuracy. | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    (Test)    (Documented Observation)    (Report)    Other _____

Student Name M____ P____

Student ID Number 9076039    DOB ___ 1 96

Managing School Malcolm X ES

Attending School Malcolm X ES

DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES**    Additional Comments:    Goal Number: 4

Area addressed by goal: Communication

ANNUAL GOAL : (including mastery criteria.)

M____ will improve expressive language and expressive vocabulary skills as measured by mastery of the following short-term objectives across 4 of 5 observations sampled:

Provider(s): Speech and Language Pathologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Using curriculum related/content area vocabulary terms will: | | Monthly |
| a.) orally define the words | with 80% acc. | |
| b.) use these words to complete or formulate grammatically correct sentences | with 80% acc. | |
| | | |
| | | |
| | | |

| **EVALUATION PROCEDURE(S)** | | | | | | |
|---|---|---|---|---|---|---|
| Portfolio | Log | Chart | Test | Documented Observation | Report | (Other) Pathologist notes |

Student Name M

Student ID Number 9076039    DOB  196

Managing School Malcolm X ES
Attending School Malcolm X ES

DCPS - IEP
Page 3 of 4

VIII. SPECIALIZED SERVICES    Additional Comments:

Goal Number: 5

Area addressed by goal: Communication

ANNUAL GOAL : (including mastery criteria.)

M   will improve receptive abilities as measured by use of the following strategies in both the general and special education settings and across 4 of 5 opportunities sampled.

Provider(s) General Education Teacher, Special Education Teacher, SLP

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| · Respond to an adult provided cue, signally to coming of important information or instructions in 4 of 5 trials. | | Monthly |
| · Rehearse/repeat instructions/information verbally in 4 of 5 trials | | Monthly |
| · Ask questions to clarify missed information/instructions in 4 of 5 trials. | | Monthly |
| | | |
| | | |
| | | |
| | | |

EVALUATION PROCEDURE(S)

Portfolio    Log    Chart    Test    Documented Observation    Report    (Other) Anecdotal notes

| Student Name | M | F | | Managing School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | 9076039 | | DOB | 1/96 | Attending School | Malcolm X | Page 4 of 4 |

**Additional Comments:**

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in <u>regular education</u>?    Yes    (No)

Explanation for removal out of regular education classroom.

Student requires small structured environment to accommodate disabilities.

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for <u>testing</u>:        None needed

Timing/Scheduling: extended time, break tasks into parts
Setting: preferential seating, reduced, minimized directions
Presentation: repeated directions, gain student's attention prior to giving directions or when presenting new information
Response:
Equipment:

## XI. STATE AND DISTRICT ASSESSMENTS:

Level I Tested with non-disabled peers under standard conditions without accommodations.

Level II (Describe accommodations for level II)        Tested under standard conditions with special accommodations.

Level III (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

Level IV (Describe the alternative assessment)

Level V Portfolio:

## XII. Areas Requiring Specialized Instruction and Related Services:        Modifications:

| | | | |
|---|---|---|---|
| (Reading) | Physical/Sensory | Transition | Language Arts/English |
| (Mathematics) | Social Emotional | Vocational | (Social Sciences) |
| (Written Expression) | Physical Development | Independent Living | Biological & Physical Sciences |
| Other: | | (Speech/Language) | (Fine Arts) |
| None | Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above. | | |

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Education | reject | |
| Combination General Education and Resource Classroom | accept | time away from non-disabled peers in |
| Out of General Education | reject | academic setting |
| | | |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

Participation in non-academic subjects with non-disabled peers.

| Location for Services | Malcolm X | |
|---|---|---|

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)

PRIOR NOTICE

Check Purpose:
☒ Initial Evaluation
☒ Initial Placement
☐ Reevaluation
    ☐ Change in Category Exit
    ☐ Related Service Add
    ☐ Related Service
    ☐ Change in Placement
    ☐ Other _____

Date _____ 8/12/04 _____

Student _____ M     P. _____ DOB _____ /96 ___

School _____ Malcolm X ES _____

Current Disability Category _____ Learning Disability _____

Setting _____ Combination General Education and Resource Classroom _____

Dear _____ Ms. Alice Peak _____

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
☒ Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
☐ Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
☐ Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)

☐ Your child is not eligible for special education service(s).
☒ Your child is eligible or continues to be eligible to receive special education services as a student with _____ Learning Disability _____
☒ Your child will begin receiving _____ Speech and Language _____ as a related service(s).
☐ Your child will no longer receive _____ as a related service(s).
☐ Your child's category of disability is being changed from _____ to _____
☐ Your child's alternative placement on continuum (next setting) is being changed,
    from _____ to _____
    Your child is no longer eligible and will be exited from the special education program.
Other: _____

**Description and Explanation of agency action proposed or refused.**

The MDT met to review all of the documentation and the following setting was proposed for the student: Combination general education and resource classroom at Malcolm X Elementary School.

