**DISTRICT OF COLUMBIA PUBLIC SCHOOL SYSTEM**   Meeting Date: 8/12/04   Page # 2
**IEP REPORT CARD**

STUDENT'S NAME M___ P___   PUPIL # 9076039   GRADE 3   SCHOOL Malcolm X

| GOAL | | | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|---|---|
| With minimal assistance, M will be able to skip count by 2's, 5's, & 10's and be able to apply the skills when computing various amount with 80% accuracy. | | | Math | Spec. Ed. Teacher |

| Date | Code | Attendance | Notes |
|---|---|---|---|
| 1/12/04 | N/A | 42, 48 | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 1/28/05 | A | 40, 43 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. The student has mastered this goal. |
| 4/15/05 | | 44, 47 | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| | | 1 | |

| GOAL | | | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|---|---|
| When presented with pictures of analog or digital clocks, M will tell time to the near hour, half hour, quarter- + 5 minute with 80% accuracy. | | | Math | Spec. Ed. Teacher |

| Date | Code | Attendance | Notes |
|---|---|---|---|
| 1/12/04 | N/A | 42, 48 | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 1/28/05 | N/A | 40, 43 | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 4/15/05 | MP | 44, 47 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. The student is making progress. |
| | | 1 | |

| GOAL | | | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|---|---|
| When read stories of varied length, M will retell story events in correct sequence using details with 80% accuracy. | | | Reading | Spec. Ed. Teacher |

| Date | Code | Attendance | Notes |
|---|---|---|---|
| 1/12/04 | EB | 42, 48 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. Some progress is being made by the student. |
| 1/28/05 | A | 40, 43 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. The student has mastered this goal. |
| 4/1/05 | | 44, 47 | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| | | 1 | |

| GOAL | | | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|---|---|
| When attempting to decode unfamiliar words, M will demonstrate the ability to use phonics, sound symbols in words with 80% accuracy. | | | Reading | Spec. Ed. Teacher |

| Date | Code | Attendance | Notes |
|---|---|---|---|
| 1/12/04 | EB | 42, 48 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. The student is making some progress. |
| 1/28/05 | MP | 40, 43 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. Progress is being made by the student. |
| 4/15/05 | MP | 44, 47 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within this goal.) The student is making very good progress. |
| | | 1 | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |

**PROGRESS CODE**

A - Achieved (The student has successfully completed the goal)

MP - Making Progress (The student is making expected degree of progress)

EB - Emerging Breakthrough (The skill necessary for this goal is beginning to appear.)

NP- No Progress (The student is not making expected progress.)

N/A- Not Applicable At This Time (The student has not begun to work on this goal.)

**DISTRICT OF COLUMBIA PUBLIC SCHOOL SYSTEM**
**IEP REPORT CARD**

Meeting Date: 8/12/04    Page # 2

STUDENT'S NAME M___ P___    PUPIL # 9076039    GRADE 3    SCHOOL ___

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| On a weekly basis, M. will learn new Vocabulary terms and be able to identify and apply newly learned words when reading, listening, speaking, writing with 80% accuracy. | Reading | Spec. Ed. Teacher |

| Date | Code | Attendance | Notes |
|---|---|---|---|
| 11/12/04 | EB | 42/48 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. The student is making some progress. |
| 1/28/05 | A | 40/43 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. The student has achieved this goal. |
| 4/15/05 | | 44/47 | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| Date | Code | Attendance / | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| From text read, M. will differentiate between reality and fantasy with 80% accuracy. | Reading | Spec. Ed. Teacher |

| Date | Code | Attendance | Notes |
|---|---|---|---|
| 11/12/04 | MP | 42/48 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. Some progress is being made by the student. |
| 1/28/05 | A | 40/43 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. The student has mastered this goal. |
| 4/15/05 | | 44/47 | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| Date | Code | Attendance / | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| From text read, M. will identify the main idea from stories read using picture cues or verbal prompts with 80% accuracy. | Reading | Spec. Ed. Teacher |

| Date | Code | Attendance | Notes |
|---|---|---|---|
| 11/12/04 | EB | 42/48 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. Some progress is being made by the student. |
| 1/28/05 | MP | 40/43 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. The student continues to make progress. |
| 4/15/05 | MP | 44/47 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. The student is making very good progress. |
| Date | Code | Attendance / | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| From stories read, M. will answer simple comprehension questions with 80% accuracy. | Reading | Spec. Ed. Teacher |

| Date | Code | Attendance | Notes |
|---|---|---|---|
| 11/12/04 | EB | 42/48 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. The student is still in need of help to achieve this goal. |
| 1/28/05 | A | 40/43 | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. The student has achieved this goal. |
| 4/15/05 | | 44/47 | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| Date | Code | Attendance / | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |

**PROGRESS CODE**

| A - Achieved | MP - Making Progress | EB - Emerging Breakthrough | NP - No Progress | N/A- Not Applicable At This Time |
|---|---|---|---|---|
| (The student has successfully completed the goal) | (The student is making expected degree of progress) | (The skill necessary for this goal is beginning to appear.) | (The student is not making expected progress.) | (The student has not begun to work on this goal.) |

**DISTRICT OF COLUMBIA PUBLIC SCHOOL SYSTEM**
Meeting Date: 8/12/04   Page # 4
IEP REPORT CARD

STUDENT'S NAME: M____ P____    PUPIL # 9076039    GRADE 3    SCHOOL Malcolm X

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| ...lined paper, M.___ will formulate upper and lower case letters using the correct spacing, alignments and sizing with 80% accuracy | Written Language | Spec. Ed. Teacher |

| Date | Code | Attendance | | Notes | |
|---|---|---|---|---|---|
| 11/12/04 | MP | 41, 48 | | Progress is being made by the student. | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 1/28/05 | MP | 40, 43 | | The student continues to make progress. | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 4/15/05 | A | 44, 47 | | The student has achieved this goal. | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| | | | | | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| When reading and writing, M.___ will identify and use common spelling patterns including possessives, contractions, digraphs, etc. with 80% accuracy. | Written Language | Spec. Ed. Teacher |

| Date | Code | Attendance | | Notes | |
|---|---|---|---|---|---|
| 11/12/04 | N/A | 41, 48 | | | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 1/28/05 | N/A | 40, 43 | | | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 4/15/05 | MP | 44, 47 | | The student is making progress. | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| | | | | | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| With minimal assistance and from memory, M.___ will write familiar words correctly with 80% accuracy. | Written Language | Spec. Ed. Teacher |

| Date | Code | Attendance | | Notes | |
|---|---|---|---|---|---|
| 11/12/04 | N/A | 41, 48 | | | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 1/28/05 | A | 40, 43 | | The student has achieved this goal. | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 4/15/05 | | 44, 47 | | | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| | | | | | |

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| When given a model, M.___ will write simple sentences beginning with a capital letter and ending with the correct punctuation with 80% accuracy. | | Spec. Ed. Teacher |

| Date | Code | Attendance | | Notes | |
|---|---|---|---|---|---|
| 11/12/04 | MP | 41, 48 | | Some progress is being made by the student. | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 1/28/05 | MP | 40, 43 | | The student continues to make progress. | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 4/15/05 | MP | 44, 47 | | The student is making very good progress. | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| | | | | | |

**PROGRESS CODE**

| | | | | |
|---|---|---|---|---|
| A - Achieved (The student has successfully completed the goal) | MP - Making Progress (The student is making expected degree of progress) | EB - Emerging Breakthrough (The skill necessary for this goal is beginning to appear.) | NP- No Progress (The student is not making expected progress.) | N/A- Not Applicable At This Time (The student has not begun to work on this goal.) |

# DISTRICT OF COLUMBIA PUBLIC SCHOOL SYSTEM
## IEP REPORT CARD

Meeting Date: 1/25/05   Page # 5

IT'S NAME: M___ P___   PUPIL # 9076039   GRADE 3   SCHOOL Malcolm X

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| student will subtract a 3-digit number from a 3-digit number with one -ouping and check with 80% accuracy. | Math | Spec. Ed. Teacher |

The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year.

The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year.

