THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>      Defendant. | )<br>)<br>)<br>)   Civil Action No. 05-1912<br>)   JGP<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE DISPOSITIVE MOTIONS

The Parties respectfully move for an extension of the time in which to file their dispositive motions and in support present the attached memorandum.

The Parties respectfully request that this honorable Court extend the deadline for filing of dispositive motions until May 29, 2006, and related deadlines accordingly.

          Respectfully submitted,

          /s/_____
          Douglas Tyrka, #467500
          2807 27th St., NW
          Washington, DC  20008
          (202) 332-0038

          /s/_____
          Carol Burroughs, #415432
          Assistant Attorney General
          Office of the Attorney General for the
          District of Columbia
          441 4th Street, N.W., 6th Floor South
          Washington, DC  20001
          (202) 724-6520

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK, )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　) <br>v.　　　　　　　　　　　 )<br>　　　　　　　　　　　　　)<br>DISTRICT OF COLUMBIA )<br>　　　Defendant. )<br>　　　　　　　　　　　　　) | Civil Action No. 05-1912<br>JGP |

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE DISPOSITIVE MOTIONS**

1. The current deadline for dispositive motions is May 15, 2006.

2. The Parties expect that a new administrative decision regarding M.P. will be issued before May 19, 2006. The Parties expect that the new decision will effect the relief sought by the Plaintiff in this case.

3. Neither party will be prejudiced by this delay.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　Douglas Tyrka, #467500
　　　　　　　　　　　　　　　　　　2807 27th St., NW
　　　　　　　　　　　　　　　　　　Washington, DC  20008
　　　　　　　　　　　　　　　　　　(202) 332-0038


　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　Carol Burroughs, #415432
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Office of the Attorney General for the
　　　　　　　　　　　　　　　　　　District of Columbia
　　　　　　　　　　　　　　　　　　441 4th Street, N.W., 6th Floor South
　　　　　　　　　　　　　　　　　　Washington, DC  20001
　　　　　　　　　　　　　　　　　　(202) 724-6520