IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>      Defendant. | )<br>)<br>)<br>)   Civil Action No. 05-1912<br>)   JGP<br>)<br>)<br>)<br>) |

**ORDER**

In consideration of the Parties Joint Motion for Extension of Time in Which to File Dispositive Motions, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the Parties shall comply with the following directives:

1)     The Parties shall file their dispositive motions on or before May 29, 2006.

2)     The Parties shall file their opposition to the motions on or before July 14, 2006.

3)     The Parties shall file their replies to the oppositions on or before July 31, 2006.

SO ORDERED.

_____
JOHN GARRETT PENN
United States District Judge