*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | | |
|---|---|---|
| **ALICE PEAK,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1912 (JGP)** |
| | ) | |
| **DISTRICT OF COLUMBIA,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER

Upon consideration of the parties' Joint Motion for Extension of Time in Which to File

Dispositive Motions [14], it is hereby

**ORDERED** that the motion [14] is **GRANTED**; and it is further

**ORDERED** that the parties comply with the following schedule:

1.  The parties shall file dispositive motions on or before May 30, 2006.

2.  The parties shall file oppositions to dispositive motions on or before July 14, 2006.

3.  The parties shall file replies to oppositions to dispositive motions on or before July 31,

2006.

4.  This status hearing previously set for August 8, 2006 is rescheduled for August 22,

2006 at 10:00 A.M. in Courtroom 15.  This hearing shall be a status hearing unless the Court

determines that a hearing on the dispositive motions is necessary, in which case it shall be a

motions hearing.

**SO ORDERED.**

**DATE: May 11, 2006**                                         **JOHN GARRETT PENN**
                                                                          **United States District Judge**