IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK,<br>　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>　　　Defendant. | )<br>)<br>)<br>)　Civil Action No. 05-1912<br>)　JGP<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO SUSPEND PROCEEDINGS

The Plaintiff hereby respectfully moves for proceedings to be suspended to allow the Plaintiff to move to amend her complaint to include new related claims, to allow the Defendant to respond to the claims, and to allow the record to be amended.

In support of this Motion, the Plaintiff submits the attached Memorandum and states as follows:

1) There is currently a related case before this Court.

2) The Defendant has issued a new administrative decision adverse to the Plaintiff.

3) The Plaintiff wishes to contest the new decision before this Court.

4) It would be wasteful to file multiple dispositive motions regarding three related claims before this Court.

5) Accordingly, the Plaintiff wishes to amend her complaint to include all related claims.

6) The Defendant will not be prejudiced by a calendar change.

7) On May 24, 2006, Plaintiff's counsel requested the Defendant's consent to this Motion; the Defendant denied consent.

WHEREFORE, the Plaintiff respectfully requests that the Court suspend

proceedings to allow the Plaintiff to file a motion to amend her complaint by June 12, 2006, with a new schedule to be issued upon the Court's decision on that motion.

                                            Respectfully submitted,

/s/_____
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK,            )<br>            Plaintiff,      )<br>                              )<br>v.                              )<br>                              )<br>DISTRICT OF COLUMBIA  )<br>            Defendant.     )<br>                              ) | Civil Action No. 05-1912<br>JGP |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S
## MOTION TO SUSPEND PROCEEDINGS

This case regards the education of M.P., a special needs student who is the Plaintiff's grandson. More specifically, this case regards an adverse administrative decision received by the Plaintiff in August 2005.

The Plaintiff has filed a related case with this Court, 06-0373, regarding an administrative decision issued in February 2006.

As the Parties recently alerted the Court, the Plaintiff received a new administrative decision regarding M.P. on May 15, 2006. The Plaintiff intends to challenge that decision in an action before this Court.

Normally, such a challenge is initiated through the filing of a civil action. A challenge to the May 15, 2006 decision would of course be a case related to the two existing cases regarding M.P., and so would be heard by this Court.

The May 15, 2006 decision regards the educational placement of M.P., the central issue in both related cases already before this Court.

Dispositive motions in this case are currently due on May 30, 2006. The original deadline was extended following the Parties' joint motion to allow time for the issuance of the most recent administrative decision.

If the May 30, 2006 deadline is sustained, the dispositive motions likely will be completely briefed before the Court is able to issue a schedule for the new related case. For that reason, the Parties will be forced to produce, and the Court to review, two or three sets of dispositive pleadings on the related complaints, all of which regard many of the same issues.

Given these facts, the most sensible course is for the original complaint in this case to be amended to include all of the new claims, such that all claims may be briefed, argued, and decided together. There is no reason not to follow that course.

Because of the complexity of the procedural background, the Plaintiff wishes to have a short time, until June 12, 2006, to draft the new complaint to be included with her motion to amend.

M.P. has now been placed in a District of Columbia Public Schools placement of the Defendant's choosing. The Defendant therefore will not be prejudiced by any delay.

Respectfully submitted,

/s/
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038