IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>      Defendant. | Civil Action No. 05-1912<br>JGP |

**ORDER**

In consideration of the Plaintiff's Motion to Suspend Proceedings, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Plaintiff shall file her motion to amend the complaint by June 12, 2006; and it is further

ORDERED that all other proceedings are temporarily suspended until the Court's ruling on the motion to amend the complaint.

SO ORDERED.

_____
JOHN GARRETT PENN
United States District Judge

1