*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **ALICE PEAK,** | ) |
|        **Plaintiff** | ) |
|     v. | )    **Civil Action No. 05-1912 (JGP)** |
| **DISTRICT OF COLUMBIA,** | ) |
|        **Defendant** | ) |

**ORDER**

Upon consideration of the Plaintiff's Motion to Suspend Proceedings [16], it is hereby

**ORDERED** that the motion [16] is **DENIED**; and it is further

**ORDERED** that the parties comply with the following modified schedule:

1. The parties shall file dispositive motions on or before June 12, 2006.

2. The parties shall file oppositions on or before July 27, 2006.

3. The parties shall file replies on or before August 11, 2006.

4. This status hearing previously set for August 22, 2006 is continued to September 6, 2006 at 10:30 A.M. in Courtroom 15.  This hearing shall be a status hearing unless the Court determines that a hearing on the dispositive motions is necessary, in which case it shall be a motions hearing.

    **SO ORDERED.**

**DATE: May 30, 2006**                                                                 **JOHN GARRETT PENN**
                                                                                 **United States District Judge**