THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>      Defendant. )<br>) | Civil Action No. 05-1912<br>JGP |

### CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE DISPOSITIVE MOTIONS

The Plaintiff respectfully moves for an extension of the time in which to file dispositive motions and in support present the attached memorandum.

The Defendant has consented to this Motion.

The Plaintiff respectfully requests that this honorable Court extend the deadline for filing of dispositive motions until June 26, 2006, and related deadlines accordingly.

Respectfully submitted,

/s/
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALICE PEAK,<br>　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-1912<br>JGP |

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE DISPOSITIVE MOTIONS**

1.  The current deadline for dispositive motions is June 12, 2006.

2.  The Parties have been discussing settlement of this case and the related case, and would like to continue discussions.

3.  The Defendant has consented to a continuance of the dispositive motions deadline to June 26, 2006.

4.  Neither party will be prejudiced by a continuance.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Douglas Tyrka, #467500
　　　　　　　　　　　　　　　　　　2807 27th St., NW
　　　　　　　　　　　　　　　　　　Washington, DC  20008
　　　　　　　　　　　　　　　　　　(202) 332-0038