**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **ALICE PEAK,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 05-1912** |
| **v.** | ) | **JGP** |
| | ) | |
| **DISTRICT OF COLUMBIA** | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

In consideration of the Plaintiff's Consent Motion for Extension of Time in

Which to File Dispositive Motions, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the Parties shall comply with the following directives:

1)    The Parties shall file their dispositive motions on or before June 26, 2006.

2)    The Parties shall file their opposition to the motions on or before August 7,

2006, 2006.

3)    The Parties shall file their replies to the oppositions on or before August 21,

2006.

SO ORDERED.

_____
JOHN GARRETT PENN
United States District Judge