## Index of Exhibits

Exhibit 1      11/07/05 MDT Meeting Notes

Exhibit 2      11/07/05 Advocate's MDT Meeting Notes

Exhibit 3      12/01/05 DCPS Clinical Evaluation

Exhibit 4      12/21/05 DCPS Occupational Therapy Evaluation

Exhibit 5      12/22/05 DCPS Resolution Meeting Notes

Exhibit 6      01/04/06 Functional Behavioral Assessment

Exhibit 7      01/13/06 DCPS Educational Evaluation

Exhibit 8      01/17/06 IEP

Exhibit 9      01/17/06 MDT Meeting Notes

Exhibit 10     01/17/06 DCPS Prior Notice

**Exhibit 1**
**11/07/05 MDT Meeting Notes**

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
~~(IEP)~~  MDT
MEETING NOTES

STUDENT _Michael Peak_     SCHOOL _Malcolm X_ DATE: _1-7_

| PARTICIPANTS | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Pamela Jones | Pamela Jones | School Counsel. |
| Sharon Millis | | SEA Advoc |
| Ronald Anthony | | General Ed Te |
| Pamela Hawkins | Pamela Hawkins | Spec. Educ Tead |
| Sabrina Punnock | By Phone | Speech Path |
| Taiyfa Gregory | N/A | For LEA |

The purpose of this meeting is discuss concern
as it relates Michael Peak and his current
progress The team will develop a student
evaluation plan if necessary. All parties
were introduced. Please note that guardian
is not present at the meeting and
the parent's advocate, Sharon Millie
stated that she is acting in the
of the guardian. A procedural manual
for parents were received and signed to
by the parent.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    IEP MEETING NOTES

MP 3

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
WASHINGTON, D.C.

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**STUDENT EVALUATION PLAN**
**(SEP)**

**MDT**
**SEP**

MEETING DATE: 11/07/2005

STUDENT: Michael     Peak     DOB: 12/23/1996   AGE: 8   GRADE: 04   SCHOOL: Malcolm X Elementary

STUDENT IDENTIFICATION NUMBER: 9076039     TEACHER / HOMEROOM: Ronald     Anthony

ADDRESS: 1397   Conngress St SE Apt 4     SE     Washington     DC     20032
*Street #   Street Name*   *Quadrant*   *Apartment #*   *City*   *State*   *Zip Code*

PARENT(S)/GUARDIAN: Ms. Peak / Attorney     TELEPHONE (H): 2025619551   (W):

**Summarize Area(s) of Concern:**

Michael Has been experiencing severe emotion
this school year which has hinder his ablies
and those of others to perform academically.

**Team Recommendations:**

The team recommends a clinical, occupatio
and and Functional Behavioral assessment
to determine current disability classifica

*Please note clinical should include ~~made~~ assessm
for ADHD

**EVALUATION(S) IN AREA(S) OF LEARNING CONCERN(S)**

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TIMELINE ASSIGNED | DUE DATE |
|---|---|---|---|---|
| ☐ Psychological | | | | |
| ☐ Speech/Language | | | | |
| ☐ Social History | | | | |
| ☐ Audiological | | | | |
| ☐ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☐ Educational | | | | |
| ☐ Hearing Screening   Occupational Therapy | TBD | TBD | 11·7·05 | |
| ☒ Other: Clinical (N. Zeidlan) | TBD | | 11·7·05 | 1·6·06 |
| | Functional Beh. Assessment | FBA | 11·7·05 | |

| TEAM MEMBERS: NAME | POSITION | TEAM MEMBERS: NAME | POSITION |
|---|---|---|---|
| Alice Peak | Parent/Guardian | Vaughn Kimbrough | Principal or Designee |
| Pamela Hawkins | Special Ed Teacher | | Student Spec. Edu. Ser. |
| Ronald Anthony | General Ed Teacher | Pamela Jones | School Counse. |
| Taiya Gregory | LEA Representative | | |

The MDT meeting to discuss the evaluation results is scheduled on   01/25/2006   at 10:00   in room TBD

Place completed form in MDT folder.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES (continuation)

STUDENT: Michael Peak    SCHOOL: Malcolm X Elementary    DATE: 11/07/2005

Caregiver's Concern - that Michael is having
difficulty managing in the classroom.
He has difficulty w/ attention to task and
has not recieved OT as recommended.
Advocate request clinical and functional
behavior assessment.

