# Exhibit 6
# 01/04/06 Functional Behavioral Assessment

**District of Columbia Public**
**Schools Washington, D.C.**

**Division of Special Education**

## FUNCTIONAL BEHAVIORAL ASSESSMENT

Student Michael _____ Peak _____ DOB 12/23/1996 _ DATE 01/04/2006

School Malcolm X Elementary _____ Grade 4 _ Special Ed Taiya Gregory
Coordinator

**Describe and Verify the Seriousness of the Problem.**

Michael is having significant difficulty embracing the school environment. He often refuses to go to class, absconds from assigned locations and hides throughout the building. He often disrupts the learning of others by instigating conflicts to include teasing, taking items that don't belong to him, rolling on the floor and/climbing on furniture during instructional time. Once negative behavior begins he often becomes fixated with its and refuses redirection. Throws objects and walks around the room during instruction. Invokes others to fighting and/or chasing him

Frequency  Daily. Usually morning   Intensity  Moderate-High   Duration  Varying lengths

**Identify specific characteristics of the behavior that is interfering with learning.**

| | | |
|---|---|---|
| Highly disruptive at times | wears coat and hood during school time | destroys classroom materials |
| Hits peers without provocation | extremely impulsive | climbs on furniture |
| Does not respond to authority figures | Inability to respond to redirection | |

**Collect Information on.** Time when the behavior does/does not occur, Location of the behavior; Conditions when the behavior does/does not occur; Individuals present (when most/least likely to occur); Events or conditions that typically occur before the behavior; Events or conditions that typically occur after the behavior; Common setting events; Other behaviors that are associated with the problem behavior.

**What environmental conditions may affect the behavior?**

Death of primary careiver (mother)
abandonment by father
family history

**What does the student view as positive reinforcement?**

Food
Time out of the classroom with one on one adult attention
Computer Time

**What interventions were previously attempted, and what were the results?**

-counseling service - no change
-student/parent/school conference- no change
-behavioral contracting - no change
-positivereinforcement/verbal praise - no change

**Collect information on possible functions of the problem behavior.**

☒ Direct Assessment
  ☐ Scatterplots  ☒ ABC Charts  ☐ Rating Rubric  ☐ Amount versus quality of behavior
☒ Indirect Assessment
  ☒ Interviews  ☒ Questionnaires ☐ Surveys

**Analyze information using triangulation and /or problem pathway analysis.**

Students behavior and emotional functioning level appears to be directly connected to impulsivity and outburst appear to be a result of being asked to follow rules as well as attention seeking. Additionally, environmental factors to include home, grief and loss may also present itself in the form of isolating, impulsivity and overstimulating. Inability to follow directives appear to be a result of poor coping skills that result from environmental stimulation at both home and school.

**Generate a hypothesis statement regarding probable function of problem behavior.**
**Test the hypothesis statement regarding the function of the problem behavior.**

Michael's behavior appears to be an attempt to disengage himself from the structure of the learning environment while also gaining adult and peer attention simultaneously. Additionally, some behaviors appear to be an attempt to escape his current environment. Michael requires a small- structured environment with therapeutic intervention and support.

District of Columbia Public Schools     07-02-2001     Division of Special

MP9

**Exhibit 7**
**01/13/06 DCPS Educational Evaluation**

01/13/2006          Kaufman Test of Educational Achievement (K-TEA/NU)
                         Comprehensive Form

Examinee: Peak, Michael                    Sex: Male

School:  Malcolm X ES                      Grade:  4

Teacher: Pamela Hawkins                    Examiner: Ms. Hawkins

Test Date: 01/13/2006                          Other Data
                                    ------------------------------------------
Birth date: 12/23/1996

Age:  9-0

                              SCORE SUMMARY
==============================================================================
Standard scores were derived from Fall Grade tables.
------------------------------------------------------------------------------

| Subtests | Raw Score | Standard Score | 90% Conf Interval | %ile Rank | Grade Equiv | Age Equiv | NCE | Descriptive Level |
|----------|-----------|----------------|-------------------|-----------|-------------|-----------|-----|-------------------|
| Mathematics Applications | 15 | 74 | 66 - 82 | 4 | 1.4 | 6-9 | 13 | well below average |
| Reading Decoding | 19 | 80 | 74 - 86 | 9 | 2.2 | 7-6 | 22 | below average |
| Spelling | 6 | 73 | 67 - 79 | 4 | 1.5 | 7-0 | 12 | well below average |
| Reading Comprehension | 13 | 85 | 78 - 92 | 16 | 2.4 | 8-0 | 29 | below average |
| Mathematics Computation | 14 | 76 | 68 - 84 | 5 | 2.6 | 7-9 | 16 | well below average |

| Composites | Raw Score | Standard Score | 90% Conf Interval | %ile Rank | Grade Equiv | Age Equiv | NCE | Descriptive Level |
|------------|-----------|----------------|-------------------|-----------|-------------|-----------|-----|-------------------|
| Reading Composite | 32 | 81 | 76 - 86 | 10 | 2.2 | 7-9 | 23 | below average |
| Mathematics Composite | 29 | 72 | 66 - 78 | 3 | 2.1 | 7-3 | 11 | well below average |
| Battery Composite | 67 | 74 | 70 - 78 | 4 | 2.0 | 7-3 | 13 | well below average |

