## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1912 (JGP) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment, the Oppositions and Replies thereto, it is hereby

**ORDERED** that:

1. Defendant's Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that

2. Plaintiff's Motion for Summary Judgment is **DENIED.**


**DATE:** _____
JOHN GARRETT PENN
United States District Judge