IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK,  )  <br> Plaintiff,  )  <br> )  <br> v.  )  <br> )  <br> DISTRICT OF COLUMBIA  )  <br> Defendant.  )  <br> ) | Civil Action No. 05-1912 <br> JGP |

## PLAINTIFFS' STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE

1. M.P. is a nine-year-old boy. Exhibit 1 at 4.

2. M.P. is classified as Learning Disabled and Emotionally Disturbed. Exhibit 2 at 1.

3. M.P., who is currently in the fourth grade, has been attending Malcolm X Elementary School ("Malcolm X"), a District of Columbia Public Schools ("DCPS") school, since pre-kindergarten. R. 30.

4. M.P.'s most recent Individualized Education Program ("IEP") prescribes 29.5 hours per week of specialized instruction, 1.5 hours per week of counseling, and 1 hour per week of speech/language therapy. Exhibit 2 at 1.

5. On April 11, 2003, M.P.'s teacher documented M.P.'s "sudden and disruptive conduct in all classes and his inability to concentrate or produce any acceptable first grade work." Exhibit 3 at 3.

6. On April 11, 2003, M.P.'s teacher requested a conference to develop a plan to assure his success in class. Exhibit 3 at 3.

7. On June 17, 2003, M.P.'s teacher stated that M.P. had "continued his slide 'down-hill,'" and recommended that he "be given social support services for grief and anger management." Exhibit 3 at 3.

8. M.P.'s teacher commented on June 17, 2003 that no conference had yet been held. Exhibit 3 at 3.

9. Following the 2003-2004 school year, DCPS promoted M.P. to the third grade despite the fact that he could not read. R. 31.

10. DCPS did not evaluate M.P. for special education until July 9, 2004. R. 17.

11. In July 2004, DCPS completed a psychoeducational evaluation, a speech/language evaluation, and a social history of M.P. R. 17, 25, 28.

12. On August 12, 2004, DCPS developed an initial IEP for M.P. R. 35.

13. The initial IEP classified M.P. as a child with a learning disability, prescribed for him fifteen hours per week of specialized instruction and one hour per week of speech and language therapy, and continued his school placement at Malcolm X. R. 35, 45.

14. At the August 12, 2004 IEP meeting, Ms. Peak specifically requested that M.P. be evaluated for Attention Deficit Hyperactivity Disorder ("ADHD"). R. 33.

15. DCPS made no attempt to assess M.P. for ADHD until December 2005. Exhibit 4 at 1.

16. The social history completed in July 2004, recommended that M.P. receive socio-emotional counseling. R. 30.

17. DCPS did not prescribe counseling for M.P. until November 2005. Exhibit 5 at 5.

18. The social history further recommended "an educational environment that would allow [M.P.] to receive plenty of attention." R. 30.

19. The psychoeducational evaluation, completed in July 2004, recommended that M.P. "be referred for an [occupational therapy] evaluation." R. 20.

20. DCPS did not perform an occupational evaluation of M.P. until December 21, 2005. Exhibit 6 at 1.

21. A Counselor Observation from June 2005 documented numerous incidents of inappropriate behavior by M.P. during the 2004-2005 SY, including excessive yelling and screaming in the classroom, defiance of school rules, general unruliness, frequent movement around the classroom, inappropriate contact with other students, pushing and kicking objects, several fights with other students, and removal from the classroom for disrupting the learning process. Exhibit 7 at 1.

22. The Malcolm X principal, assistant principal, and school counselor called Ms. Peak to Malcolm X on several occasions during the 2004-2005 school year to address M.P.'s behavior. R. 143-50.

23. When Ms. Peak arrived at the school, she routinely discovered M.P. out of class, running through the halls. R. 145.

24. The Malcolm X assistant principal, Mr. Owens, had a lot of problems with M.P. during the 2004-2005 school year. R. 145.

25. M.P.'s teacher during the 2004-2005 school year regularly observed M.P. running around the halls. R. 145-146.

26. M.P. was suspended by the school on at least two occasions during the second semester of the 2004-2005 school year. R. 146-147.

27. On one occasion, a counselor dragged M.P. out of the school and onto the playground because M.P. had been running in the halls and not going to class. R. 147.

28. During the 2004-2005 school year, a Malcolm X aide would regularly sit with M.P. in the hallway, holding his hand, because he would refuse to go to class. R. 148.

29. The teacher comments from February 14, 2005 speak of M.P. playing in the halls most mornings instead of going to homeroom. Exhibit 8 at 1.

30. The teacher comments from May 9, 2005 report that M.P. regularly played in the halls instead of reporting to class. R. 56.

31. DCPS did not conduct any emotional or behavioral evaluations of M.P. until several months after the filing of the administrative complaint relevant to this case. Exhibit 4 at 1.

32. In the fall of 2005, M.P. exhibited severe emotional and behavioral issues, including yelling, screaming, physical fights, and homicidal and suicidal thoughts. Exhibit 5 at 4-5.

33. On June 29, 2005, Ms. Peak filed a due process complaint against DCPS. R. 8.

34. The June 29, 2005 complaint alleged that DCPS had failed to perform necessary evaluations, had failed to develop and implement an appropriate IEP, and had failed to provide an appropriate school placement, among other things. R. 11.

35. The June 29, 2005 complaint requested as relief that DCPS "fund independent clinical, functional behavioral, occupational therapy, and social history evaluations" of M.P., place him at Ms. Peak's choice of school, develop an adequate and appropriate IEP, and provide compensatory education. R. 11.

36. Malcolm X convened an MDT meeting on November 7, 2005. Exhibit 5 at 1.

37. At that meeting, the team determined that M.P. needed a psychoeducation evaluation, a clinical psychological evaluation, an occupational therapy evaluation, and a functional behavioral assessment. Exhibit 5 at 2.

38. By December 8, 2005, DCPS had not provided Ms. Peak with any of the evaluations determined necessary at the November 7, 2005 meeting, and had not proposed any new placement for M.P.

39. On December 8, 2005, Ms. Peak filed a new due process complaint. Exhibit 9 at 1.

40. DCPS completed a clinical evaluation on December 1, 2005, an occupational therapy evaluation on December 21, 2005, a functional behavioral assessment on January 4, 2006, and an educational evaluation on January 13, 2006. Exhibits 1, 4, 6 and 10.

41. The clinical evaluation determined that M.P. meets the criteria for a classification of Emotional Disturbance. Exhibit 4 at 5.

42. The functional behavioral assessment confirmed that M.P. "requires a small-structured environment with therapeutic intervention and support." Exhibit 10 at 1.

43. M.P.'s performance on the tests in the educational evaluation placed him in the 4th percentile of children at his grade level. Exhibit 1.

44. On January 17, 2006, DCPS convened an MDT meeting to review and revise M.P.'s IEP and to determine an appropriate placement for him. Exhibits 2, 11-13.

45. At the January 17, 2006 meeting, DCPS developed an IEP for M.P. that classifies him as emotionally disturbed as well as learning disabled, includes goals and objectives addressing his emotional issues, includes a behavior intervention plan, and prescribes a full-time, therapeutic placement. Exhibits 2, 11-13.

46. At the January 17, 2006 meeting, the MDT determined that M.P. needs a full-time, therapeutic special education placement. Exhibit 11; Exhibit 12 at 3; Exhibit 13.

47. At the January 17, 2006 meeting, DCPS continued M.P.'s placement at Malcolm X over the objection of Ms. Peak's representative. Exhibits 11, 13.

48. Following the development of that IEP, DCPS has now transferred M.P. to a full-time special education placement. Exhibit 14 at 1.

Respectfully submitted,

/s/
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038