Case 1:05-cv-01912-ESH     Document 20-3     Filed 06/27/2006     Page 1 of 6

01/13/2006                Kaufman Test of Educational Achievement (K-TEA/NU)
                                      Comprehensive Form

Examinee: Peak, Michael                       Sex: Male

School: Malcolm X ES                          Grade: 4

Teacher: Pamela Hawkins                       Examiner: Ms. Hawkins

Test Date: 01/13/2006                         Other Data

Birth date: 12/23/1996

Age: 9-0

SCORE SUMMARY

Standard scores were derived from Fall Grade tables.

| Subtests | Raw Score | Standard Score | 90% Conf Interval | %ile Rank | Grade Equiv | Age Equiv | NCE | Descriptive Level |
|---|---|---|---|---|---|---|---|---|
| Mathematics Applications | 15 | 74 | 66 - 82 | 4 | 1.4 | 6-9 | 13 | well below average |
| Reading Decoding | 19 | 80 | 74 - 86 | 9 | 2.2 | 7-6 | 22 | below average |
| Spelling | 6 | 73 | 67 - 79 | 4 | 1.5 | 7-0 | 12 | well below average |
| Reading Comprehension | 13 | 85 | 78 - 92 | 16 | 2.4 | 8-0 | 29 | below average |
| Mathematics Computation | 14 | 76 | 68 - 84 | 5 | 2.6 | 7-9 | 16 | well below average |

| Composites | Raw Score | Standard Score | 90% Conf Interval | %ile Rank | Grade Equiv | Age Equiv | NCE | Descriptive Level |
|---|---|---|---|---|---|---|---|---|
| Reading Composite | 32 | 81 | 76 - 86 | 10 | 2.2 | 7-9 | 23 | below average |
| Mathematics Composite | 29 | 72 | 66 - 78 | 3 | 2.1 | 7-3 | 11 | well below average |
| Battery Composite | 67 | 74 | 70 - 78 | 4 | 2.0 | 7-3 | 13 | well below average |



MP 10

COPYRIGHT 1998, AMERICAN GUIDANCE SERVICE, INC., CIRCLE PINES, MN 55014-1796

01/13/2006                K-TEA/NU: Comprehensive Form                    Page 2

Examinee: Peak, Michael                              Test Date: 01/13/2006
Age: 9-0

```
                        SUBTEST STANDARD SCORE PROFILE
                             90% Confidence Level

  Grade Based    |------------ STANDARD SCORE (Mean=100, SD=15) ---------------|
  Standard Score |                                                             |
      Range      |40   50   60   70   80   90  100  110  120  130  140  150  160
=================+----+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
Math Application|              ****X****
    66 - 82     |                             |              |
----------------+----+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
Reading Decoding|              ***X***
    74 - 86     |                             |              |
----------------+----+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
Spelling        |           ***X***
    67 - 79     |                             |              |
----------------+----+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
Reading Comp    |                ***X****
    78 - 92     |                             |              |
----------------+----+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
Math Computation|              ****X****
    68 - 84     |                             |
=================+----+----+----+----+----+-|--+----!----+-|--+----+----+----+----+

                       COMPOSITE STANDARD SCORE PROFILE
                             90% Confidence Level

  Grade Based    |------------ STANDARD SCORE (Mean=100, SD=15) ---------------|
  Standard Score |                                                             |
      Range      |40   50   60   70   80   90  100  110  120  130  140  150  160
=================+----+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
Reading         |               **X***
    76 - 86     |                             |              |
----------------+----+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
Mathematics     |            ***X***
    66 - 78     |                             |              |
----------------+----+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
Total Battery   |             **X**
    70 - 78     |                             |              |
=================+----+----+----+----+----+-|--+----!----+-|--+----+----+----+----+
```

01/13/2006                K-TEA/NU: Comprehensive Form                    Page 3

Examinee: Peak, Michael                              Test Date: 01/13/2006
Age:  9-0
                          AREA/SUBTEST COMPARISONS
                                                       Significance
                     Standard Score Differences            Level

| | | | | |
|---|---|---|---|---|
| Global Skills Comparisons | 81 Reading Composite | 9 ----+----+---- | 72 Mathematics Composite | NS |
| | 81 Reading Composite | 8 ----+----+---- | 73 Spelling | NS |
| | 72 Mathematics Composite | 1 ----+----+---- | 73 Spelling | NS |
| Specific Skills Comparisons | 74 Mathematics Applications | 2 ----+----+---- | 76 Mathematics Computation | NS |
| | 80 Reading Decoding | 5 ----+----+---- | 85 Reading Comprehension | NS |
| | 80 Reading Decoding | 6 ----+----+---- | 74 Mathematics Applications | NS |
| | 80 Reading Decoding | 4 ----+----+---- | 76 Mathematics Computation | NS |
| | 85 Reading Comprehension | 11 ----+----+---- | 74 Mathematics Applications | NS |
| | 85 Reading Comprehension | 9 ----+----+---- | 76 Mathematics Computation | NS |
| | 80 Reading Decoding | 7 ----+----+---- | 73 Spelling | NS |
| | 85 Reading Comprehension | 12 ----+----+---- | 73 Spelling | .05 |
| | 74 Mathematics Applications | 1 ----+----+---- | 73 Spelling | NS |
| | 76 Mathematics | 3 | 73 Spelling | NS |

01/13/2006                    K-TEA/NU: Comprehensive Form                    Page 4

Examinee: Peak, Michael                                    Test Date: 01/13/2006
Age: 9-0

## STANDARD SCORE NARRATIVE

The Kaufman Test of Educational Achievement (K-TEA) Normative Update (NU) Comprehensive Form is an individually administered test of academic achievement. It covers five broad areas of achievement: Mathematics Application, Mathematics Computation, Reading Decoding, Reading Comprehension, and Spelling.