**Description of Other Options Considered and reasons for rejection of each option**

Based on the documentation reviewed by the team at the MDT meeting, it was determined that the student could not be educated in the general education setting or the out of general education classroom: Documentation demonstrates that the student can access the general education curriculum in a combination setting / part-time with non-disabled peers.

Other relevant factors to the decision - _____

MDT Members:  ☐ Principal or Designee    ☒ General Education Teacher    ☒ Psychologist
             ☒ Parent    ☒ Special Education Teacher    ☐ Other: _____
             ☐ Student    ☐ Speech and Language
             ☐ Social Worker    ☒ *LEA & Interpreter (*may be one)

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or if you have questions regarding the Procedural Safeguards,
please contact _____ Ms. Gregory _____ at ____ 645-3409 ____ (school telephone number).

**See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

MDT Prior Written Notice to the Parent
07-02-2001



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**


**INITIAL PLACEMENT**


Student _____ M    P_____ DOB ___/96_ Age __7__ Meeting Date ___8/12/04___

Address _____ ᴻ Washington, DC 20032 Telephone (W) _____ (H) _202-561-9551_


Dear Parent:

You have been provided a copy of the "Procedural Safeguards - Parents Rights" booklet. We would like to remind you at this time that:
- Granting consent is a voluntary action on your part;
- this consent may be revoked at any time although the school district require necessary action to provide appropriate service(s) and may be required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the process indicated below.

X Initial Placement

After development of an IEP, the MDT, with the parent, determined that your child will receive special education and related services at _____Malcolm X ES_____ school, for:

__ 0%-20%,        X 21% - 60%, or      __ 61%- 100%,

### Parent Response Section:

I give permission for District of Columbia Public Schools to proceed with the initial placement for my child.


_____alee Peall_____       _____8/12/04_____

**Parent/Guardian Signature**                **Date**

**DISTRICT OF COLUMBIA PUBLIC SCHOOL SYSTEM**
**IEP REPORT CARD**

Meeting Date: 8/12/04   Page # 1

UDENT'S NAME M' P_____   PUPIL # 9076039   GRADE 3   SCHOOL Malcolm X

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| 'th minimal assistance, M, will count, read, write, and order whole numbers to 50 with 80% accuracy | Math | Spec. Ed. Teacher |

| Date | Code | Attendance | Notes |
|---|---|---|---|
| 11/12/04 | MP | 42, 48 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. The student is making progress. |
| 1/28/05 | A | 40, 43 | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. The student has mastered this goal |
| 4/15/05 | | 44, 47 | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| | | | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| When presented with mathematics problems (horizontally and vertically), M' will add and subtract their values with 80% accuracy | Math | Spec. Ed. Teacher |

| Date | Code | Attendance | Notes |
|---|---|---|---|
| 11/12/04 | MP | 42, 48 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. Progress is being made by the student. |
| 1/28/05 | A | 40, 43 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. This goal has been mastered. |
| 4/15/05 | | 44, 47 | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| | | | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| When presented with coins of varied amounts, M' will identify coins and their values with 80% accuracy | Math | Spec. Ed. Teacher |

| Date | Code | Attendance | Notes |
|---|---|---|---|
| 11/12/04 | N/A | 44, 48 | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 1/28/05 | N/A | 40, 43 | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 4/15/05 | MP | 44, 47 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. The student is making progress. |
| | | | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| When presented with objects of various shape, size, or amount, M' will collect, organize, and record data in graphs with 80% accuracy | Math | Spec. Ed. Teacher |

| Date | Code | Attendance | Notes |
|---|---|---|---|
| 11/12/04 | N/A | 42, 48 | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 1/28/05 | N/A | 40, 43 | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 4/8/05 | MP | 44, 47 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. Progress is being made by the student. |
| | | | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |

**PROGRESS CODE**

**A - Achieved**
(The student has successfully completed the goal.)

**MP - Making Progress**
(The student is making expected degree of progress)

**EB - Emerging Breakthrough**
(The skill necessary for this goal is beginning to appear.)

**NP - No Progress**
(The student is not making expected progress.)

**N/A - Not Applicable At This Time**
(The student has not begun to work on this goal.)

District of Columbia Public Schools    07-02-2001    Division of Special Education    IEP Report Card

48