The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year.

| | Code | | Attendance | | Notes |
| 1/15/05 | MP | | 44/47 | | The student is making very good progress. |

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| student will multiply a 2- or 3-digit number a 1-digit number with regrouping with 80% accuracy. | Math | Spec. Ed. Teacher |

The student's progress ☑ is ☐ is not sufficient...

| 1/15/05 | MP | 44/47 | The student is making good progress. |

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| student will use a bar graph to answer estions, solve problems or make decisions sed upon the information presented with 80% accuracy. | Math | Spec. Ed. Teacher |

| 4/15/05 | N/A | 44/47 | |

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| o expand vocabulary, the student will use ntext clues to derive the meaning of familiar words with 80% accuracy. | Reading | Spec. Ed. Teacher |

The student's progress ☑ is ☐ is not sufficient...

| 4/15/05 | MP | 44/47 | The student is making progress. |

PROGRESS CODE
- Achieved (The student has successfully completed the goal)
MP - Making Progress (The student is making expected degree of progress)
EB - Emerging Breakthrough (The skill necessary for this goal is beginning to appear.)
NP- No Progress (The student is not making expected progress.)
N/A - Not Applicable At This Time (The student has not begun to work on this goal.)

District of Columbia Public Schools   07-02-2001   Division of Special Education   IEP Report Card

DISTRICT OF COLUMBIA PUBLIC SCHOOL SYSTEM    Meeting Date: 1/25/05    Page # 6

IEP REPORT CARD

T'S NAME M    P    PUPIL # 9076039    GRADE 3    SCHOOL Malcolm X

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| g sound-symbol relationships; the student use oral and visual clues to divide 3 syllable words into syllables 0% accuracy. | Reading | Spec. Ed. Teacher |

| | Code | | Attendance | | / | Notes | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
|---|---|---|---|---|---|---|---|
| | Code | | Attendance | | / | Notes | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 1/5/05 | Code N/A | | Attendance 44 / 47 | | | Notes | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| | Code | | Attendance | | / | Notes | |

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| m text read, the student will gather tual information with 80% accuracy. | Reading | Spec. Ed. Teacher |

| | Code | | Attendance | | / | Notes | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
|---|---|---|---|---|---|---|---|
| | Code | | Attendance | | / | Notes | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 1/5/05 | Code MP | | Attendance 44 / 47 | | | Notes The student is making a very good effort to achieve this goal. | The student's progress ☒ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| | Code | | Attendance | | / | Notes | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| m stories read, the student will identify ments of literature, such as plot, setting, mood with 80% accuracy. | Reading | Spec. Ed. Teacher |

| | Code | | Attendance | | / | Notes | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
|---|---|---|---|---|---|---|---|
| | Code | | Attendance | | / | Notes | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| 1/5/05 | Code N/A | | Attendance 44 / 47 | | | Notes | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| | Code | | Attendance | | / | Notes | |

| GOAL | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| | | |

| te | Code | | Attendance | | / | Notes | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
|---|---|---|---|---|---|---|---|
| te | Code | | Attendance | | / | Notes | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| te | Code | | Attendance | | / | Notes | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |
| te | Code | | Attendance | | / | Notes | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. |

PROGRESS CODE
- Achieved
(The student has successfully completed the goal)

MP - Making Progress
(The student is making expected degree of progress)

EB - Emerging Breakthrough
(The skill necessary for this goal is beginning to appear.)

NP- No Progress
(The student is not making expected progress.)

N/A- Not Applicable At This Time
(The student has not begun to work on this goal.)

District of Columbia Public Schools    07-02-2001    Division of Special Education    IEP Report Card

53



## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## 3RD GRADE REPORT CARD SY _____
(Page one of three)

Student Name: _____

ID#:_____

School: _____

Teacher: _____

_____

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **READING** | — | — | — | — |
| Uses word attack skills & vocabulary building strategies | — | — | — | — |
| Reads and comprehends 25 books | — | — | — | — |
| Identifies main idea and supporting details | — | — | — | — |
| Reads aloud with accuracy and fluency | — | — | — | — |
| Determines cause and effect relationships in text | — | — | — | — |
| **WRITING** | — | — | — | — |
| Writes a personal letter | — | — | — | — |
| Writes a personal narrative | — | — | — | — |
| Writes a brief report | — | — | — | — |
| Uses technology to create, revise and publish work | — | — | — | — |
| Uses correct grammar, capitalization & spelling | — | — | — | — |
| Uses writing process | — | — | — | — |
| **LISTENING SKILLS** | — | — | — | — |
| Exhibits appropriate audience behavior | — | — | — | — |
| Comprehends oral presentations | — | — | — | — |
| **SPEAKING SKILLS** | — | — | — | — |
| Gives & understands oral directions | — | — | — | — |
| Participates in group discussions | — | — | — | — |
| Makes oral presentations | — | — | — | — |

| INSTRUCTIONAL LEVEL | above level | on level | below level |
|---|---|---|---|
| **Reading** | | | |
| 1st Advisory | — | — | — |
| 2nd Advisory | — | — | — |
| 3rd Advisory | — | — | — |
| 4th Advisory | — | — | — |
| **Mathematics** | | | |
| 1st Advisory | — | — | — |
| 2nd Advisory | — | — | — |
| 3rd Advisory | — | — | — |
| 4th Advisory | — | — | — |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **MATHEMATICS** | — | — | — | — |
| Adds & subtracts whole numbers with regrouping | — | — | — | — |
| Applies place value concepts | — | — | — | — |
| Models concepts of multiplication and division | — | — | — | — |
| Applies estimation and rounding strategies | — | — | — | — |
| Counts money & makes change | — | — | — | — |
| Classifies three-dimensional shapes | — | — | — | — |
| Identifies geometric figures | — | — | — | — |
| Interprets data from charts, graphs and tables | — | — | — | — |
| Models & solves problems | — | — | — | — |

### Reporting Key:

**For overall grade in subject area:**

**4 = Exceeds the standard (Advanced)**
Student takes initiative to exceed the standard; consistently produces excellent work, applying skills/concepts correctly; shows creativity and insight.

**3 = Meets the standard (Proficient)**
Student produces work that meets the standard; frequently produces very good work of high quality; applies skills/concepts correctly.

**2 = Approaches the standard (Basic)**
Student shows a basic working knowledge of skills/concepts; produces satisfactory work; usually applies skills/concepts correctly.

**1 = Does not meet the standard (Below Basic)**
Student does not show basic working knowledge of skills/concepts; seldom produces work of satisfactory quality.

**For skills/expectations within subject area:**
+ = Excellent      -- = Unsatisfactory
√ = Satisfactory     NI = Not Introduced

*Revised 2000-2001*

54



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**3RD GRADE REPORT CARD** SY ____ .
(Page two of three)
Student Name: __M_____

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|

## SOCIAL STUDIES — + ⊣ —

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Identifies historical landmarks & key geographical features of the nation's capital | — | — | NI | |
| Recognizes significant persons, documents & events shaping Washington, D.C. | — | — | NI | |
| Describes the contributions of diverse groups to Washington, D.C. society | — | — | NI | |
| Demonstrates recognition of names of other large cities & capitals | — | — | NI | |
| Demonstrates map & globe skills | — | — | i | — |

## SCIENCE — ⊣ ( —

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Uses scientific methods to ask & answer questions about the natural world | — | — | — | — |
| Describes how structures of living things adapt to function | — | — | — | — |
| Describes physical features of local environment | — | — | NI | — |
| Describes how vibrating objects produce sound | — | — | NI | — |
| Describes how matter changes | — | — | NI | — |
| Explains seasonal changes | — | — | NI | — |

## MUSIC — — 2 —

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Identifies music of various cultures and styles | — | — | √ | — |
| Interprets music through singing, listening, performing, creating, reading & writing | — | — | √ | — |

## ART — — 2 —

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Applies different media, techniques & processes in artworks | — | — | √ | — |
| Uses symbols & images to convey meaning | — | — | √ | — |