Special Education Teacher Notes
Michael is a very bright child. He likes when
he recieves one on one attention. His behavior
over the past year has changed over the years.
He is very attention seeking. He does not stay
focus in class, he continues to disturb the
other children while they are working. He
does like Math. He prefers you to read to
him and then he answer the questions orally.
When he pays attention in class he is a
bright student. He likes to touch items that
does not belong to him. Michael works out of
a 1st grade spelling book and he does well with
his spelling assignments. He also passes his spelling
test on Fridays. He does need to be re-directed
frequently. I do believe that he is capable
of improving his academic skills if he stay focus
and on task.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    MDT MEETING NOTES    APPENDIX - A

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES (continuation)

MDT

STUDENT: ___Michael Peak___  SCHOOL: Malcolm X Elementary  DATE: 11/07/2005

General Education Teacher

   Emotional concerns; Michael requires alot of attention. His behavior is a huge concern. Michael also has a problem with attending my class. He is caught running the halls and has to be directed to class on a daily basis.

School Counselor - see attached

   Michael has demonstrated severe emotional issues, such as; yelling, screaming in the halls. Throwing rocks, turning lights on and off. Walking in the halls and refusing to go to his regular ed. and special education classes, Physical fights, Pushing and kicking chairs & books when angry or upset. He defies school rules and adult request to refrain from negative behaviors.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES (continuation)

MDT

STUDENT: _____Michael Peak_____    SCHOOL: Malcolm X Elementary    DATE: 11/07/2005

Speech Pathologist - Indicates that
Michael is doing well in speech
is at about 65. 70%. She does not
have major behavioral difficulties.

The team recommends additional
assessments to determine accuracy
of current disability.

Team recommends addition of psycho-
social counseling to address:
Concerns are that Michael has thoughts
of morbidity and has ideation that are
both (homicidal and suicidal) the team
will immediately refer (parent) for mental
evaluations and refer to crisis team via
department of mental health if any ideations
present themselves during the course of the
school day.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP Page 1 of 4

Addendum ~~~itional Comments: ☐

**I. IDENTIFICATION INFORMATION**     to current     ISP (1-25-05)

**II. CURRENT INFORMATION**

Student Name: Last  Peak   First  Michael   MI

Date of IEP Meeting: 11-7-05

Student ID  1.211003p...

Date of Last IEP Meeting:

.....  Date of Birth  4/20/96   Ethnic Group  Africa America   Age: 3   Grade 4/4

Date of Most Recent Eligibility Decision:

Address

Purpose of IEP Conference:

| House No. | Street Name | Quadrant | Apartment # |

☐ Non-attending

☐ Initial IEP          ☐ Review of IEP
☐ Requested Eval.   ☐ 3yr ReEval.

Attending School ___   Home School ___

City ___   State ___   Zip Code ___

Indicate Level of Standardized Assessment:

☐ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

..... (if different from student): ___   ☐ Parent ☐ Guardian ☐ Surrogate

| BEHAVIOR | | TRANSPORTATION |
| ESY | | TRANSITION |

House No.  Street Name   Quad  Apt. No.  City   State  Zip Code
Telephone: Home ___   Work ___

| III. LANGUAGE | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | | | | | Oral |
| Parent | | | | | Rdg / Written |
| Home | | | | | Instrument: |
| | | | | | Date: |

**IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY**

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr / Min | OWM. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks./mos. |
|---|---|---|---|---|---|---|---|---|---|
| Psychosocial Counseling | | 1.5 | 1.5 | Hr | W | Social Worker / Psychologist | 11/07/2005 | 10 | mos |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | | | | Hours Per Week | | | | | |

**Disability(ies)**   Learning   Disability

Percent of time in Specialized Instruction and Related Services
0-20%     21-60%     61-100%

☐ (Check if setting is general Ed.)