==============================================================================

MP 10

COPYRIGHT 1998, AMERICAN GUIDANCE SERVICE, INC., CIRCLE PINES, MN 55014-1796□

01/13/2006            K-TEA/NU: Comprehensive Form                Page 2

Examinee: Peak, Michael                      Test Date: 01/13/2006
Age: . 9-0

### SUBTEST STANDARD SCORE PROFILE
### 90% Confidence Level

```
   Grade Based  |----------- STANDARD SCORE (Mean=100, SD=15) ---------------|
Standard Score  |
      Range     |40   50   60   70   80   90  100  110  120  130  140  150  160
================|+----+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
Math Application|            ****X****
     66 - 82    |                        |            |           |
----------------|+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
Reading Decoding|            ***X***
     74 - 86    |                        |            |           |
----------------|+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
Spelling        |            ***X***
     67 - 79    |                        |            |           |
----------------|+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
Reading Comp    |              ***X****
     78 - 92    |                        |            |           |
----------------|+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
Math Computation|           ****X****
     66 - 84    |                        |            |           |
================|+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
```

### COMPOSITE STANDARD SCORE PROFILE
### 90% Confidence Level

```
   Grade Based  |----------- STANDARD SCORE (Mean=100, SD=15) -------------|
Standard Score  |
      Range     |40   50   60   70   80   90  100  110  120  130  140  150  160
================|+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
Reading         |             **X***
     76 - 86    |                        |            |
----------------|+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
Mathematics     |            ***X***
     66 - 78    |                        |            |
----------------|+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
Total Battery   |            **X**
     70 - 78    |                        |            |
================|+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
```

01/13/2006            K-TEA/NU: Comprehensive Form                Page 3

Examinee: Peak, Michael                          Test Date: 01/13/2006
Age:  9-0

### AREA/SUBTEST COMPARISONS

|  | Standard Score Differences |  |  | Significance Level |
|---|---|---|---|---|
| Global Skills Comparisons | 81 Reading Composite | 9 ----+----+---- | 72 Mathematics Composite | NS |
|  | 81 Reading Composite | 8 ----+----+---- | 73 Spelling | NS |
|  | 72 Mathematics Composite | 1 ----+----+---- | 73 Spelling | NS |
| Specific Skills Comparisons | 74 Mathematics Applications | 2 ----+----+---- | 76 Mathematics Computation | NS |
|  | 80 Reading Decoding | 5 ----+----+---- | 85 Reading Comprehension | NS |
|  | 80 Reading Decoding | 6 ----+----+---- | 74 Mathematics Applications | NS |
|  | 80 Reading Decoding | 4 ----+----+---- | 76 Mathematics Computation | NS |
|  | 85 Reading Comprehension | 11 ----+----+---- | 74 Mathematics Applications | NS |
|  | 85 Reading Comprehension | 9 ----+----+---- | 76 Mathematics Computation | NS |
|  | 80 Reading Decoding | 7 ----+----+---- | 73 Spelling | NS |
|  | 85 Reading Comprehension | 12 ----+----+---- | 73 Spelling | .05 |
|  | 74 Mathematics Applications | 1 ----+----+---- | 73 Spelling | NS |
|  | 76 Mathematics | 3 ----+----+---- | 73 Spelling | NS |

01/13/2006              K-TEA/NU: Comprehensive Form                    Page 4

Examinee: Peak, Michael                              Test Date: 01/13/2006
Age:  9-0

## STANDARD SCORE NARRATIVE

The Kaufman Test of Educational Achievement (K-TEA) Normative Update
(NU) Comprehensive Form is an individually administered test of academic
achievement. It covers five broad areas of achievement:  Mathematics
Application, Mathematics Computation, Reading Decoding, Reading
Comprehension, and Spelling.

Michael was administered the K-TEA/NU on January 13, 2006. He was 9
years old and in grade 4. He was administered all subtests.