Michael was administered the K-TEA/NU on January 13, 2006. He was 9 years old and in grade 4. He was administered all subtests.

I. TOTAL BATTERY

On the total test, Michael obtained a standard score of 74, where the mean for the test is 100 and the standard deviation is 15. Michael's performance yielded a percentile rank of 4, meaning that Michael performed as well as or better than 4 percent of the fourth graders who took the test as part of the national standardization sample. He had an age equivalent of 7 years 3 months and a grade equivalent of 2.0. Generally speaking, when compared with the performance of grade-level peers, Michael's overall test score is well below average.

II. MATHEMATICS

A. Mathematics Applications

On the Mathematics Applications subtest, Michael obtained a standard score of 74, where the mean for the test is 100 and the standard deviation is 15. Michael's performance yielded a percentile rank of 4. This means that Michael was able to understand number concepts and to apply mathematics skills to solve "real-life" problems as well as or better than 4 percent of the fourth graders who took the test as part of the national standardization sample. He had an age equivalent of 6 years 9 months and a grade equivalent of 1.4. Generally speaking, when compared with the performance of grade-level peers, Michael's Mathematics Applications subtest score is well below average.

B. Mathematics Computation

On the Mathematics Computation subtest, Michael obtained a standard score of 76, where the mean for the test is 100 and the standard deviation is 15. Michael's performance yielded a percentile rank of 5. This means that Michael was able to solve written computation problems as well as or better than 5 percent of the fourth graders who took the test as part of the national standardization sample. He had an age equivalent of 7 years 9 months and a grade equivalent of 2.6. Generally speaking, when compared with the performance of grade-level peers, Michael's Mathematics Computation subtest score is well below average.

C. Mathematics Specific Skills Comparison

A comparison of Michael's two mathematics subtest scores reveals that his Mathematics Applications subtest score of 74 was not significantly different from his Mathematics Computation subtest score of 76, indicating that Michael's ability to apply number concepts and mathematics skills to problem situations has been developed to about the same level as his ability to solve written mathematics problems.

D. Mathematics Composite

Michael's overall performance in mathematics is summarized by a Mathematics Composite standard score of 72 (percentile rank of 3), reflecting well below average performance in the area of mathematics, when compared with the performance of grade-level peers included in the standardization sample. He had an age equivalent of 7 years 3 months and a grade equivalent of 2.1. Because Michael performed at about the same level on both mathematics subtests, his overall performance in mathematics is accurately characterized by his Mathematics Composite standard score.

III. READING

A. Reading Decoding

On the Reading Decoding subtest, Michael obtained a standard score of 80, where the mean for the test is 100 and the standard deviation is 15. Michael's performance yielded a percentile rank of 9, meaning that Michael was able to understand and correctly pronounce a list of words in isolation as well as or better than 9 percent of the fourth graders who took the test as part of the national standardization sample. He had an age equivalent of 7 years 6 months and a grade equivalent of 2.2. Generally speaking, when compared with the performance of grade-level peers, Michael's Reading Decoding subtest score is below average.

B. Reading Comprehension

On the Reading Comprehension subtest, Michael obtained a standard score of 85, where the mean for the test is 100 and the standard deviation is 15. Michael's performance yielded a percentile rank of 16, meaning that Michael was able to understand printed sentences, read passages, and correctly answer questions about the passages as well as or better than 16 percent of the fourth graders who took the test as part of the national standardization sample. He had an age equivalent of 8 years and a grade equivalent of 2.4. Generally speaking, when compared with the performance of grade-level peers, Michael's Reading Comprehension subtest score is below average.

C. Reading Specific Skills Comparison

A comparison of Michael's two reading subtest scores reveals that his Reading Decoding subtest score of 80 as not significantly different from his Reading Comprehension s   score of 85, indicating that Michael's ability to recognize a    rectly pronounce a list of words in isolation has been developed    ut the same level as his ability to understand printed sentences, read passages, and correctly answer questions about the passages.

D. Reading Composite

Michael's overall performance in reading is summarized by a Reading Composite standard score of 81 (percentile rank of 10), reflecting below average performance in the area of reading, when compared with the performance of grade-level peers included in the standardization sample. He had an age equivalent of 7 years 9 months and a grade equivalent of 2.2. Because Michael performed at about the same level on both reading subtests, his overall performance in reading is accurately characterized by his Reading Composite standard score.

IV. SPELLING

On the Spelling subtest, Michael obtained a standard score of 73, where the mean for the test is 100 and the standard deviation is 15. Michael's performance yielded a percentile rank of 4, meaning that Michael was able to write a list of words from oral dictation as well as or better than 4 percent of the fourth graders who took the test as part of the national standardization sample. He had an age equivalent of 7 years and a grade equivalent of 1.5. Generally speaking, when compared with the performance of grade-level peers, Michael's Spelling subtest score is well below average.

V. GLOBAL SKILLS COMPARISON

Comparison of Michael's Mathematics Composite, Reading Composite, and Spelling standard scores reveals no significant differences, indicating relatively equal levels of performance across these three general skill domains.