## HEALTH & PHYSICAL EDUCATION   2

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Explains consequences of negative & positive behaviors in conflict | — | — | √ | — |
| Scores in acceptable levels for physical fitness; e.g. sit & reach, running | — | — | √ | — |
| Displays increased motor skills in individual & team sports | — | — | √ | — |

For the section on WORK HABITS, PERSONAL & SOCIAL SKILLS, the following key is used:
+ = Excellent
√ = Satisfactory
-- = Unsatisfactory

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **WORK HABITS** | | | | |
| Follows directions | — | — | — | — |
| Completes classwork on time | — | — | — | — |
| Works well with others/cooperates | — | — | — | — |
| Uses time wisely | — | — | — | — |
| Completes and returns homework | — | — | — | — |
| Participates in class discussions | — | — | — | — |
| Makes an effort | — | — | — | — |
| **PERSONAL & SOCIAL SKILLS** | | | | |
| Follows classroom rules | — | — | — | — |
| Follows playground/school rules | — | — | — | — |
| Respects the rights/property of others | — | — | √ | — |
| Listens while others speak | — | — | √ | — |
| Practices self-control | — | — | — | — |

| ATTENDANCE | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days of Instruction | — | — | 47 | |
| Days Absent | — | — | 0 | — |
| Days Tardy | — | — | 0 | — |

**SUPPORT SERVICES**  Check where applicable.
Additional comments from support staff attached.

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Resource: Reading | — | — | — | — |
| Resource: Mathematics | — | — | — | — |
| Special Education | — | — | √ | √ |
| Bilingual/ESL | — | — | — | — |

*Revised 2000-2001*

Grade Next Year _____

55



**District of Columbia Public Schools Report Card**
SY _____ - _____ (Page three of three)
**TEACHER COMMENTS**

Student Name: _____    Grade: _____

**First Advisory**

_____          _____
Teacher Signature                                    Date

**Second Advisory**

_____          _____
Teacher Signature                                    Date

**Third Advisory**

M_____ has to work on improving his behavior in homeroom and reporting to class everyday. He often plays in the hall instead of reporting to class.

*B. Gilchrist*          5-9-05
Teacher Signature                                    Date

**Fourth Advisory**

_____          _____
Teacher Signature                                    Date

56

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP Page
**Additional Comment**

## I. IDENTIFICATION INFORMATION

Student Name: Last **P** First **M** MI

Student ID **9076039** Soc. Sec. No. _____ Age: **8** Grade **3rd**

Gender ☒ M ☐ F Date of Birth **/96** Ethnic Group **African American**

Address
House No. _____ Street Name **Washington, DC** Quadrant _____ Apartment # **20032** City _____ State _____ Zip Code

☐ Non-attending

Attending School **Malcolm X ES** Home School **Malcolm X ES**

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent **Alice Peak**

Address of (if different from student): ☐ Parent ☒ Guardian ☐ Surrogate

House No. _____ Street Name _____ Quad _____ Apt. No. _____ City _____ State _____ Zip Code
Telephone: Home _____ Work _____

## II. CURRENT INFORMATION

Date of IEP Meeting: **1/25,**
Date of Last IEP Meeting: **8/12/**
Date of Most Recent Eligibility Decision: **8/12/**

Purpose of IEP Conference:
☐ Initial IEP     ☒ Review of I
☐ Requested Eval.   ☐ 3yr ReEval.

Indicate Level of Standardized Assessment **III**

ADDENDA TO BE ATTACHED AS NEED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTAT |
|----------|-------------|
| ESY | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | Nat. Lang | Oral _____ |
| Parent | English | English | English | Nat. Lang | Rdg./ Written _____ |
| Home | English | English | English | Nat. Lang | Instrument: _____ Date: _____ |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | DW/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|---|---|---|
| Specialized Instruc. | | 15 | 15 | Hr | W | Special Ed. Teacher | 01/26/05 | 10 mos |
| Speech Therapy | | 1 | 1 | Hr | W | Speech/Lang Path. | 01/26/05 | 10 mos |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | 16 | 16 | Hours Per Week | | | | |

## V. Disability(ies)

**Learning Disability**

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%   ☒ 21-60%   ☐ 61-100%

Percent of time NOT in a Regular Education Setting **49%**

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

*Alice Peak*
*Sabrina Pinnix* *teacher*
*Brenda McPhail*
*Andryene Howell*
*Taiya Gregory*
*Margaret Smallwood*

*Alice Peak* *Parent*
*Howell, Graduate Stud* *Gen Ed Teacher*
*Margaret Smallwood*

X **I AGREE** with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature *Alice M. Peak* Date **1-25-05**

| Student Name M___ F___ | | Managing School Malcolm X ES | DCPS |
|---|---|---|---|
| Student ID Number 9076039 | DOB ___-96 | Attending School Malcolm X ES | Page 2 |

| VII. Present Educational Performance Levels in Areas Affected by the Disability | Additional Comments: ☐ |
|---|---|

**Academic Areas: (Evaluator)** Special Education Teacher

**Math Strengths:**

M___ is able to add and subtract with regrouping.

**Impact of disability on educational performance in general education curriculum:**

Disability impacts his ability to complete grade assignments.

**Reading Strengths:**

M___ able to comprehend what is read to him.

**Impact of disability on educational performance in general education curriculum:**

Disability impacts his ability to read and comprehend grade level material.

Score(s) When Available
Math Cal. 2.0
Math Rea. 1.6
See goal page:
Date: 1/25/05
Rdg. Com 2.0
Rdg. Basic 2.0
Written Ex
See goal page:
Date: 1/25/05

**Communication (Speech & Language) (Evaluator)** Speech Pathologist

**Strengths:**

M___ can express his wants and needs.

**Impact of disability on educational performance in general education curriculum:**

M___ difficulty expressing himself and processing auditory input negatively impacts his ability to reach academic success.

Score(s) When Available
Exp. Lang. 4/6 (age)
Rec. Lang. 4/6 (age)
Artic 4/YR
Voice WNL
Fluency WNL
Exp. Voc.
Rec. Voc.
See goal page:
Date:

**Motor/Health (Evaluator)**
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) /Results
When Available
See goal page:
Date:

**Social Emotional Behavioral Areas: (Evaluator)**
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available
See goal page:
Date:

**Cognitive/Adaptive Behavior: (Evaluator)**
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available
See goal page:
Date:

**Prevocational Skills: (Evaluator)**
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available
See goal page:
Date:

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 2 of 4

| Student Name | M____ P. | Managing School | Malcolm X | DCPS - |
|---|---|---|---|---|
| Student ID Number | 9076039 | DOB | '96 | Attending School | Malcolm X | Page 3 o |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: ☐

Area addressed by goal: _Academics - Mathematics_

**ANNUAL GOAL:** (including mastery criteria.)

The student will demonstrate one year's growth in Mathematics skills by mastering short-term objectives with 80% accuracy.

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| When presented with coins of varied amounts, the student will identify coins and their values with 80% accuracy. | | Quarterly |
| When presented with objects of various shape, size, or amount, the student will collect, organize and record data in graphs with 80% accuracy. | | Quarterly |
| When presented with pictures of analog or digital clocks, the student will tell time to the near hour, half-hour, quarter-hour, and minute with 80% accuracy. | | Quarterly |
| The student will subtract a 3-digit number from a 3-digit number with one regrouping and check with 80% accuracy. | | Quarterly |
| The student will multiply a 2- or 3- digit number by a 1-digit number with regrouping with 80% accuracy. | | Quarterly |
| The student will use a bar graph to answer questions, solve problems or make decisions based upon the information presented with 80% accuracy. | | Quarterly |

**EVALUATION PROCEDURE(S)**

☑ Portfolio    ☐ Log    ☐ Chart    ☐ Test    ☐ Documented Observation    ☐ Report    ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

59

| Student Name | M. LP | | Managing School | Malcolm X | | OCPS - II |
| Student ID Number | 9076039 | DOB | /96 | Attending School | Malcolm X | Page 3 of |

| **VIII. SPECIALIZED SERVICES** | **Additional Comments:** ☐ | | **Goal Number:** [ |