Percent of time NOT in a Regular Education Setting

**IEP TEAM (Participants in the development of the IEP)**   Print and sign your name below.

Ron Anthony
Pamela Hawkins
_____ SPED Advocate
Tai Va H. ___ LEA
Pamela Jones ___

Pamela Hawkins

**I AGREE** with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature ___   Date ___

District of Columbia Public Schools   07-02-2001   Division of Special Education

| Student Name | Settles | Harry | Home School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9051772 | DOB 6/16/94 | Attending School | Malcolm X | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐

Goal Number: ☐

Area addressed by goal: Social.Emotional

ANNUAL GOAL: (Including mastery criteria.)

Michael will improve his ability function with emotional intelligence in three out of four situations.

Provider(s): Psychologist/Social Worker

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Michael will identify 5 positive characteristics about himself in three out of four situations. | | Monthly |
| Michael will identify what sad "looks" and "feels" like with 70% accuracy. | | Monthly |
| Michael will identify what angry 'looks and 'feels" like with 70% accuracy. | | Monthly |
| Michael will identify situations that make him sad/angry with 70% accuracy. | | Monthly |
| Identify what triggers emote identified negative behaviors with 70% accuracy. | | Monthly |
| Michael will identify through role play and observation of role play negative behaviors and situations that emote negative behavior | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☒ Report  ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4


| Student Name | Peak | Michael | Home School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | | DOB | Attending School | Malcolm X | Page 3 of 4 |

VIII. SPECIALIZED SERVICES    Additional Comments: ☐    Goal Number: 2

Area addressed by goal: Social.Emotional

ANNUAL GOAL: (including mastery criteria.)

Social Emotional Cont'd

Provider(s): Psychologist/Social Worker

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Michael will idenify through role play and observation of role play ways to positively respond to negative situations with 70% accuracy. | | Monthly |
| | | |
| | | |
| | | |
| | | |
| | | |

EVALUATION PROCEDURE(S)

☒ Portfolio   ☐ Log   ☐ Chart   ☒ Test   ☒ Documented Observation   ☐ Report   ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
825 North Capital Street, N.E., 6th Floor
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, _Sharon Millice for Alice Peak_, received a copy of *A Procedural*
(Parent/Guardian Name)

*Manual for Parents* from _Taiya Gregory_ /Title _Special Education Coordinator_
(Person Issuing Document)

at _Malcolm X ES_.
(School)

Manual was available
at MST                    11,7,05
                          (Date)

advocates for

Alice Peak
Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

16

# Exhibit 2
## 11/07/05 Advocate's MDT Meeting Notes

Michael Peak MDT 11/7/05

Meeting conference for [illegible] began
at [illegible] DFS stated that the
letter of intent [illegible] was written
[illegible] made for [illegible] supposed in
summer team, no documentation
DI requested as was a [illegible]
and an FBA. ST recommended in October
Documented behavior problems
from 04 getting worse
Runs the halls, regular sees him very
little after lunch
Open space setting makes academics
and behavior much worse
Team feels it is so bad that he does
need a full-time therapeutic setting
Advocate requested a 30 day [illegible]
time line because of the severity
of the problem. He has made suicidal
and homicidal threats in the school
Disrupts other students learning

MP 4

Direct assessments were
requested for the FBA
Advocate did not agree with
Social Emotional goal. While the
concerns were noted, they were
not addressed.
Ms Prata arrived when meeting
ended but I conferenced with
her to discuss what the team had
done. She indicated the
counseling added to the IEP
as well as tutoring was suppose
to have already started

# Exhibit 3
# 12/01/05 DCPS Clinical Evaluation



**Atlantic Health Services, Inc.**
*Commitment to Excellence*

600 Jefferson Plaza, Suite 305, Rockville, MD 20852; Tel. 301-838-3430; Fax: 301-838-3063

## CLINICAL EVALUATION

**Student:** Michael Peak
**Parent/Guardian:** Alice Peak
**Address:** 1397 Congress Pl. Apt. 4 SE
**Current School:** Malcolm X
**Grade:** 4
**Primary Language:** English

**Student I.D.#:** 9076039

**Date of Birth:** December 23, 1996
**Chron. Age:** 8 years, 11 months
**Dates of Evaluation:** 11/21/05
**Date of Report:** 12/1/05

**REASON FOR REFERRAL**
Michael Peak, an 8-year-old 4th grader at Malcolm X Elementary School, was seen for clinical evaluation to assess his reported disruptive and aggressive behaviors in the classroom.