I. TOTAL BATTERY

On the total test, Michael obtained a standard score of 74, where the
mean for the test is 100 and the standard deviation is 15. Michael's
performance yielded a percentile rank of 4, meaning that Michael
performed as well as or better than 4 percent of the fourth graders who
took the test as part of the national standardization sample. He had an
age equivalent of 7 years 3 months and a grade equivalent of 2.0.
Generally speaking, when compared with the performance of grade-level
peers, Michael's overall test score is well below average.

II. MATHEMATICS

A. Mathematics Applications

On the Mathematics Applications subtest, Michael obtained a standard
score of 74, where the mean for the test is 100 and the standard
deviation is 15. Michael's performance yielded a percentile rank of 4.
This means that Michael was able to understand number concepts and to
apply mathematics skills to solve "real-life" problems as well as or
better than 4 percent of the fourth graders who took the test as part of
the national standardization sample. He had an age equivalent of 6 years
9 months and a grade equivalent of 1.4. Generally speaking, when
compared with the performance of grade-level peers, Michael's
Mathematics Applications subtest score is well below average.

B. Mathematics Computation

On the Mathematics Computation subtest, Michael obtained a standard
score of 76, where the mean for the test is 100 and the standard
deviation is 15. Michael's performance yielded a percentile rank of 5.
This means that Michael was able to solve written computation problems
as well as or better than 5 percent of the fourth graders who took the
test as part of the national standardization sample. He had an age
equivalent of 7 years 9 months and a grade equivalent of 2.6. Generally
speaking, when compared with the performance of grade-level peers,
Michael's Mathematics Computation subtest score is well below average.

C. Mathematics Specific Skills Comparison

A comparison of Michael's two mathematics subtest scores reveals that his Mathematics Applications subtest score of 74 was not significantly different from his Mathematics Computation subtest score of 76, indicating that Michael's ability to apply number concepts and mathematics skills to problem situations has been developed to about the same level as his ability to solve written mathematics problems.

D. Mathematics Composite

Michael's overall performance in mathematics is summarized by a Mathematics Composite standard score of 72 (percentile rank of 3), reflecting well below average performance in the area of mathematics, when compared with the performance of grade-level peers included in the standardization sample. He had an age equivalent of 7 years 3 months and a grade equivalent of 2.1. Because Michael performed at about the same level on both mathematics subtests, his overall performance in mathematics is accurately characterized by his Mathematics Composite standard score.

III. READING

A. Reading Decoding

On the Reading Decoding subtest, Michael obtained a standard score of 80, where the mean for the test is 100 and the standard deviation is 15. Michael's performance yielded a percentile rank of 9, meaning that Michael was able to understand and correctly pronounce a list of words in isolation as well as or better than 9 percent of the fourth graders who took the test as part of the national standardization sample. He had an age equivalent of 7 years 6 months and a grade equivalent of 2.2. Generally speaking, when compared with the performance of grade-level peers, Michael's Reading Decoding subtest score is below average.

B. Reading Comprehension

On the Reading Comprehension subtest, Michael obtained a standard score of 85, where the mean for the test is 100 and the standard deviation is 15. Michael's performance yielded a percentile rank of 16, meaning that Michael was able to understand printed sentences, read passages, and correctly answer questions about the passages as well as or better than 16 percent of the fourth graders who took the test as part of the national standardization sample. He had an age equivalent of 8 years and a grade equivalent of 2.4. Generally speaking, when compared with the performance of grade-level peers, Michael's Reading Comprehension subtest score is below average.

C. Reading Specific Skills Comparison

A comparison of Michael's two reading subtest scores reveals that his
Reading Decoding subtest score of 80 as not significantly different
from his Reading Comprehension s      score of 85, indicating that
Michael's ability to recognize a      rectly pronounce a list of words
in isolation has been developed       ut the same level as his ability
to understand printed sentences, read passages, and correctly answer
questions about the passages.

D. Reading Composite

Michael's overall performance in reading is summarized by a Reading
Composite standard score of 81 (percentile rank of 10), reflecting below
average performance in the area of reading, when compared with the
performance of grade-level peers included in the standardization sample.
He had an age equivalent of 7 years 9 months and a grade equivalent of
2.2. Because Michael performed at about the same level on both reading
subtests, his overall performance in reading is accurately characterized
by his Reading Composite standard score.

IV. SPELLING

On the Spelling subtest, Michael obtained a standard score of 73, where
the mean for the test is 100 and the standard deviation is 15. Michael's
performance yielded a percentile rank of 4, meaning that Michael was
able to write a list of words from oral dictation as well as or better
than 4 percent of the fourth graders who took the test as part of the
national standardization sample. He had an age equivalent of 7 years and
a grade equivalent of 1.5. Generally speaking, when compared with the
performance of grade-level peers, Michael's Spelling subtest score is
well below average.