Area addressed by goal: Academics Written Expression

**ANNUAL GOAL:** (including mastery criteria.)

The student will demonstrate one year's growth in Written Expression skills by mastering short-term objectives with 80% accuracy.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| On lined paper, the student will formulate upper and lower case letters using the correct spacing, alignments and sizing with 80% accuracy. | | Quarterly |
| When reading and writing, the student will identify and use common spelling patterns (including possessives, contractions, diagraphs, etc.) with 80% accuracy. | | Quarterly |
| When given a model, the student will write simple sentences beginning with a capital letter and ending with the correct punctuation with 80% accuracy. | | Quarterly |
| | | |
| | | |
| | | |

| **EVALUATION PROCEDURE(S)** |
| ☑ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☐ Other |

| Student Name | M. F. | | Managing School | Malcolm X | DCPS - IE |
| Student ID Number | 9076039 | DOB | 196 | Attending School | Malcolm X | Page 3 of |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐

Goal Number: ☐

Area addressed by goal: _Academics - Reading_

**ANNUAL GOAL:** (including mastery criteria.)

The student will demonstrate one years growth in Reading skills by mastering short-term objectives with 80% accuracy

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| When attempting to decode unfamiliar words, the student will demonstrate the ability to use phonics, sound symbols in words with 80% accuracy. | | Quarterly |
| From text read, the student will identify the main idea from stories read using picture cues or verbal prompts with 80% accuracy. | | Quarterly |
| To expand vocabulary, the student will use context clues to derive the meaning of unfamiliar words with 80% accuracy. | | Quarterly |
| Using sound-symbol relationships, the student will use oral and visual clues to divide multisyllabic words into syllables with 80% accuracy. | | Quarterly |
| From text read, the student will gather factual information with 80% accuracy. | | Quarterly |
| From stories read, the student will identify elements of literature, such as plot, setting, and mood with 80% accuracy. | | Quarterly |

**EVALUATION PROCEDURE(S)**

☑ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

61

| Student Name | M___ P___ | | | |
|---|---|---|---|---|
| Student ID Number | 9076039 | DOB ___ / ___ /96 | HomeSchool | Malcolm X |
| | | | Attending School | Malcolm X |

DCPS - IEP
Page 3 of 4

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ |
|---|---|

Goal Number: ☐

Area addressed by goal: **Communication (Speech/Language)**

ANNUAL GOAL: (including mastery criteria.)

Student will increase receptive and expressive language skills to > or = 80% accuracy.

Provider(s): Speech/Language Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will formulate complex sentences with > or = 80% accuracy | | monthly |
| Student will establish relationships between words with > or = 80% accuracy. | | monthly |
| Student will define and describe given vocabulary words with > or = 80% accuracy | | monthly |
| Student will answer "wh" questions re: age appropriate information with > or = 80% accuracy | | monthly |
| Student will improve auditory memory for given information (stories, directions, sentences, etc. ) with > or = 80% accuracy. | | monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

| Portfolio | ☒ Log | ☐ Chart | ☐ Test | ☒ Documented Observation | ☐ Report | ☐ Other _____ |

| Student Name | M F | | |
|---|---|---|---|
| Student ID Number 9076089 | DOB /96 | Managing School Malcolm X ES | |
| | | Attending School Malcolm X ES | DCPS Page |

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in general education? ☐ Yes ☒ No

Explanation for removal out of regular education classroom.

M requires specialized instruction to address learning deficits and speech (communication) difficulties

### X. Supplementary Aids and Services
**Classroom Needs**
(Do not name products or companies.)

| | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING (mm/dd/yyy) |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./Min | D/W/M | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing: ☐ None needed
Timing/Scheduling: extended time, break tasks into parts
Setting: preferential seating, reduced, minimized directions
Presentation: oral directions, repeated, gain students
Response:
Equipment:

### XI. STATE AND DISTRICT ASSESSMENTS:
☐ Level I Tested with non-disabled peers under standard conditions without accommodations.
☒ Level III (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations
☐ Level V Portfolio:
☐ Level II (Describe accommodations for level II) Tested under standard conditions with special accommodations.
☐ Level IV (Describe the alternative assessment)

### XII. Areas Requiring Specialized Instruction and Related Services:
☒ Reading ☐ Physical/Sensory ☐ Transition    **Modifications:**
☒ Mathematics ☐ Social Emotional ☐ Vocational    ☐ Language Arts/English
☒ Written Expression ☐ Physical Development ☐ Independent Living    ☐ Social Sciences
☐ Other: ☐ Speech/Language    ☐ Biological & Physical Sciences
☐ None    Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.    ☐ Fine Arts

### XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| General Ed. | Reject | Continued School Failure |
| Combination Gen Ed / Res | Accept | Self Esteem |
| | | |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

Combination General Education Resource
Malcolm X ES

## DOCUMENTED LEVEL OF SERVICE
### Complete and attach to MDT/IEP meeting notes

School __Malcolm X ES__   Principal __V. Kimbrough__   Special Education Coordinator __I. Gregor__

Date _____   Case Manager __V. Lykes__   Assistant Director __C. Bell__

Student __M___T___   DOB __9/6__ Age ___   Grade __3rd__ ID# __9076089__ SSN# ___

Parent __Alice Peak__   Telephone (H) ___   (W) ___

Address: _____   Street #___ Str___   Quad ___ Apt. No. ___   City __Washington__   State __DC__ Zip Code ___

REFERRAL SOURCE: (Check) ☐ 120 Day   ☐ Reeval.   ☐ HOD   ☐ SA   ☐ MA   ☒ Annual

☐ Nonpublic   ☐ Residential   ☐ Citywide   ☐ Courts   ☒ Local School   ☐ Other:

Previous least restrictive environment (LRE Setting):

---

## JUSTIFICATION FOR SETTING CONSIDERATION
### (Submit TAT/MDT Documentation)
### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | | | |
|---|---|---|---|---|---|
| Small groups<br>extended time<br>Repeated directions<br>oral directions<br>gain students attention | Current IEP | Yes ☒ | | No ☐ | |
| | Signatures of required participants (MDT notes) | Yes ☐ | | | |
| | Intervention Behavior Plan | Yes ☐ | | | |
| | Copies of current class work and homework assignments: | Yes ☐ | | | |
| | Medical Reports: | Yes ☐ | | No ☐ | |
| | Clinical Reports: | Yes ☐ | | No ☐ | |
| | Psychiatric Reports | Yes ☐ | | No ☐ | |
| | Medications: | Yes ☐ | | No ☐ | |
| | Attendance Record | Yes ☐ | | | |
| | Copies of most recent evaluation(s) | Yes ☐ | | | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| See IEP (Notes) (1-25-05) | Specialized Instruction<br>Speech Therapy |

---

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☒ combination general education and resource classroom | ☒ combination of general educators, special educators and related service providers | ☒ between 21 % and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

Check the level of need as indicated:
#### DIRECTIONS:

| | |
|---|---|
| If two or three boxes are checked in the Row 1, check LOW.<br>If two or three boxes are checked in the Row 2, check MODERATE.<br>If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |

---

### 7. LEVEL OF NEED

| ☐ LOW | ☒ MODERATE | ☐ HIGH |
|---|---|---|

07-02-2001

Attention: Technical Support Supervisor, Compliance Team

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT __M___ __P___   SCHOOL _Malcolm X ES_ DATE _1/23_

| PARTICIPANTS | PARTICIPANTS (Sign Name) | DISCIPLINE |
|---|---|---|
| X _Mike Pérez_ | _(signature)_ | _Ceremin_ |
| Sabrina Pinnock | _Sa(_  X | Speech Pathol |
| Brenda Gilchrist | _(signature)_ | Gen Ed Teacher |
| Andryene Howell | _A Howell_ | Graduate Student |
| Tarya H. Gregory | _(signature)_ | LEA Sped Coor |
| Margaret Smallwood | Margaret Smallwood | Spec. Educ. Teach. |

Based upon the documents reviewed, the MDT determined that the student is eligible or continues to be eligible for special education services as a student with _a learning disability_

Specialized instruction is required in the following subjects: _reading, math, written lang_

The total amount of specialized instruction required is _15 hours_

Related services are required in the following areas: _Speech Therapy (1hr)_

The setting accepted by the MDT is _Combination General Ed / Spec. Ed_

The level for standardized assessment is _III_

The following accommodations/modifications will be made: _extended time, tasks given in parts, preferential seating, reduced, minimized directions, repeated directions, student's attention gained when giving directions, new information_

Placement Discussion:

_Combination General Ed / Resource_

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    IEP MEETING NOTES

65

District of Columbia Public Schools
Division of Special Education
Washington, D.C.