**BACKGROUND INFORMATION**
Michael currently resides with his maternal grandmother, and three older sisters. Michael is a product of an uncomplicated pregnancy and delivery. It is indicated in Michael's academic record that he was delayed in reaching developmental milestones, including walking, talking, and toilet training. His record also indicated that two of his sisters are diagnosed with mental retardation, and one sister is labeled as emotionally disturbed. . Michael reportedly has difficulty breathing "at night while sleeping."

Michael's mother passed away three years ago. He reportedly has never addressed her death within a professional or therapeutic setting. His most recent Psychosocial History indicated that he continues to have nightmares regarding his mothers' death, and that he frequently asks his grandmother, with whom he resides, when she "will die too." Michael has no contact with his father.

With regard to his academic performance, Michael underwent a Psychoeducational evaluation in July 2004, at which time he revealed low performances in reading comprehension, mathematics reasoning, and deficient performances in listening comprehension and oral expression. In addition, Michael was reported to have weak visual-integration skills. Based on a Speech/Language evaluation completed in July 2004, Michael has an oral language disorder with specific difficulties with his expressive vocabulary skills. He is currently labeled as learning disabled and received 15 hours of specialized instruction per week and 1 hour of speech therapy per week.

MP 7

## BEHAVIORAL OBSERVATIONS

Michael was seen during one testing session. He presented for assessment as an appropriately dressed, soft-spoken young man. During the testing session, he readily engaged with the examiner and responded to her in a cordial and appropriate manner. Michael quickly warmed to the examiner and the testing environment. He made consistent eye contact with the examiner, and engaged in casual, appropriate conversation with her. Throughout testing, Michael seemed to be giving his best effort. Overall, the results of this evaluation are believed to represent a valid estimate of his current clinical functioning.

## TESTS ADMINISTERED

Children's Apperception Test (CAT)
Bender Visual Motor Gestalt Test
The Beery-Buktenica Developmental Test of Visual-Motor Integration (VMI)
Children's Incomplete Sentences Blank
Reynolds Child Depression Scale (RCDS)
Revised Children's Manifest Anxiety Scale (RCMAS)
Projective Drawings
Clinical Interview
Record Review

*Parent Rating Scales*
Behavior Assessment Scale for Children-2nd Edition

*Teacher Rating Scale*
Attention-Deficit/Hyperactivity Disorder Test (ADHDT)
Behavior Assessment Scale for Children-2nd Edition

## TEST RESULTS

*VISUAL-MOTOR FUNCTION*

On the Bender-Visual Motor Gestalt Test, a task that requires the individual to copy nine geometric figures, Michael performed in the Below Average range. His performance on this task was equal to that of an average about an average 7 year-old individual (SS =88, 30th percentile). His performance on this measure was marked by two errors of distortion and three failures to integrate key features of the figures.

Michael's evidenced slight difficulty when required to organize visual information as reflected in his performance on the Developmental Test of Visual-Motor Integration. When provided with a structured space upon which to organize and copy information, Michael's visual-motor performance was in the 23rd percentile of age-related peers (SS=89; Average). These results suggest that Michael has less difficulty organizing and processing figural visual information when structure is imposed onto the task. Overall these results are consistent with his reported difficulty with visual-integration skills.

## EMOTIONAL FUNCTION

*Interview.* During clinical interview, Michael reported that he did not know why he was being tested. He denied having any current difficulties in school, and indicated that his favorite school activities were sports and art, and his least favorite were basketball and work. Michael reported that his family is "fine," and he stated that, most of the time, he feels "good." He stated that the best thing about him is that he likes running, and he would like to change his "hair." When asked what he would choose if he had three wishes, Michael answered, "...a motorcycle, a dirt bike, and a four-wheeler."