V. GLOBAL SKILLS COMPARISON

Comparison of Michael's Mathematics Composite, Reading Composite, and
Spelling standard scores reveals no significant differences, indicating
relatively equal levels of performance across these three general skill
domains.

**Exhibit 8**
**01/17/06 IEP**

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP  Page 1 of 4

...itional Comments:

## I. IDENTIFICATION INFORMATION

Student Name: Last **Peak**     First **Michael**     MI

Date of Birth
Soc. Sec. No.
Ethnic Group  Bla...

Address
Street Name
**Washington**     **DC**     2...
City     State     Zip Code

☐ Non-attending

Attending School **Malcolm X Elementary**     Home School  ...colm X Elementary

☒ Elem.  ☐ Mid/JHS  ☐ SHS  ☐ CWS /

Guardian
... if different from student):   ☐ Parent  ☒ Guardian  ☐ Surrogate
**Guardian**

Home No.  Street Name     Quad  Apt. No.  City     State  Zip Code
Telephone: Home **2025614749**     Work

## II. CURRENT INFORMATION

Date of IEP Meeting:  **01/17/2006**

Date of Last IEP Meeting:  **01/25/2005**

Date of Most Recent Eligibility Decision:  **08/12/2004**

Purpose of IEP Conference:
☐ Initial IEP     ☐ Review of IEP
☒ Requested Eval.   ☐ 3yr ReEval.

Indicate Level of Standardized Assessment:
Level III

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| ☒ | BEHAVIOR | | TRANSPORTATION |
| ☐ | ESY | | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | Native Language | Oral |
| Parent | English | English | English | Native Language | Rdg / Written |
| Home | English | English | English | Native Language | Instrument: |
| | | | | | Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING | | | | | | FREQUENCY | | | | PROVIDER | BEGINNING DATE | DURATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GenEd | | | SpecEd | | | | | | | (by discipline) | mm/dd/yyyy | # | wks/mos |
| | Ses. | Time | Total | Ses. | Time | Total | Hr / Min | D/W/M | | | | | | |
| Specialized Instruction | 0 | 0 | 0 | 5 | 5.9 | 29.5 | Hrs | Week | | Special Education Teacher/R | 01/18/2006 | 10 | Month |
| Speech-Language | 0 | 0 | 0 | 1 | 1.0 | 1.0 | Hrs | Week | | Speech and Language Thera | 01/18/2006 | 10 | Month |
| Psychological Services | 0 | 0 | 0 | 1 | 1.50 | 1.5 | Hrs | Week | | School Social Worker | 01/18/2006 | 10 | Month |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **TOTAL HOURS:** | | **0** | | | **32** | | | | Total Combined Hours Per Week: | | | | | |

## V. Disability(ies) Multiple Disabilities

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☐ 21-60%  ☒ 61-100%
Percent of time NOT in a General Education Setting     100 %

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below:

Alice Peak
Guardian

Pamela Hawkins
Special Ed

Ronald Anthony
General Ed Teacher

Taiya H. Gregory
LEA Representative

Vaughn Kimbrough
Principal or Designee

Sharon Millis / Advocate
Student

Sabrina Pinnock
Speech Pathologist

Thelma Helena
Social Worker

Nicole Zeitlen
Psychologist/Resident

Judith Adams OTR/L

___ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights.
Parent/Guardian Signature

District of Columbia Public Schools     04-02-2004     Division of Special E

| Student Name | *Peak    Michael* | Home School | *Malcolm X* | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | *9076089* | DOB *12/28/96* | Attending School *Malcolm X* | Page 2 of 4 |

**VII. Present Educational Performance Levels in Areas Affected by the Disability**

Additional Comments: ☐

**Academic Areas: (Evaluator)** *Special Education Teacher*

Math Strengths: *The student is able to add and subtract with regrouping*

Impact of disability on educational performance in general education curriculum: *The student disability's impacts on the students ability to complete 4th grade level tasks*

Reading Strengths: *The student can read on 1st and low 2nd grade level.*

Impact of disability on educational performance in general education curriculum: *The students disability impacts on his ability to complete 4th grade reading + written language task*

Score(s) When Available

Math Cal. *2.6 GE*

Math Rea. *2.4 GE*

See goal page: *3*

Date: *1-13-06*

Rdg. Com *2.4 GE*

Rdg. Basic *2.2 GE*

Written Ex. *1.5 GE*

See goal page: *2,3*

Date: *1-13-06*

**Communication (Speech & Language) (Evaluator)** *Speech Pathologist*

Strengths: *Michael can express wants and needs.*

Impact of disability on educational performance in general education curriculum: *Michael's difficulty expressing himself and processing auditory input negatively impact his ability*

Score(s) When Available

Exp. Lang. *delayed*

Rec-Lang. *delayed*

Artic *WNL*

Voice *WNL*

Fluency *WNL*

Exp. Voc.