IEP Continu...
Page

## IEP CONTINUATION PAGE

Student Name ___M. ' ' P ' ___    DOB ' _96_ DATE 1/25-05

Student ID Number _9076039_    Managing School _Malcolm X ES_

Attending School _Malcolm X ES_

INSTRUCTIONS: Use this addendum when additional space is needed on an IEP section or part. Enter the section/part, page number or addendum to identify each item being continued. Attach this addendum to the form.

Page ____ of ____ or Addendum _____

Parent Reports overall improvement in
M school performance though
she reports concerns about M not
bringing home work home.

General Ed Teacher — B. Gilchrist
M is unable to do 3rd grade work but
he is able to do below grade level reading and math.
He says he doesn't understand the 3rd grade
social studies, his behavior has improved.

Special Ed Teacher
M is beginning to show some signs of
improvement. He has mastered some of the
short-term objectives. Of lately, M has
not been running out of the classroom.

District of Columbia Public Schools
Division of Special Education
Washington, D.C.

IEP Continuation
Page

## IEP CONTINUATION PAGE

Student Name ___M_____P_____  DOB ___-9_  DATE _1/25/04_

Student ID Number _9076085_  Managing School _Malcolm X ES_

Attending School _Malcolm X ES_

INSTRUCTIONS: Use this addendum when additional space is needed on an IEP section or part. Enter the
section/part, page number or addendum to identify each item being continued. Attach this addendum to the form.

Page ____ of ____  or Addendum _____

Speech Pathologist

M__ has made some progress with regards to vocabulary development. He continues to struggle with expressing himself verbally and processing lengthy information. Therapy will continue to address the above stated deficits.

Summary

M__ continues to require specialized instruction as a student w/ a learning disability. Speech Therapy will also continue.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
825 North Capital Street, N.E., 6th Floor
Washington, D.C. 20002-4232


Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT


I, _____, received a copy of *A Procedur.*
                    (Parent/Guardian Name)


*Manual for Parents* from _____Taiya H. Gregory_____ /Title Spec. Ed. Coord.
                              (Person Issuing Document)


at _____Malcolm X Elementary School_____.
              (School)


                                        ___/____/____
                                              (Date)


                                        _____
                                        Parent/Guardian Signature


(This receipt is to remain in a designated file in the school.)

CAROLYN W. HOUCK
*Attorney at Law*
5505 Connecticut Ave. N.W. No. 174
Washington, D.C. 20015

Admitted in Maryland
& The District of Columbia

Tel: (301) 951-0748
Fax: (301) 951-4248

June 21, 2005

Tiffany Puckett, Esq.
Office of the General Counsel
District of Columbia Public Schools

Re:    M        P       , Disclosure Notice

Dear Ms. Puckett:

At the upcoming hearing for M        P       n addition to documents and witnesses disclosed by DCPS, the parent may rely on the documents and may call the witnesses listed below. The parent reserves the right to rely upon any documents or witnesses previously disclosed or offered into evidence by either DCPS or the parent during any earlier hearing related to this student.

**Documents:**
| | | |
|---|---|---|
| 1. | 06/21/05 | This Disclosure Letter |
| 2. | | Hearing Notice |
| 3. | 07/12/04 | DCPS Psychoeducational Evaluation |
| 4. | 07/14/04 | DCPS Speech and Language Evaluation |
| 5. | 07/26/04 | DCPS Social History |
| 6. | 08/02/04 | DCPS IEP, including Notes |
| 7. | 08/12/04 | DCPS IEP Report Card |
| 8. | 01/25/05 | DCPS IEP |
| 9. | 05/19/05 | Hearing Request |

**Witnesses:**[1]
M         P       Student
Ms. Alice Peak, Guardian
Carolyn Houck, Esq.
Ms. Sharon Millis, Special Education Expert
Ms. Jacqueline Donnell, Special Education Advocate/Legal Assistant
Ms. Keren Plowden, Rock Creek Academy

Sincerely,

Carolyn Houck, Esq.

---

[1] Some witnesses may testify by telephone and/or use a designee.

mp 9

LASERJET 3150
PRINTER/FAX/COPIER/SCANNER

SEND CONFIRMATION REPORT FOR
HP LASERJET 3150
3019514248
JUN-21-05    5:54PM

| OB | START TIME | USAGE | PHONE NUMBER/ADDRESS | TYPE | PAGES | MODE | STATUS |
|---|---|---|---|---|---|---|---|
| 20 | 6/21  5:36PM | 18'20" | 2024425097 | PC SEND........ | 57/57 | EC144 | COMPLETED............................... |

TOTAL    18'20"    PAGES SENT: 57    PAGES PRINTED: 0

CAROLYN W. HOUCK
*Attorney at Law*
5505 Connecticut Ave. N.W. No. 174
Washington, D.C. 20015

Admitted in Maryland
& The District of Columbia

Tel: (301) 951-0745
Fax: (301) 951-4248

**Facsimile Cover Page**

Date: _____

To: _Bhandarkar Prasad_____
    _Manasa Rai_____
    _Tiffany Puckett_____
    _____

Fax Number: _____

From: ___Carolyn Houck_____

Total number of Pages (including cover sheet): _____

Comments:
Disclosures - *Candidate issue*
          *Begin date*
       m    P

*Note requested date*

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## REQUEST FOR MEDIATION/HEARING

his form shall be used to give notice to the District of Columbia Public Schools and/or a District of
olumbia Public Charter School of parental disagreement with the identification, evaluation or
lucational placement of their child with a disability, or the timely provision of a free appropriate
iblic education to that child, and to request a hearing and/or mediation regarding the same.
his form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol
reet, N.E., 8th Floor, Washington, D.C. 20002.  Fax number 202-442-5556

---

al law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent
ition may be beneficial in your case.  Please indicate your decision:

. I REQUEST MEDIATION  ___ I REQUEST MEDIATION AND A HEARING  X  I REQUEST A HEARING

---

## STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

it Name:  M     Re    l                                    DOB:           /96

ss: ___                                          20032

it School of Attendance:                Home School:
                                         (Neighborhood school where child is registered)

        Malcolm X

**PLAINT IS MADE AGAINST:**     DCPS
                                DCPS and/or D.C. Public Charter School-specify  charter school

## IDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

    Alice Peak

s:     same

(H) _____  (W) _____  (Fax) _____

nship to Student: ___ Parent ___ Self ✓ Legal Guardian ___ Parent Surrogate ___ Public Agency

## IT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

    Carolyn Houck   Phone: (W) 301-951-0748 (Fax) 301-951-424
:  5505 Connecticut Ave NW #174 Washington DC
                                                    20015

71

101

MD 12

ou must indicate three (3) dates when you and your representative (if you have one) are available within
e next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the
ext 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you,
our representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing)
lease indicate whether you are available in the AM, PM, or both on the identified dates.

ngs: *no possible hearing please* *Friday* August 10, 11, ...
ation: *Dates good for 2 business days*

OR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR
EQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING
FFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT
EARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION
ITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).

OR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE
-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING
ITHIN THAT PERIOD.

ery effort will be made to accommodate your requested dates. Please be aware that proposed hearing
tes which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates
e most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled
ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student
earing Office.

none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office
ll schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date
your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the
rm Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request
continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for
ntinuances.*

less you receive notice that the Hearing Officer has granted your request for a continuance, you must
pear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or
a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at
st five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

ecial Accommodation Requests for Mediation/Due Process Hearing (please be specific):

     Interpreter
     ___ Foreign Language _____
     ___ Sign Language _____
     ___ Other _____

DCPS SPECIAL ED DEPT                                    ☒006

Special Communications _____
Special Accommodation for Disability _____
Other _____

n accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
You may attach additional pages to provide more information if needed.)