*Self Report.* On a self-report form (RCDS) designed to assess for the presence of depressive symptoms, Michael's responses were consistent with those of an individual who is experiencing depressive symptoms, suggesting that he is currently depressed. His Total RCDS score fell somewhat below the level of clinical significance; however the critical items that he endorsed are highly suggestive of a depressive symptoms. The critical items endorsed by Michael included, "I feel like hiding from people," and "I feel that no one cares about me." Additional items endorsed by Michael that should be noted include, "I worry about school," "I feel lonely," "I feel sad," "I feel like crying," "I feel upset about things," "I feel life is not fair," "I have trouble paying attention in class," "I feel bored," and "I feel like nothing I do helps anymore." To all of the above-mentioned items, Michael indicated that he feels this way, "All the time." Michael's responses on this form indicated that he did not feel like hurting himself, nor was he experiencing sleep difficulties or other physical problems at the time of this assessment.

On a self-report form (RCMAS) designed to assess for the presence of anxiety symptoms, Michael's responses indicated elevated, but not clinically significant, scores (Total Anxiety, $T=53$). Michael does not appear to be experiencing physical manifestations of anxiety (Physiological Anxiety, $SS=8$). His score on a subscale assessing for feelings of fear, nervousness, or oversensitivity to environmental pressures, was subclinical, but worthy of noting (Worry/Sensitivity, $SS=12$). In addition, his score on a subscale assessing for feelings of inadequacy and ineffectiveness was also subclinical (Social Concerns/Concentration, $SS=12$). His responses were determined to be valid (Lie, $SS=8$). While in the subclinical range, it appears that Michael is experiencing anxiety, particularly related to worry/oversensitivity and social concerns/concentration. Any underlying anxiety can interfere with a child's' ability to concentrate on academic tasks, so these factors should be considered carefully with regard to their role in Michael's current academic functioning.

*Projective Assessment.* Projective assessment results suggest that Michael is experiencing feelings of inadequacy, inefficacy, and anxiety. On a task requiring him to complete sentences, Michael indicated that, "I think most boys are *ugly*," "My family is *asleep*," "My mother *is home*," "I sure wish my father would *leave*," "I like my father but *he's mad all the time*," "The other kids at school are *not playful*," "My family treats my like *I'm not even there*," "My mother and I go *shopping*," "The worst thing about me is *fighting*," "My biggest enemy is *my friends*," "When I get worried, I *smile*," and "I like my mother but *she's mean*." Most concerning among these responses is Michael's report that he essentially feels invisible within his family. In addition, he demonstrates a significant lack of acknowledgment regarding his mothers' death, as he did not mention it at any time during assessment. It is very likely that Michael possesses a

fantasy of his family as it was when his mother was living, and he dwells in this fantasy to this day, not having processed his emotions and truly grieved her loss.

On a task requiring him to make up stories to go along with pictures of animals engaged in various activities, Michael's stories revealed themes of maternal protection, but also fear and danger. However, they also revealed relatively positive outcomes.

On a task requiring Michael to draw various pictures, he first drew a 10 year old boy who looked pleasant, despite having exaggerated, spiked hair. He then drew a 10 year old girl who possessed a large frown. When asked about this drawing, Michael reported that she was sad because she, "fights too much." He reported that the best thing about this girl was that she could, "make herself disappear." He added that she was so sad because people, "pick on her."

## BEHAVIORAL FUNCTION

*Parent Report.* Parent report was unable to be obtained prior to the completion of this report.

*Teacher Report.* The Attention-Deficit/Hyperactivity Test is an assessment that was standardized on a population of children already diagnosed with ADHD. Therefore, scores in the Average range on this assessment indicate an average probability of ADHD. Scores in the Low Average range on this assessment indicate a low probability of ADHD. Michael's special education teacher completed the Attention-Deficit/Hyperactivity Test. She reported a level of hyperactive, impulsive, and inattentive behavior suggestive of an average probability of ADHD symptoms. Her ratings yielded an ADHD Quotient of 106, which also indicated an average probability of ADHD.