Rec. Voc.

See goal page:

Date:

**Motor/Health (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) /Results When Available

See goal page:

Date:

**Social Emotional Behavioral Areas: (Evaluator)** *Nicole N. Nesbu, Bachelors...*

Strengths: *Generally responds to 1:1 adult attention, is able to identify positive reinforcements.*

Impact of disability on educational performance in general education curriculum: *Depression/Anxiety leads to lethargic and irregular including hyperactivity, impulsivity + aggression in the classroom setting.*

Score(s) When Available

Teacher BASC-2 T-Score

Depression *83*

Conduct Problems *81*

Depression *82*

See goal page:

Date: *12-1-05*

**Cognitive/Adaptive Behavior: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

See goal page:

Date:

**Prevocational Skills: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

See goal page:

Date:

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 2 of 4

| Student Name | Peak | Michael | Home School | Malcolm X | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | 9076039 | | DOB 12/23/96 | Attending School | Malcolm X | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: 1

Area addressed by goal: **Reading- Academics**

**ANNUAL GOAL: (including mastery criteria.)**

Michael will increase reading skills by at least one year's growth with 80% accuracy measured by the following short-term objectives.

Provider(s): **Special Education Teacher**

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1) Michael will continue to practice phonetic approach to identify unfamiliar words with 80% accuracy. | | quarterly |
| 2) Michael will continue to use contextual clues to define words with 80% accuracy. | | quarterly |
| 3) Michael will continue to recall the main idea from material read with 80% accuracy. | | quarterly |
| 4) Michael will continue to recall details from material read with 80% accuracy. | | quarterly |
| 5) Michael will identify synonyms, homonyms, and analogies with 80% accuracy. | | quarterly |
| 6) Michael will sequence events in a reading selection with 80% accuracy. | | quarterly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| Student Name | Peak | | Michael | | HomeSchool | Malcolm X | | | DCPS - IEP |
|---|---|---|---|---|---|---|---|---|---|
| Student ID Number | 9076039 | | DOB 12/23/96 | | Attending School | Malcolm X | | | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 1 |
|---|---|---|

Area addressed by goal: Reading- Academics Cont.

**ANNUAL GOAL: (Including mastery criteria.)**

Michael will increase reading skills by at least one year's growth with 80% accuracy measured by the following short-term objectives.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| *name, identify and write*<br>7).Michael will ~~pronounce~~ the 1st and 2nd grade Dolch List. | | quarterly |
| | | |
| | | |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix A    IEP Page 3 of 4

| Student Name | Peak | | Michael | HomeSchool | Malcolm X | | DCPS - IEP |
|---|---|---|---|---|---|---|---|
| Student ID Number | 9076039 | | DOB 12/23/96 | Attending School | Malcolm X | | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 3 |
|---|---|---|

Area addressed by goal: __Mathematics-Academic__

**ANNUAL GOAL: (including mastery criteria.)**

Michael will increase mathematic skills by one year's growth with 80% accuracy measured by the following short-term objectives.

Provider(s): **Special Education Teacher**

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1) Michael will continue to subtract two or more digits with regrouping with 80% accuracy.  *analyze & apply* | | quarterly |
| 2) Michael will ~~recite~~ multiplication facts with 80% accuracy. | | quarterly |
| 3) Michael will add and subtract numbers horizontally and vertically. | | quarterly |
| 4) Michael will multiply two digits by one digit with regrouping with 80% accuracy. | | quarterly |
| 5) Michael will solve word problems involving addition, subtraction and money with 80% accuracy.  *using the four step process.* | | quarterly |
| 6) Michael will count one dollar, half dollar, quarter, dime, nickel, penny combinations up to $5.00 with 80% accuracy. | | quarterly |

| EVALUATION PROCEDURE(S) |
|---|
| ☒ Portfolio   ☐ Log   ☐ Chart   ☒ Test   ☒ Documented Observation   ☐ Report   ☐ Other _____ |

District of Columbia Public Schools      07-02-2001      Division of Special Education      Appendix - A      IEP Page 3 of 4

*EDUCATION PLAN*

| Student ID Number | 9076039 | DOB | 12/23/96 | Home/School | Malcolm |
|---|---|---|---|---|---|
| | | | | Attending School | Malcolm X |

DCPS-IEP
Page 3 of 4

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: ☐ |
|---|---|---|

Area addressed by goal: **Communication (Speech/Language)**

ANNUAL GOAL: (including mastery criteria.)
    Student will increase receptive and expressive language skills to > or = 80% accuracy.