Describe the nature of the problem:

*See attached page*

Describe issues to be addressed at the mediation and/or hearing, with specificity:

*See attached page*

Describe relevant facts relating to the problem:

*See attached page*

State how you would like to see the problem corrected:

*see attached page*                                    29
                                                       6/28/05

*Carolyn Houck, Attorney for parent*      _____
Signature of Applicant/Parent (Required)          Date (Required)

## MAIL, FAX, OR DELIVER APPLICATION TO:
### Student Hearing Office of the District of Columbia
### 825 North Capitol Street, NE, 8ᵗʰ Floor
Washington, DC 20002              FAX: (202) 442-5556

---

**FOR OFFICE USE ONLY:**
Case Number: _____
Student ID#: _____

Form 101                                    Revised 02/01/2003

---

73

**ATTACHMENT TO HEARING REQUEST**
**June 29, 2005**

**Student:**    M      P
 **DOB:**                  , 1996

**Nature of the problem and issues to be addressed at the hearing:**
1.   Failure to evaluate in all areas of suspected disabilities;
2.   Failure to perform occupational therapy evaluation pursuant to DCPS psychologist's recommendation;
3.   Failure to develop adequate and accurate IEP;
4.   Failure to implement IEP (failure to provide specialized instruction and related services);
5.   Failure to provide due process rights when suspending M        ,
6.   Failure to provide appropriate placements for several school years
7.   Failure to provide appropriate placement for school year 2005/06.

**Relevant facts relating to the problem/background** (information provided for school year 2004/05):
M      I P      attends Malcolm X Elementary School where he is currently in the third grade. He was promoted to the third grade even though he cannot read. M        walks the halls at school all day every day and has been suspended one time for fighting. The grandmother is called to the school to pick him up on an almost daily basis. Feeling like the school was taking advantage of her proximity to the school, the grandmother began refusing to pick him up. The school is now insisting that she come to the school to assist the teachers in dealing with M          behavior.
         M        teacher reported to the grandmother that she never sees M        in class. She does however, see his jacket and books in the classroom. That is because M        is off walking the halls. His grandmother goes to the school and walks the halls herself, attempting to make sure M        is in class. M        older sister is often asked to assist with M      's behavior as well.
         M        IEP identifies him as requiring part-time special education as a learning disabled student. This is probably not an accurate classification. M        requires a clinical evaluation as soon as possible.

**Proposed resolution:**
1.   DCPS to fund M        's placement in a private school identified by the parent for school year 2005/06;
2.   DCPS to fund independent clinical, functional behavioral, occupational therapy, and social history evaluations;
3.   DCPS to develop an adequate and accurate IEP;
4.   DCPS to provide compensatory education.

**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
*825 North Capitol Street, N.E., 9ᵗʰ Floor*
202-442-5000   Fax # 202-442-5098
www.k12.dc.us

August 16, 2005

Carolyn Houck, Esq.
5505 Connecticut Ave. N.W. #174
Washington, DC 20015

**DISCLOSURE STATEMENT**

**VIA FACSIMILE 301/951-4248**

**Subject: Due Process Hearing for M      . Po**
**DOB:         -96**

Dear Ms. Houck:

At the upcoming due process hearing in the above-referenced matter, scheduled for August 23, 2005 at 9:00 a.m., and pursuant to 34 C.F.R. 300.509(a)(3), in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents[1]:

### Witnesses

Vaughn Kimbrough, or his designee(s), Principal, Malcolm X Elementary School, DCPS
Taiya Gregory, or her designee(s), Special Education Coordinator, Malcolm X Elementary School, DCPS
School Counselor, or designee(s), Malcolm X Elementary School, DCPS
Margaret Smallwood, or designee(s), Malcolm X Elementary School, DCPS
Brenda Gillcrest, or designee(s), Malcolm X Elementary School, DCPS
School Social Worker, or designee(s), Malcolm X Elementary School, DCPS
Student's Current and Prior General Education Teacher, Malcolm X School, DCPS
Student's Current and Prior Special Education Teacher, Malcolm X School, DCPS
Speech and Language Pathologist, or designee, Malcolm X School, DCPS

---

[1] Witnesses may testify by telephone.

DCPS Office of the General Counsel
Page 2

Occupational Therapist, or designee, Malcolm X School, DCPS
School Psychologist, or designee, Malcolm X School, DCPS

### Documents*

DCPS-01     Letter of Invitation (6-10-05)
DCPS-02     Letter to Mr. Hull from Taiya Gregory (6-10-05)

DCPS reserves the right to examine any witnesses called or identified as a potential witness by the representative of the student as though the witness was called by DCPS.

DCPS reserves the right to rely upon and /or use any documents/witnesses presented and/or disclosed by the parent that DCPS deems relevant in this case.  Also, DCPS reserves the right to call rebuttal witnesses in its case.

*DCPS reserves the right to use documents from past DCPS and Parent disclosures involving this student.

If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5000.

Sincerely,

Tiffany Puckett
Attorney Advisor

cc: Student Hearing Office

*Children First*

76

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM
MDT
Meeting Notice

MDT Referral Date: _____

Letter of Invitation          Re: ___M___          Date __6-10-05__

Dear __Alice Peak / Ally Houck__

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

__Malcolm X ES__

Please check one date for confirmation:
☐ Date: __6-18-05__  Time: __1:00 p__ or
☐ Date: __6-20-05__  Time: __9:30a__ or
☐ Date: __6-21-05__  Time: __9:30a__

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**The purpose of this meeting is to:**

☐ **develop/review IEP (including consideration of extended school year (ESY) services     ☐ **discuss CompEd
☐ **review evaluation or reevaluation information     ☐ discuss placement     ☐ *consider transition services needs
☑ develop the student evaluation plan (SEP)     ☐ determine manifestation     ☐ discuss quarterly review
☐ discuss documented levels of service     ☐ discuss eligibility     ☐ behavior plan review
☐ **review records to support the completion of services or eligibility:

☐ Graduated    ☐ Completed Services    ☐ Ages Out    ☐ Transferred Out of District    ☐ Dropped Out
☐ Other: _____

** Placement will be discussed.

MDT Members: ☑ Principal/Designee  ☑ General Education Teacher  ☑ Psychologist
☑ Parent  ☑ Special Education Teacher  ☐ Other: _____
☐ LEA Representative  ☐ Speech and Language  _____
☐ Student  ☐ Social Worker  _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact __Mrs. Gregory__ at __2/645-3409__ (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

*After the third attempt to contact the parent, the meeting will be held without further notice.

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____  Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).  ☐ Yes  ☐ No

District of Columbia Public Schools     07-03-2003     Division of Special Education     MDT Letter of Invitation to the Parent - Page 1 of 1

DCPS-017



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
www.k12.dc.us

Malcolm X Elementary School
1351 Alabama Avenue, S.E.
Washington, D.C. 20032-5047
202-645-3409, fax: 645-7219

June 10, 2005

Carolyn W. Houck
Attorney-at-Law
3505 Connecticut Avenue, NW  Suite
Washington, DC  20015

Ms. Houck:

I am writing to schedule a multidisciplinary team meeting for M      P<      I have
spoken to the grandmother/guardian, Alice Peak  who stated that she is available on June
20, 2005 at 9:30am.  I am attaching a letter of invitation with several dates.  If I do not
hear from you by June 15, 2005, I will confirm your attendance for June 20, 2005 at
9:30am.