Michael's special education teacher also completed the Behavior Assessment System for Children-Second Edition (BASC-2). The BASC-2 is used to evaluate both problem and adaptive behaviors. The BASC-2 has T-scores with a mean of 50 and a standard deviation of 10. Scores of 70 or higher indicate areas that are clinically significant.

| SCALE | T-Score | Range |
|---|---|---|
| Hyperactivity | 83 | clinically significant |
| Aggression | 94 | clinically significant |
| Conduct Problems | 81 | clinically significant |
| Anxiety | 52 | average |
| Depression | 82 | clinically significant |
| Somatization | 47 | average |
| Attention Problems | 68 | at-risk |
| Learning Problems | 56 | average |
| Atypicality | 59 | at-risk |
| Withdrawal | 68 | at-risk |
| Adaptability | 31 | at-risk |
| Social Skills | 33 | at-risk |
| Leadership | 37 | at-risk |
| Study Skills | 43 | average |
| Functional Communication | 36 | at-risk |

His teachers' responses on the BASC-2 indicate that Michael is having clinically significant difficulty with symptoms of depression as evident by reports that Michael is withdrawn, pessimistic, and sad. Inaddition, her ratings indicated that Michael is experiencing hyperactivity, aggression, and conduct problems. This suggests that Michael is exhibiting disruptive behaviors in the classroom, is argumentative or defiant of others, and engages in rule-breaking behavior.

## SUMMARY/EDUCATIONAL IMPLICATIONS

Michael is an 8 year old, 4th Grade student in Mr. Anthony's general education and Ms. Hawkins special education classes at Malcolm X Elementary School. The results of the current assessment reveal a child who is experiencing underlying feelings of depression and anxiety that are complicated with feelings of loss following the death of his mother, and abandonment by his father. Michael is reportedly behaving aggressively in the classroom. However during the present assessment, he showed no overt awareness or concern about any of his difficulties. In addition, Michael's documented difficulties with visual-motor integration likely make typical classroom activities difficult. Frequently, preadolescent depression manifests itself as feelings of irritability, anger, and inattention. When involved in emotionally-charged situations, Michael behaves impulsively and has difficulty expressing his feelings appropriately. He is very sensitive to and easily overwhelmed by the stressors in his environment. While his teacher's report of his behavior suggested evidence of ADHD symptoms in the classroom, it is the belief of this writer that these symptoms of inattention, hyperactivity, and impulsivity, are secondary to the significant depressive/anxiety symptoms that Michael is experiencing at this time. Michael appears to be experiencing complicated bereavement in that he has not had the opportunity to work through the death of his mother. The sequelae of this early loss and the subsequent abandonment of by his father, has lead to a significant and debilitating combination of depression and anxiety. It is the opinion of this writer that Michael be given the additional classification of Emotional Disturbance.

## RECOMMENDATIONS

1. <u>Multiple Disability Classification:</u> In addition to his current Learning Disability classification, these assessment results indicate that Michael also meets criteria for a classification of Emotional Disturbance, rendering him eligible for Multiple Disability Classification.

2. <u>School/Classroom Interventions</u>: Michael would benefit from classroom interventions to target his attentional and organizational difficulties. Specifically, within the classroom setting, he needs the following:
   a. Break his classroom assignments into short, sequential steps: divide work into smaller assignments, build reinforcement and opportunities for feedback at the end of each learning segment, hand out longer assignments in segments, and consider scheduling smaller work periods.
   b. Support participation in the classroom. For example, provide the amount of support and structure that Michael needs to feel comfortable participating in class.
   c. Provide classroom adaptations. For example, allow Michael to begin an assignment and then consult the teacher after the first few problems are complete

to confirm that he is completing the task correctly, or to receive gentle correction if he is not.

d. Provide training and guidance for study skills, test-taking skills, and for time management/organizational planning.

e. Create a safe environment for learning. For example, Michael needs an environment where it is safe to learn--academically, emotionally, and socially-- with any needed reprimands given privately and whenever possible, public recognition for accomplishments, encourage empathy and understanding from teachers, peers, and permit no teasing or scape-goating.

3. <u>Remediation of Visual-Motor Integration Skills:</u> Michael has documented difficulties with visual-motor integration tasks. He would benefit from occupational therapy intervention outside of the classroom to help him to develop these skills, as he is currently performing well below age-level.

4. <u>Extracurricular Activities/Enrichment Program:</u> Participation in structured extracurricular activities is also recommended for Michael to allow him more opportunities to socialize with peers, to bolster his self-esteem, and to obtain mastery of an activity that he enjoys.

5. <u>Individual Counseling/Psychotherapy:</u> Michael may benefit from individual counseling or psychotherapy to target his grief related to the death of his mother, and underlying feelings of loss, and abandonment by his father, that are likely driving his feelings of depression and anxiety.