Provider(s): Speech/Language Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will formulate complex sentences with > or = 80% accuracy | | monthly |
| Student will establish relationships between words with > or = 80% accuracy. | | monthly |
| Student will define and describe given vocabulary words with > or = 80% accuracy | | monthly |
| Student will answer "wh" questions re: age appropriate information with > or = 80% accuracy | | monthly |
| Student will improve auditory memory for given information (stories, directions, sentences, etc.) with > or = 80% accuracy. | | monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio ☒ Log ☐ Chart ☐ Test ☒ Documented Observation ☐ Report ☐ Other _____

| Student Name | Peak | Michael | HomeSchool | Malcolm X | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | 9076039 | DOB 12/23/1993 | Attending School | Malcolm X | | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | | Goal Number: 3 |

Area addressed by goal: __Social Emotional__

**ANNUAL GOAL:** (Including mastery criteria.)

Michael will improve his ability function with emotional intelligence in three out four situations.

Provider(s): Psychologist/Social Worker

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Michael will identify 5 positive characteristics about himself in three out of four situations. | | monthly |
| Michael will identify what sad "looks" and "feels" like with 70% accuracy. | | monthly |
| Michael will identify what angry looks and feels like with 70% accuracy. | | monthly |
| Michael will identify situations that make him sad/angry with 70% accuracy. | | monthly |
| Michael will identify triggers that emote negative behavior (to include being on location, impulsivity and complying with authority) with 70% accuracy. | | monthly |
| Michael will identifyt strategies for coping with impulsivity and iother negative behaviors with 70% accuracy. | | monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☒ Chart  ☐ Test  ☒ Documented Observation  ☒ Report  ☐ Other _____

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     IEP Page 3 of 4

| Student Name | Peak | | Michael | Home School | Malcolm X | | DCPS - IEP |
| Student ID Number | | | DOB | Attending School | Malcolm X | | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 2 |

Area addressed by goal: **Social.Emotional**

**ANNUAL GOAL: (including mastery criteria.)**

Social Emotional Cont'd

Provider(s): **Psychologist/Social Worker**

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Michael will idenify through role play and observation of role play ways to positively respond to negative situations with 70% accuracy. | | Monthly |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| Student Name | *Michael Peak* | Managing School | *Malcolm X* | DCPS - |
|---|---|---|---|---|
| Student ID Number | *9076039* | DOB *12/23/90* | Attending School *Malcolm X* | Page 3 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | | Goal Number: [ |
|---|---|---|---|

Area addressed by goal: *Social Emotional*

**ANNUAL GOAL: (including mastery criteria.)**

*Michael will improve emotionality as it relates to grief and loss in 3 out of 4 situations.*

Provider(s): *Psychologist / Social Worker / School Staff*

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| *Michael will understand what grief is in 3 out of 4 situations.* | | *Monthly* |
| *Michael will make connection between his emotions and behavior in 3 out of 4 situations* | | *Monthly* |
| *Michael will explore and develop an understanding of the stages of grief.* | | *Monthly* |
| | | |
| | | |
| | | |

| **EVALUATION PROCEDURE(S)** |
|---|
| ☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☐ Other _____ |

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| Student Name | Michael | Peak | | Managing School | Malcolm X Elementary | | DCPS - IEP |
|---|---|---|---|---|---|---|---|
| Student ID Number 9076039 | | | DOB 12/23/1996 | Attending School | Malcolm X Elementary | | Page 4 of 4 |

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in general education?  Yes ☒ No

Explanation for removal out of regular education classroom.

Students behavioral/emotional concerns require full time therapeutic intervention

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr/Min | D/W&L | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations  for testing: ☐ None needed

| | |
|---|---|
| Timing/Scheduling: | Allowance of cooling-off period, time-out area in class, Breaks, varied activities, opportunity to move, Extended time |
| Setting: | Reduced, minimalized distractions, Preferential seating, Special seating/proximity to monitor |
| Presentation: | Assistance with interpretations of instructions, Break tasks into parts, Specific limits, clear consequences defined in advan |
| Response: | Clearly defined appropriate/inappropriate behavior, Oral responses to tests/oral reports, Specific praise for appropriate beh |
| Equipment: | Word list/dictionaries, Number tables or math fact sheets, Use of computer/calculator/slantboard |

**DISTRICT ASSESSMENTS:**

☐ Level III

☐ Level IV

## DOCUMENTED LEVEL OF SERVICE
Complete and attach to MDT/IEP meeting notes

| | | |
|---|---|---|
| School Malcolm X Elementary | Principal Vaughn Kimbrough | Special Education Coordinator Mrs. Gregory |
| Date 01/17/2006   Case Manager B. Bailey | | Assistant Director Cynthia Bell |
| Student Michael      Peak | DOB 12/23/1996  Age 9  Grade 04  ID# 9076039 | SSN# 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 |
| Parent Alice Peak/Guardian | Telephone (H) 2025614749         (W) | |

Address: 1370    Congress St Se Apt 4     SE    Washington    DC    20032
   Street #   Street              Quad  Apt. No.   City              State  Zip Code

REFERRAL SOURCE: (Check) ☐ 120 Day  ☐ Reeval.  ☐ HOD  ☐ SA  ☐ MA  ☒ Annual

☐ Nonpublic  ☐ Residential  ☐ Citywide  ☐ Courts  ☒ Local School  ☐ Other.