Please feel free to contact me on (202) 645-3409.  I look forward to working with you on
behalf of M

Sincerely,

Taiya H. Gregory
Special Education Coordinator

DCPS 78

TRANSMISSION VERIFICATION REPORT

TIME : 06/10/2005 15:56

| | |
|---|---|
| DATE,TIME | 06/19 15:55 |
| FAX NO./NAME | 93019514248 |
| DURATION | 00:01:08 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# MALCOLM X ELEMENTARY SCHOOL
## 1351 ALABAMA AVENUE, S. E.
### WASHINGTON, D.C. 20032
(202) 645-3409
FAX NO. (202) 645-7219
V. C. Kimbrough – Principal

Fax To: _Carolyn Houck_

School or Organization: _Law Office_

Fax Number: _3/ 95/ 07, 8_    Date: _6-10-05_

This facsimile is being sent from: _Tanya Gregory_
_Sped. Coord._

Number of Pages including cover sheet _3 pages_
If you do not receive all pages, please call 202-645-3409

Remarks:
_Re: M_         _P_



## The District of Columbia Public Schools
"Working Together For A Better Tomorrow"

wtk

T6652

1

GOVERNMENT OF THE DISTRICT OF COLUMBIA

DEPARTMENT OF PUBLIC SCHOOLS

OFFICE OF STUDENT HEARINGS

```
- - - - - - - - - - - - x
                        :
In the Matter of:       :
                        :
M.        P             :
                        :
- - - - - - - - - - - - x
```

Washington, D.C.

Tuesday, August 23, 2005

The above-entitled matter came on for

hearing, pursuant to notice.

BEFORE:

SY DuBOW, Hearing Officer

APPEARANCES:

On Behalf of the Student/Parent:

DOUGLAS TIERKA, ESQ.

On Behalf of D.C. Public Schools:

TIFFANY PUCKETT, ESQ.

[TRANSCRIPT PREPARED FROM A TAPE RECORDING.]

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

81

wtk

2

## C O N T E N T S

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---------|--------|-------|----------|---------|
| Tiaya H.Gregory | 9 | 25 | 42 | -- |
| Carolyn Houck | 51 | 57 | -- | -- |
| Alice M. Peak | 63 | 70 | 87 | 89 |
| Karen Clownam | 95 | 101 | -- | -- |

## E X H I B I T S

| STUDENT/PARENT | ADMITTED |
|----------------|----------|
| Nos. 1 through 10 | 4 |

| D.C. PUBLIC SCHOOLS | |
|---------------------|---|
| Nos. 1 and 2 | 4 |

3

P R O C E E D I N G S

1

2  HEARING OFFICER DuBOW: We're on the

3  record.  Today is August 23, 2005. An

4  Administrative Hearing for Mi        P    who was

5  born      :/1996.  I'll ask the parties to introduce

6  themselves for the record.

7  MS. PUCKETT: Good morning, Tiffany

8  Puckett, Attorney Advisor for DCPS.

9  MR. TIERKA: Good morning, Douglas Tierka,

10  Counsel for the Parent.

11  MS. PEAK: Good morning, Alice Peak,

12  Grandmother of M.      l P

13  HEARING OFFICER DuBOW: This hearing is

14  being conducted pursuant to IDEA, the '97

15  amendments supplemented by IDEA in the 2004

16  Amendments, to see whether or not DCPS acted in

17  accordance with applicable special--regulations in

18  regard to Mi        ' Po

19  I am Sy DuBow, an impartial Hearing

20  Officer.  I am not an employee of DCPS, nor am I

21  related to or a close acquaintance of the Student,

22  other than through the hearing process.  I'll hear

4

1  both sides and act only on the evidence presented.

2  Is the formal reading of rights waived?

3       MR. TIERKA: Yes.

4       HEARING OFFICER DuBOW: The formal reading

5  of rights is waived by Counsel for the Parent, my

6  determination will be submitted within 10 days.

7       As a preliminary matter, I have documents

8  labeled 1 through 10 for the Parent.  They are

9  entered into the record at this time.  And 1 and 2,

10 for DCPS, entered into the record at this time.

11                    [Parent Documents  No. 1

12                     through 10 were admitted into

13                     the record.]

14                    [DCPS Documents No. 1

15                     and 2 were admitted into

16                     the record.]

17      This hearing is being recorded and either

18 party may request a copy of the CD by writing to

19 the Student Hearing Office.  All matters discussed

20 today are confidential.

21      Is there any preliminary matter?

22      MR. TIERKA: I do have a preliminary

wtk                                                                5

1   matter-

2            HEARING OFFICER DuBOW: Yes.

3            MR. TIERKA:  -by way of an alert.

4            HEARING OFFICER DuBOW: Alert?

5            MR. TIERKA: In DCPS disclosures, they have

6   disclosed a letter and a fax confirmation.

7            HEARING OFFICER DuBOW: Letter.  Yeah.

8            MR. TIERKA: Two letters, in fact.  I can

9   call Ms. Houck to testify that she has not received

10  that letter.  However, I also have with me a report

11  from Ms. Houck's fax that-well you can see that the

12  letter did not come in anywhere in this report.

13  Now, obviously, I didn't disclose this report.

14  There was no way to know that this was going to be

15  an issue at the time of disclosures. [Unintell.] on

16  how to handle it, I'm not sure what opposing

17  counsel, do you want-

18            MS. PUCKETT: I mean, I disclosed a fax

19  confirmation that clearly says it went through okay

20  and that Parent's counsel's fax number is on that.

21            HEARING OFFICER DuBOW: And what is that

22  one?

wtk                                                                6

1            MS. PUCKETT: That's behind my DCPS-02.

2            HEARING OFFICER DuBOW: This one?

3    6/10-okay-went to number-went to-

4            MS. PUCKETT: 301-951-42-

5            HEARING OFFICER DuBOW: -oh, yeah,

6    that's-301-951-4248.

7            MR. TIERKA: Yeah, it also identifies the

8    date and the time. And I think that may be what

9    the problem is, I think their date and time would

10   be off. In any case, I can show the report that I

11   have and there's nothing to me from that number at

12   that date and time.

13           MS. PUCKETT: I mean, the date-it was-

14           HEARING OFFICER DuBOW: Well, wait a

15   minute, I don't even know the issue here, so,

16   you've got me deciding on something I don't even

17   know what's-all right-

18           MS. PUCKETT: Ms. Gregory, I'm sorry, I

19   know I pulled you out of a meeting-

20           HEARING OFFICER DuBOW: All right, let's go

21   forward with the case and you-

22           MS. PUCKETT: -hold on one second, okay?

wtk                                                              7

1           HEARING OFFICER DuBOW:  -let's go forward

2    with the case and use the log that you have.  Do

3    you have opening statement, Mr. Tierka?

4           MR. TIERKA: Yes, there are several issues

5    in this case, including failure to perform all

6    necessary evaluations; failure to develop an

7    appropriate IEP; and failure to make an appropriate

8    placement.

9           Regarding the evaluations, by DCPS's own

10   psycho-educational, Parents' disclosure No. 3, DCPS

11   recommends an occupational therapy evaluation.

12   They also note that recommendation in the IEP notes

13   of August '04, our No. 6.  The last page looks like

14   the letter at the MDT.

15          HEARING OFFICER DuBOW: All right.

16          MR. TIERKA: Furthermore, the notes of the

17   August '04 IEP indicate the clinical evaluation

18   that was recommended, or I should say, communicates

19   that an evaluation to get an EVAC status is

20   recommended.

21          DCPS's own report card was in our No. 7,

22   indicates behavior problems that were interfering.

wtk                                                                    8

1    So, at a moment M      ' needs new evaluations and a

2    new IEP, as a result.  However, the immediate

3    concern is a placement for Mi     .  Ms. Peak is

4    here to testify that she had been told that he was

5    repeatedly walking the halls; that he is never in

6    class; she was called there on a regular basis to

7    help address his behavior problems.  There is no

8    expression of these problems were an impairment in

9    the class.  Regardless that the IEP identifies him

10   as a B student, there's only a part-time IEP.

11       We would ask for an interim placement to Rock

12   Creek where they can address his behavioral issues,

13   as well as the other issues.  And independent

14   evaluations and a new IEP.

15            HEARING OFFICER DuBOW: Ms. Puckett?

16            MS. PUCKETT: Yes, DCPS's position is that

17   the Student's current placement is a appropriate

18   placement for him.  That there has been no

19   significant behavior problems that indicate that

20   there is a need for any additional testing.  At

21   this time my witness is on hold right now, waiting

22   to testify.

wtk

1              HEARING OFFICER DuBOW: All right, call

2    your witness.