Nicole N. Zeitlin, M.S.
Psychology Resident

Paul Douglass Frey, Ph.D.
Licensed Clinical Psychologist, MD, DC
Clinical Supervisor



# Malcolm X Elementary School

1351 Alabama Avenue SE

Washington, DC 20032

Telephone # (202)645-3409

Fax # (202)645-7219

Mr. V. C. Kimbrough, Principal

Fax To: _Sharon Mills / Atty Advocate_

School or Organization: _____

Fax Number: _____ Date: _1-12-06_

This facsimile is being sent from: _Tanya Gregory_

Number of Pages including cover sheet _____

If you do not receive all pages, please call 202-645-3409

Remarks:

_I will fax over the OT report_
_in the AM._

## The District of Columbia Public Schools

"Working Together For A Better Tomorrow"

# Exhibit 4
# 12/21/05 DCPS Occupational Therapy Evaluation

### DISTRICT OF COLUMBIA
### DEPARTMENT OF SPECIAL EDUCATION
### OCCUPATIONAL AND PHYSICAL THERAPY
### (202) 576- 5422

## INITIAL OCCUPATIONAL THERAPY EVALUATION

**Student:** Michael Peak          **School:** Malcolm X Elementary School

**DOB:** 12/23/1996               **Student #:** 9076039

**DOE:** 12/21/2005              **Evaluator:** Judith Adams OTR/L

**Reason for Referral:**

Evaluation was completed at the request of the School Psychologist to determine whether student would benefit from occupational therapy services to increase classroom performance.

**Background Information:**

Michael is an 8-year 11month old male who attends the above-mentioned school. According to information received during interviews Michael demonstrated significant decline in classroom performance after experiencing the loss of his mother three years ago. Michael is presently being cared for by his grandmother.

**Behavior Observation:**

Michael appeared to be polite and cooperative at the time of the Occupational Therapy evaluation. He demonstrated appropriate skills necessary to complete assessment along with ability to follow two to three step commands when given. There was no evidence of sensory defensiveness during evaluation

Tests Administered:
- Motor Free Visual Perception Test – 3
- Gross Motor Assessment
- Handwriting Screening
- Clinical Observation
- Teacher and Counselor Interviews

MP 8

## Assessment Results:

### MVPT-3

Information from the visual perceptual test revealed the following scores

Raw Score:      35
Standard Score: 113
Age Equivalent:  >10-11
Percentile:      81

As indicated Michael scored above average for his age group for the ability to integrate spatial relationships, visual discrimination and figure ground, visual closure and visual memory. These skills are important for the processing of information in order to respond appropriately when encountering experiences in one's environment. An example specific to Michael would relate to his ability to perceive a given written instruction by his teacher such as the date and being clear about the relationship of the placement of the month, date and year in relation to each other. Also being able to distinguish the writing on the instructional material from the material and then being able to perform an activity at a later time using that information.

### Gross Coordination:

Gross motor skills involves the movement of larger muscle groups in the body responsible they hold the body in the required position to allow the effective use of the upper and lower extremity (arms and feet)

Michael demonstrated ability to perform appropriate sitting and standing skills during given activities.

### Fine Motor Coordination:

Fine motor skills are the movement of smaller muscle groups of the body.

Michael was given fine motor assignments. He demonstrated appropriate spacing with writing activity but was inconsistent with the use of upper case caps and letter size formation during writing activity. He was independent with shoe tying and fastener manipulation.

### Recommendation:

Michael does not warrant skilled occupational therapy services at this time secondary to scoring in the average to above average range for his age during his assessment. Michael would however benefit from the use of word tracing books to increase his independence with consistent letter formation during writing activity.