Previous least restrictive environment (LRE Setting):    Combination general education and resource classroom

## JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/MODIFICATIONS | 3. DATA REQUIREMENTS | | | | |
|---|---|---|---|---|---|
| See Page 4 of IEP | Current IEP | Yes | ☒ | No | ☐ |
| | Signatures of required participants (MDT notes) | Yes | ☒ | | |
| | Intervention Behavior Plan | Yes | ☐ | | |
| | Copies of current class work and homework assignments | Yes | ☒ | | |
| | Medical Reports: | Yes | ☐ | No | ☐ |
| | Clinical Reports: | Yes | ☐ | No | ☐ |
| | Psychiatric Reports | Yes | ☐ | No | ☐ |
| | Medications: | Yes | ☐ | No | ☒ |
| | Attendance Record | Yes | ☒ | | |
| | Copies of most recent evaluation(s) | Yes | ☒ | | |

| 4. Results of all Intervention: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| See MDT 01/17/2005 | Small therapeutic environment specialized instruction speech and language psychosocial counseling |

## 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general education with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☐ combination general education and resource classroom | ☐ combination of general education, special educators and related service providers | ☐ between 21 % and 60% of service time |
| 3 | ☒ *out of general education classroom | ☒ special education and related service providers | ☒ between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the service and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in these service and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.503) Nonacademic settings.

Check the level of need as indicated:
### DIRECTIONS:

| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |
|---|---|

## 7. LEVEL OF NEED

| ☐ LOW | ☐ MODERATE | ☒ HIGH |
|---|---|---|

**District of Columbia Public Schools**
**Washington, D.C.**

| | |
|---|---|
| **INTERVENTION BEHAVIOR PLAN** | **I.E.P.  Attachment A**<br>**Intervention Behavior Plan** |

**Date Developed:** 01/17/2006

Student Name  **Michael**          **Peak**                   ID# **9076039**          DOB **12/23/1996**   Grade **04**

Address  **1370**   **Congress St Se Apt 4**            **SE**              **Washington**         **DC**      **20032**
         Street #      Street Name                    Quadrant   Apartment #   City,              State,     Zip Code

Telephone (H)  **2025614749**          (W)                         Counselor  **Pamela Jones**

Attending School  **Malcolm X Elementary**          Teacher **Mr. Anthony / Ms. Hawkins**      Room_____   Section_____

**TARGETED BEHAVIOR(S):**                                                          Additional Comments: ☐

Wearing coat/hood during school          Destruction of Property
Failure to follow school rules
Not being on location
Poor coping skills
Failure to respond to authority

**POSITIVE INTERVENTION STRATEGIES: Student Objective**

The student will learn to accept redirection from staff.

Michael will remain on location at all times.
Michael will associate positive consequences with good behavior
Michael will be able to verbalize when / why he is having difficulty.

Implementation description –

Michael will receive immediate verbal praise for successful behaviors to include responding to authority.
Michael will daily, weekly goals objective for himself,

Michael will be rewarded extra free time doing of any activity of his choice.

**POSITIVE INTERVENTION STRATEGIES: Teacher Strategies**

Structured environment in order to reduce oportunities to disengage / go off location from staff.
Opportunity to move from one task to the next after successful completion of authority.
Model socially acceptable behavior for the student, Daily check

**MONITORING SYSTEM: Responsible Teacher :  Classroom Teacher, Staff**
Describe System –

Point System
Token Economy System
ABC Charts

Data collection timeline –

Daily, Weekly, Monthly, quarterly

**FOLLOW-UP MEETING: Date –**      **02/27/2006**

**Exhibit 9**
**01/17/06 MDT Meeting Notes**

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MEETING DATE: 1/1

MDT REFERRAL DATE _____

SCHOOL: _Malcolm KES_

STUDENT _Michael Peak_

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Alice PEAK | _____ | Parent |
| Sabrina Pennock | Springingrock | General Education Teacher |
| Pamela Hawkins | Pamela Hawkins | Special Education Teacher |
| _____ | Taiye Tryon | LEA Representative |
| Nicole Zeitlin | Nicole Zeitlin | School Psychologist |
| Judith Adams | Judith Adams | OT |
| Ronald Anthony | _____ | _____ |
| Ryan Collins | _____ | SESRD |

_____ The Procedural Mar

_____ **The purpose of the meeting was stated:**

_____

_____

_____

Discuss placement.