3              MS. PUCKETT: Ms. Gregory?

4              MS. GREGORY: Yes?

5              MS. PUCKETT: The Hearing Officer is going

6    to swear you in.

7

8                   TAIYA HARVEY GREGORY

9    was called as a witness and, having been first duly

10   sworn by the Hearing Officer was examined and

11   testified as follows:

12             HEARING OFFICER DuBOW: State your full

13   name and spell it.

14             THE WITNESS: My name is Taiya Harvey

15   Gregory.  My fist name is spelled T-a-i-y-a; my

16   middle name is H-a-r-v-e-y; my last name is spelled

17   G-r-e-g-o-r-y.

18             HEARING OFFICER DuBOW: And our position?

19             THE WITNESS: I'm the special education

20   coordinator at Malcolm X Elementary School.

21             HEARING OFFICER DuBOW: Your witness.

22                   DIRECT EXAMINATION

wtk                                                                      10

1              BY MS. PUCKETT:

2         Q    Ms. Gregory, are you familiar with the

3    Student, M:     _ P:    ?

4         A    I am.

5         Q    How are you familiar with the Student?

6         A    He's a student receiving special-education

7    services at Malcolm X Elementary School.

8         Q    How long have you been working with this

9    Student?

10        A    He was made eligible in Aug of 2004, so

11   that would be about a year.

12        Q    Can you tell us about the Student's

13   progress this year?

14        A    As I look at his IEP meeting notes, from

15   the school year that just passed-

16             MR. TIERKA: I'm going to object to—wait—

17             THE WITNESS: I'm sorry?

18             MR. TIERKA: I'm going to object the

19   witness's testimony is going to read from the

20   notes, we have the notes and by best evidence you—

21             HEARING OFFICER DuBow: Can you recall from

22   your own recollection about that meeting?  Were you

wtk                                                                    11

1    at that meeting?

2              THE WITNESS: Yes.

3              HEARING OFFICER DuBOW: All right, so just

4    recollect from your own knowledge as best you can

5    remember and if you can't-

6              THE WITNESS: Pretty much, there was just

7    an overall-the Parents stated there was overall

8    improvement in M⅃          , school performance.   And

9    the grandma can is just expressing concern about

10   him not bringing home school work.   And, generally,

11   both the special-ed teacher and the general-ed

12   teacher felt like M⅃        had been improving that

13   school year.   So, pretty much the whole team, to

14   include the speech pathologist, felt like, he was

15   making progress this school year.

16             HEARING OFFICER DuBow: And what document

17   is that?

18             BY MS. PUCKETT:

19      Q    You're referring to the meeting notes from

20   which date?

21      A    January 25, 2005.   That was the last IEP

22   meeting scheduled.   So that was his-he was

12

wtk

1   initially made eligible August of '04; and then

2   January 25, 2005, we had another IEP meeting, in

3   which we had pretty much reviewed the goals and

4   discussed his current progress and developed a plan

5   for this upcoming school year.

6        Q    Were there any additional evaluations

7   recommended at that meeting?

8        A    No, there were not.

9        Q    We have a-does the Student receive O.T.

10  services?

11       A    No, he doesn't.

12       Q    Was there an O.T. evaluation completed for

13  this Student?

14       A    No, there was not.

15       Q    Can you tell us about the Student's

16  current placement?

17       A    Currently, he's placed in accommodations

18  in [Unintell.] resource setting, so he receives

19  approximately 15 hours of specialized instruction

20  and he receives an hour of speech and language

21  services.   And so, pretty much during the reading

22  block and some part of the math block, M██████

wtk

1    receives specialized instruction by way of a

2    special-education teacher.  The last school year it

3    was Ms. Margaret Smallwood [ph].

4         Q    How is the Student doing in that

5    placement?

6         A    Actually, he's doing pretty well.  I know

7    that his SAT-9 scores were pretty remarkable, I

8    think.  I don't have them in front of me but-

9         MR.TIERKA: I'm going to object to

10   testimony about a document that was not submitted

11   into evidence.

12        MS. PUCKETT: I don't think she

13   specifically-

14        THE WITNESS: I--

15        MS. PUCKETT: One second, Ms. Gregory-one

16   second.  I don't think she specifically-about the

17   [Unintell.]--scores, she's testifying as to what

18   were her basis for saying that he did well in this

19   classroom.

20        Mr. TIERKA: She said the scores were

21   remarkable-she's representing them as evidence of

22   progress.

wtk                                                                      14

1          MS. PUCKETT: Well, I think she's the

2    special-ed coordinator and she monitors those

3    scores and the grades of special-ed students.

4          MR. TIERKA: Maybe she does, but the

5    document [Unintell.] have [Unintell.]

6          THE WITNESS: I mean, that's-

7          MS. PUCKETT: One second, Ms. Gregory-one

8    second, Ms. Gregory, the Hearing Officer has to

9    rule on the objection.

10         HEARING OFFICER DuBOW: While the documents

11   are not in the record, I--is this part of her

12   overall opinion as to why he's making progress as

13   the basis of what she's looked at?

14         MS. PUCKETT: Yes, she's basing it off, her

15   opinion based on what she's reviewed for this

16   Student.

17         HEARING OFFICER DuBOW: I'll allow it.

18         BY MS. PUCKETT:

19   Q    Can you finish that answer?

20   A    I was pretty much saying that he did

21   fairly well on his [Unintell.]--scores and I say

22   that because that shows a level of improvement

wtk

1 because he's now receiving specialized instruction,

2 whereas, the last school year, which was the

3 2003/2004 school year, he was having substantial

4 issues with his reading and mathematics.  The

5 additional support and the accommodations have

6 allowed him to experience success in the classroom.

7      Q     And is there currently a occupational

8 therapist at the school-

9      A     Uh-

10      Q     -that works at the school?

11      A     We had one that came in to see a

12 particular child, but we don't have one that's

13 on-site, regularly.

14      Q     But is there-if someone has O.T. services,

15 does someone come in to give them O.T. services?

16      A     Yes.

17      Q     Can you tell us about the Student's

18 behavior this year?

19      A.     I do know that towards the end of the

20 school year, that M██████ was experiencing some

21 classroom difficulties.  But I do know that in the

22 IEP meeting notes that-in the meeting that I

wtk

16

1   participated on, his general-ed teacher was saying

2   how his behavioral, his behavior was improving.   As

3   well as his special-education teacher.   And his

4   grandma had also said the same thing.

5        But I do note that his grandma, well, not

6   that his grandma-but my experience was-because I

7   had the opportunity to sit into the classroom.   He

8   was having some challenges toward the end of

9   the-maybe in the last month of school.   But some of

10  that is common for our students as they begin to

11  kind of let down; testing is completed; and summer

12  is here.   So, he was having challenges, but I don't

13  think that there was anything extraordinary and my

14  first indication that grandma was having some

15  problems was as a result of the hearing.   Well, not

16  result of the hearing, but as a result of contact

17  from an attorney.

18       So, grandma never had a discussion with me

19  with regards to concerns that related to M

20  She comes to the school-she lives right across the

21  street from the school.   And so, pretty much, we

22  have always been available.   I know I'm always

wtk
                                                                17

1   available if she needed something either for the

2   other children that were not—were no longer here,

3   she could always come and have a conversation, but

4   I wasn't presented with any major concerns until I

5   received something from an attorney.

6       Q   What has been your recent interaction with

7   the Parent for the Student?  Has there been a

8   meeting?

9       A   Well, I did receive information stating

10  that the grandma wanted to have a meeting.  And,

11  so, what I did was I actually contacted grandma,

12  but I actually attempted to contact the attorney's

13  office.  I made several phone calls and I faxed a

14  letter on June 10, trying to schedule an MDT

15  meeting to discuss any concerns that they had for

16  M.       and I told them I'd spoken with the grandma

17  who said that she was available on June 20, at 9:30

18  a.m.  And I attached a letter of invitation with

19  several dates.  I also stated, if I don't hear from

20  you by June 15, I'll just confirm attendance for

21  June 20.  I never heard from the attorney's office,

22  Grandma did show up for the meeting at 9;30, but at