*Judith Adams OTR/L*

Judith Adams OTR/L



# Malcolm X Elementary School

### 1351 Alabama Avenue SE
### Washington, DC 20032
Telephone # (202)645-3409
Fax # (202)645-7219
Mr. V. C. Kimbrough, Principal

**Fax To:** _Sharon Millis / Atty Advocate_

**School or Organization:** _____

**Fax Number:** _____ **Date:** _1-12-06_

**This facsimile is being sent from:** _Tanya Golphing_

**Number of Pages including cover sheet** _____

If you do not receive all pages, please call 202-645-3409

**Remarks:**

_I will fax over the OT report
in the AM._

The District of Columbia Public Schools

*Working Together to*

**Exhibit 5**
**12/22/05 DCPS Resolution Meeting Notes**

TRICT OF COLUMBIA PUBLIC SCHOOL
WASHINGTON, D.C.

✓ PUBLIC    ___ OPCS CHARTER    ___ LEA CHARTER    ___ NONPUBLIC    ___ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES

Meeting Confirmation Date: 12/15/05                    Meeting Held: 12/22/05

Student: Michael Peak        DOB 12/23/96 School: Malcolm X ES

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Alice Peak | Alice Peak | Guardian |
| Pamela Jones | Pamela Jones | School Counselor |
| Mamie Burse | Mamie Burse for C. Burse | Attorney Coach Men |
| Pamela Hawkins | Pamela Hawkins | Special Ed Teacher |
| Kiya Gregory | | PFM Sped Coord |
| | | |
| | | |
| | | |
| | | |

✓ Resolved                    ___ Unresolved

The purpose of the meeting is to discuss concerns as it relates to timely evaluation of Michael Peak at a meeting held on 11-7-05 the MDT met and determined that Michael warranted a clinical, OT and Functional Behavioral evaluations. Please note that a clinical assessment was completed on 11/21/05 and the report was completed on 12/1/05. An OT evaluation was completed on 12/20/05 and report is pending. FBA data is consistently being collected

DISTRICT OF COLUMBIA PUBLIC SCHOOL
WASHINGTON, D.C.

☑ PUBLIC    ___DPCS CHARTER    ___ LEA CHARTER    ___ NONPUBLIC    ___ PRIVATE/RELIGIOUS

**RESOLUTION MEETING NOTES Cont'd.**

Meeting Confirmation Date: _12-22-05_    Meeting Held: _12-22-05_

Student: _Michael Peak_    School: _Malcolm XES_

and will be completed ~~prior~~ by 1-6-05.

The team agrees that placement consideration should be given once evaluations are reviewed. The team agrees that the meeting will take place prior to 1-25-05 with a projected schedule date of 1-16-05.

Ms. Peak notes

RESOLUTION MEETING NOTES    Page _____    July 11, 2005



Office of the General Counsel
9th Floor
825 North Capitol St, NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

## FACSIMILE

**Date:**    2-17-06

**TO:** Doug Tyrka

**Fax No.:**   202/265-4264

**RE:**  Michael Peak
         Resolution Meeting Notes

**Tele. No.:** 202/265-4260

**FROM:**   Tiffany Puckett, Esq.
            Attorney Advisor

**Tele. No.:**  202/442-5000

### No. Pages, Including Cover Sheet:

**COMMENTS:**

**CONFIDENTIALITY NOTICE**

The information contained in this telefacsimile has been transmitted by an attorney.  It is privileged and confidential, intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage.
Thank you.



Office of the General Counsel
9th Floor
825 North Capitol St, NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

## FACSIMILE

**Date:**    12-21-05

**TO:** Doug Tyrka              **Fax No.:**   202/265-4264

**RE:** Michael Peak            **Tele. No.:** 202/265-4260
Disclosure Statement and Motion to Compel

**FROM:**    Tiffany Puckett, Esq.     **Tele. No.:** 202/442-5000
Attorney Advisor

**No. Pages, Including Cover Sheet:** 

**COMMENTS:**

_____

_____

### CONFIDENTIALITY NOTICE

The information contained in this telefacsimile has been transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you.

TOTAL P.007

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
825 North Capital Street, N.E., 6th Floor
Washington, D.C. 20002-4232


Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT


I, _____ Alice Peak _____, received a copy of *A Procedura*
   (Parent/Guardian Name)

*Manual for Parents* from __Taiya H. Gregory__ /Title **Special Ed. Coord.**
                           (Person Issuing Document)


at __Malcolm X Elementary School__
       (School)


12, 22, 05
(Date)



*[signature]*
Parent/Guardian Signature



(This receipt is to remain in a designated file in the school.)

1