___ ✓ ___    ☐ IS NOT PRESENT AT THE MEETING       Michael Peak

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: _____ Reevaluation _____

STUDENT _Peak, Michael_    SCHOOL _Malcolm X Elem._ DATE _1/7/0_

**Additional Comments:**

Occupational Therapist

Reported on O.T. findings as it relates
specific to request for least restrictive based
on OT eval students does not warrant
OT services at this time.

School Psychologist:
    Clinical evaluation findings suggest that Michael's
disruptive and aggressive behaviors in the classroom are
driven by significant depression and anxiety (which
complicated by grief over the loss of his mother (which
reportedly he has not processed emotionally) and abandon-
ment by his father. Michael exhibits hyperactive and
impulsive behaviors, particularly when overwhelmed by
environmental stressors and it is the belief of this examiner the
impacted depression impacting these behaviors. A classification of

Additional Testing Required: Multiple Disabilities is warranted.
OT promised to supply additional standard
test to present greater insight into
students performance.

Speech Pathologist

Michael continues to do well in speech and language
class. He consistently reaches at least 60-65% accuracy
for his goals. He is making progress towards meeting
his goal of ≥80% accuracy. Language services will
continue for 60 minutes per week to address his
receptive and expressive deficits.

Social Worker - Michael participates in counseling
and has done so for the past 3 months. Cont'd
psychosocial counseling is deemed to warra 1 1

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: ____Reevaluation____

_____of_____

STUDENT Peak, Michael ____   SCHOOL MX Elem ____   DATE 1-17-06

Additional Comments:

General Education

Michael is extremely truant in the afternoons. He is often caught by the administration hiding or running in the halls

Special Education Teacher

Michael is a "smart" student he does have an ability he do the assignments but he does not stay focus while doing a lesson. He sometimes disturbs the other children while working, he sometime climbs on the furniture, he runs he his. some he does not get his wor....... he love one on one attention if the attention is not focusing on he..... starts to disturbs other students ....

Addition..... ...........

Michael seems to deal with alot of things it is hard to keep him on task class. When he is focus he does complete some assignments WIAT was given ....... 1/12/06 score an .... ....

Please note that the team area that Michael should be in is full time therapeutic placement only general education. the for student with emotional disturbed team also recommend that the psychologist will complete adaptive parent questionnaire to further review ADHD and additional OT evaluation will be conducted. Student is ....... Student's disability is multiply disabled

2/11/06

**Exhibit 10**
**01/17/06 DCPS Prior Notice**

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)

**Prior to Action Notice** ·

**Check Purpose:**
- [ ] Initial Evaluation
- [ ] Initial Placement
- [X] Reevaluation
  - [ ] Change in Category Ex
  - [ ] Related Service Add
  - [ ] Related Service
  - [ ] Change in Placement
  - [X] Annual
  - [ ] Other _____

Date  01/17/2006

Student  Michael _____ Peak _____    DOB  12/23/1996

School  Malcolm X Elementary

Current Disability Category  MD

Setting  Out of general education classroom

Dear  Alice Peak/Guardian

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- [X] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child
- [ ] Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child (check all that apply)

- [ ] Your child is not eligible for special education services(s)
- [X] Your child is eligible or continuing to be eligible to receive special education services as a student with  MD Services
- [X] Your child will begin receiving _____ as a related service(s).
- [ ] Your child will no longer receive _____ as a related service(s)
- [ ] Your child's category of disability is being changed from _____ to _____
- [ ] Your child's alternative placement on continuum (next setting) is being changed.

  from _____ to _____

- [ ] Other: _____

Location of Services  Malcolm X Elementary

**Description and Explanation of agency action proposed or refused.** ·

The multidisciplinary team met to review all of the documentation and the following setting was proposed for the student: Out of General Education in a therapeutic setting.

**Description of Other Options Considered and reasons for rejection of each option**

Based on the documentation reviewed by the team at the MDT meeting, it was determined that the student could not be educated in the general education setting or combination general education/resource setting

Other relevant factors to the decision-  see MDT Notes 1/17/06

MDT Members:
- [X] Principal or Designee
- [X] Parent
- [ ] Student
- [X] Social Worker
- [X] General Education Teacher
- [X] Special Education Teacher
- [X] Speech and Language
- [X] *LEA & Interpreter (*may be one)
- [X] Psychologist
- [ ] Other: _____

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact Mrs. Gregory, _____ at _____ (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST RECORDS OR REPORTS USED

MDT Prior to Action Notice
07-02-2001                                    1