DCPS - IEP Page 1 of 4

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

...dditional Comments:

## I. IDENTIFICATION INFORMATION

Student Name: Last Peak First Michael MI

Student ID | Soc. Sec. No. | Date of Birth | Ethnic Group Bla... | Age

Address | House No. | Street Name | Quadrant | Apartment # | Washington (City) | DC (State) | 20... (Zip Code)

Non-attending

Attending School Malcolm X Elementary Home School ...lcolm X Elementa...

[X] Elem. [ ] Mid/JHS [ ] SHS [ ] CWS /

Guardian
(if different from student): [ ] Parent [X] Guardian [ ] Surrogate

House No. Street Name Quad Apt. No. City State Zip Code

Telephone: Home 2025614749 Work

## II. CURRENT INFORMATION

Date of IEP Meeting: 01/17/2006

Date of Last IEP Meeting: 01/25/2005

Date of Most Recent Eligibility Decision: 08/12/2004

Purpose of IEP Conference:
[ ] Initial IEP [ ] Review of IEP
[X] Requested Eval. [ ] 3yr ReEval.

Indicate Level of Standardized Assessment: Level III

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| [X] BEHAVIOR | [ ] TRANSPORTATION |
|---|---|
| [ ] ESY | [ ] TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | Native Language |
| Parent | English | English | English | Native Language |
| Home | English | English | English | Native Language |

To be completed by Office of Bilingual Education
English and Math Proficiency Assessment
Oral
Rdg./ Written
Instrument:
Date:

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | GenEd Ses. | GenEd Time | GenEd Total | SpecEd Ses. | SpecEd Time | SpecEd Total | FREQUENCY Hr./Min | FREQUENCY D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | DURATION wks/mos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | 0 | 0 | 0 | 5 | 5.9 | 29.5 | Hrs | Week | Special Education Teacher/R | 01/18/2006 | 10 | Month |
| Speech-Language | 0 | 0 | 0 | 1 | 1.0 | 1 | Hrs | Week | Speech and Language Thera | 01/18/2006 | 10 | Month |
| Psychological Services | 0 | 0 | 0 | 1 | 1.50 | 1.5 | Hrs | Week | School Social Worker | 01/18/2006 | 10 | Month |
| | | | | | | | | | | | | |
| TOTAL HOURS: | | | 0 | | | 32 | | | | | | |

Total Combined Hours Per Week:

## V. Disability(ies) Multiple Disabilities

Percent of time in Specialized Instruction and Related Services
[ ] 0-20% [ ] 21-60% [X] 61-100%

[ ] (Check if setting is general Ed.)

Percent of time NOT in a General Education Setting 100 %

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below

| | |
|---|---|
| Alice Peak, Guardian | Sharon Millis / Advocate |
| Pamela Hawkins, Special Ed | Student |
| Ronald Anthony, General Ed Teacher | Sabrina Pinnock, Speech Pathologist |
| Taiya H. Gregory, LEA Representative | Thelma Hebron, Social Worker |
| Vaughn Kimbrough, Principal or Designee | Nicole Zeitlin, Psychology Resident |
| | Judith Adams OTR/L |

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature Date

Student Name: Peak Michael — Home School: Malcolm X

Student ID Number: 9076039 — DOB 12/28/96 — Attending School: Malcolm X

DCPS - IEP Page 2 of 4

## VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas: (Evaluator)** Special Education Teacher

Math Strengths:
The student is able to add and subtract with regrouping

Impact of disability on educational performance in general education curriculum:
The student disability's impacts on the student's ability to complete 4th grade level tasks

Reading Strengths-
The student can read on 1st and tow 2nd grade level.

Impact of disability on educational performance in general education curriculum-
The student's disability impacts on his ability to complete 4th grade Reading + written language tasks

Score(s) When Available
- Math Cal. 2.6 GE
- Math Rea. 1.4 GE
- See goal page: 3
- Date: 1-13-06
- Rdg. Com 2.4 GE
- Rdg. Basic 2.2 GE
- Written Ex. 1.5 GE
- See goal page: 2, 3
- 1-13-06

**Communication (Speech & Language) (Evaluator)** Speech Pathologist

Strengths-
Michael can express wants and needs,

Impact of disability on educational performance in general education curriculum:
Michael's difficulty expressing himself and processing auditory input negatively impact his ability to [illegible]

Score(s) When Available
- Exp.Lang. delayed
- Rec-Lang. delayed
- Artic WNL
- Voice WNL
- Fluency WNL
- Exp. Voc. ______
- Rec. Voc. ______
- See goal page: ______
- Date:

**Motor/Health (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) /Results When Available
- See goal page:
- Date:

**Social Emotional Behavioral Areas: (Evaluator)** Nicole N Meithie Behavior Specialist

Strengths:
Generally responds to 1:1 adult attention, is able to identify positive reinforcements.

Impact of disability on educational performance in general education curriculum:
Depression/Anxiety leads to behavioral struggles including hyperactivity, impulsivity + aggression that disrupt his classroom activity.

Score(s) When Available
- Teacher BASC-2 T-SC
- Hyperactivity 83
- Aggression 84
- Conduct Problems 81
- Depression 82
- See goal page:
- Date: 12-1-05

**Cognitive/Adaptive Behavior: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
- See goal page:
- Date:

**Prevocational Skills: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
- See goal page:
- Date:

| Student Name | Peak | Michael | HomeSchool | Malcolm X |
|---|---|---|---|---|
| Student ID Number | 9076039 | DOB 12/23/96 | Attending School | Malcolm X |

VIII. SPECIALIZED SERVICES     Additional Comments: ☐     Goal Number: 1

Area addressed by goal: Reading- Academics

ANNUAL GOAL: (including mastery criteria.)

**Michael will increase reading skills by at least one year's growth with 80% accuracy measured by the following short-term objectives.**

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1) Michael will continue to practice phonetic approach to identify unfamiliar words with 80% accuracy. | | quarterly |
| 2) Michael will continue to use contextual clues to define words with 80% accuracy. | | quarterly |
| 3) Michael will continue to recall the main idea from material read with 80% accuracy. | | quarterly |
| 4) Michael will continue to recall details from material read with 80% accuracy. | | quarterly |
| 5) Michael will identify synonyms, homonyms, and analogies with 80% accuracy. | | quarterly |
| 6) Michael will sequence events in a reading selection with 80% accuracy. | | quarterly |

EVALUATION PROCEDURE(S)

☒ Portfolio ☐ Log ☐ Chart ☒ Test ☒ Documented Observation ☐ Report ☐ Other

| Student Name | Peak | Michael | HomeSchool | Malcolm X |
|---|---|---|---|---|
| Student ID Number | 9076039 | DOB 12/23/96 | Attending School | Malcolm X |

DCPS - IEP
Page 3 of 4

VIII. SPECIALIZED SERVICES

Additional Comments: ☐

Goal Number: 1

Area addressed by goal: Reading- Academics Cont.

ANNUAL GOAL: (including mastery criteria.)

**Michael will increase reading skills by at least one year's growth with 80% accuracy measured by the following** short-term objectives.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 7).Michael will ~~pronounce~~ name, identify and write the 1st and 2nd grade Dolch List. | | quarterly |
| | | |
| | | |
| | | |
| | | |
| | | |

EVALUATION PROCEDURE(S)

☒ Portfolio ☐ Log ☐ Chart ☒ Test ☒ Documented Observation ☐ Report ☐ Other

| Student Name Peak | Michael | HomeSchool Malcolm X | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9076039 | DOB 12/23/96 | Attending School Malcolm X | Page 3 of 4 |

VIII. SPECIALIZED SERVICES    Additional Comments: ☐    Goal Number: 3

Area addressed by goal: Mathematics-Academic

ANNUAL GOAL: (including mastery criteria.)

Michael will increase mathematic skills by one year's growth with 80% accuracy measured by the following short-term objectives.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1) Michael will continue to subtract two or more digits with regrouping with 80% accuracy. | | quarterly |
| 2) Michael will ~~recite~~ identify & apply [handwritten; "[illegible]" written above] multiplication facts with 80% accuracy. | | quarterly |
| 3) Michael will add and subtract numbers horizontally and vertically. | | quarterly |
| 4) Michael will multiply two digits by one digit with regrouping with 80% accuracy. using the four step process. [handwritten] | | quarterly |
| 5) Michael will solve word problems involving addition, subtraction and money with 80% accuracy. | | quarterly |
| 6) Michael will count one dollar, half dollar, quarter, dime, nickel, penny combinations up to $5.00 with 80% accuracy. | | quarterly |

EVALUATION PROCEDURE(S)

☒ Portfolio ☐ Log ☐ Chart ☒ Test ☒ Documented Observation ☐ Report ☐ Other ______

Student ID Number 9076039 Michael Peak DOB 12/23/96 HomeSchool Malcolm Attending School Malcolm X

DCPS - IEP Page 3 of 4

VIII. SPECIALIZED SERVICES Additional Comments: ☐ Goal Number: ☐

Area addressed by goal: Communication (Speech/Language)

ANNUAL GOAL: (including mastery criteria.)

Student will increase receptive and expressive **language** skills to > or = 80% accuracy.

Provider(s): Speech/Language Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will formulate complex sentences with > or = 80% accuracy | | monthly |
| Student will establish relationships between words with > or = 80% accuracy. | | monthly |
| Student will define and describe given vocabulary words with > or = 80% accuracy | | monthly |
| Student will answer "wh" questions re: age appropriate information with > or = 80% accuracy | | monthly |
| Student will improve auditory memory for given information (stories, directions, sentences, etc.) with > or = 80% accuracy. | | monthly |
| | | |

EVALUATION PROCEDURE(S)

☐ Portfolio ☒ Log ☐ Chart ☐ Test ☒ Documented Observation ☐ Report ☐ Other

| Student Name | Peak | Michael | HomeSchool | Malcolm X |
|---|---|---|---|---|
| Student ID Number | 9076039 | DOB 12/23/1993 | Attending School | Malcolm X |

DCPS – IEP
Page 3 of 4

VIII. SPECIALIZED SERVICES   Additional Comments: ☐   Goal Number: 3

Area addressed by goal: Social.Emotional

ANNUAL GOAL: (including mastery criteria.)

Michael will improve his ability function with emotional intelligence in three out four situations.

Provider(s): Psychologist/Social Worker

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Michael will identify 5 positive charactericstics about himself in three out of four situations. | | monthly |
| Michael will identify what sad "looks" and "feels" like with 70% accuracy. | | monthly |
| Michael will identify what angry looks and feels like with 70% accuracy. | | monthly |
| Michael will identify situations that make him sad/angry with 70% accuracy. | | monthly |
| Michael will identify triggers that emote negative behavior (to include being on location, impulsivity and complying with authority) with 70% accuracy. | | monthly |
| Michael will identifyt strategies for coping with impulsivity and iother negative behaviors with 70% accuracy. | | monthly |

EVALUATION PROCEDURE(S)

☐ Portfolio ☐ Log ☒ Chart ☐ Test ☒ Documented Observation ☒ Report ☐ Other

| Student Name | Peak | Michael | Home School | Malcolm X | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | | DOB | Attending School | Malcolm X | Page 3 of 4 |

VIII. SPECIALIZED SERVICES Additional Comments: ☐ Goal Number: 2

Area addressed by goal: Social.Emotional

ANNUAL GOAL: (including mastery criteria.)

Social Emotional Cont'd

Provider(s): Psychologist/Social Worker

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Michael will idenify through role play and observation of role play ways to positively respond to negative situations with 70% accuracy. | | Monthly |
| | | |
| | | |
| | | |
| | | |
| | | |

EVALUATION PROCEDURE(S)

☒ Portfolio ☐ Log ☐ Chart ☒ Test ☒ Documented Observation ☐ Report ☐ Other

Student Name: Michael Peak | Managing School: Malcolm X | DCPS - Page 3
Student ID Number: 9076089 | DOB: 12/23/96 | Attending School: Malcolm X

**VIII. SPECIALIZED SERVICES** Additional Comments: ☐ Goal Number:

Area addressed by goal: Social Emotional

**ANNUAL GOAL:** (including mastery criteria.)

Michael will improve emotionality as it relates to grief and loss in 3 out of 4 situations.

Provider(s): Psychologist / Social Worker / School Staff

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Michael will understand what grief is in 3 out of 4 situations. | | Month |
| Michael will make connection between his emotions and behavior in 3 out of 4 situations. | | Month |
| Michael will explore and develop and understanding of the stages of grief. | | Monthl |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio ☐ Log ☐ Chart ☐ Test ☐ Documented Observation ☐ Report ☐ Other ______

| Student Name | Michael Peak | Managing School | Malcolm X Elementary |
|---|---|---|---|
| Student ID Number | 9076039 DOB 12/23/1996 | Attending School | Malcolm X Elementary |

DCPS - IEP
Page 4 of 4

Additional Comments: [ ]

**IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION**
**SERVICE ALTERNATIVES**

**Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in general education?** [ ] Yes [X] No

Explanation for removal out of regular education classroom.

Students behavioral/emotional concerns require full time therapeutic intervention

**X. Supplementary Aids and Services**

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing: [ ] None needed

**Timing/Scheduling:** **Allowance of cooling-off period,** time-out area in class, Breaks, varied activities, opportunity to move, Extended time

**Setting:** Reduced, minimalized distractions, Preferential seating, Special seating/proximity to monitor

**Presentation:** Assistance with interpretations of instructions, Break tasks into parts, Specific limits, clear consequences defined in advan

**Response:** Clearly defined appropriate/inappropriate behavior, Oral responses to tests/oral reports, Specific praise for appropriate beh

**Equipment:** Word list/dictionaries, Number tables or math fact sheets, Use of computer/calculator/slantboard

**DISTRICT ASSESSMENTS:**

[ ] Level III

[ ] Level IV

## DOCUMENTED LEVEL OF SERVICE

Complete and attach to MDT/IEP meeting notes

School Malcolm X Elementary Principal Vaughn Kimbrough Special Education Coordinator Mrs. Gregory

Date 01/17/2006 Case Manager B. Bailey Assistant Director Cynthia Bell

Student Michael Peak DOB 12/23/1996 Age 9 Grade 04 ID# 9076039 SSN# 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

Parent Alice Peak/Guardian Telephone (H) 2025614749 (W)

Address: 1370 (Street #) Congress St Se Apt 4 (Street) SE (Quad) (Apt. No.) Washington (City) DC (State) 20032 (Zip Code)

REFERRAL SOURCE: (Check) ☐ 120 Day ☐ Reeval. ☐ HOD ☐ SA ☐ MA ☒ Annual

☐ Nonpublic ☐ Residential ☐ Citywide ☐ Courts ☒ Local School ☐ Other:

Previous least restrictive environment (LRE Setting): Combination general education and resource classroom

## JUSTIFICATION FOR SETTING CONSIDERATION

(Submit TAT/MDT Documentation)

SUPPORTIVE DATA/DOCUMENTATION

Add

**2. ACCOMMODATIONS/ MODIFICATIONS**

See Page 4 of IEP

**3. DATA REQUIREMENTS**

| Item | Yes | No |
|---|---|---|
| Current IEP | ☒ | ☐ |
| Signatures of required participants (MDT notes) | ☒ | |
| Intervention Behavior Plan | ☐ | |
| Copies of current class work and homework assignments: | ☒ | |
| Medical Reports: | ☐ | ☐ |
| Clinical Reports: | ☐ | ☐ |
| Psychiatric Reports | ☐ | ☐ |
| Medications: | ☐ | ☒ |
| Attendance Record | ☒ | |
| Copies of most recent evaluation(s) | ☒ | |

**4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.)**

See MDT 01/17/2005

**5. Resources needed for program implementation**

Small therapeutic environment
specialized instruction
speech and language

psychosocial counseling

## 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☐ combination general education and resource classroom | ☐ combination of general educators, special educators and related service providers | ☐ between 21 % and 60% of service time |
| 3 | ☒ *out of general education classroom | ☒ special educators and related service providers | ☒ between 61 % and 100% of service time |

***In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)**

Check the level of need as indicated:

**DIRECTIONS:**

If two or three boxes are checked in the Row 1, check LOW.
If two or three boxes are checked in the Row 2, check MODERATE.
If two or three boxes are checked in the Row 3, check HIGH.

If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student.

## 7. LEVEL OF NEED

| ☐ LOW | ☐ MODERATE | ☒ HIGH |
|---|---|---|

07-02-2004

**District of Columbia Public Schools**
**Washington, D.C.**

**I.E.P. Attachment A**
**Intervention Behavior Plan**

**INTERVENTION BEHAVIOR PLAN**

**Date Developed:** 01/17/2006

Student Name Michael Peak ID# 9076039 DOB 12/23/1996 Grade 04

Address 1370 (Street #) Congress St Se Apt 4 (Street Name,) SE (Quadrant) (Apartment #) Washington (City,) DC (State,) 20032 (Zip Code)

Telephone (H) 2025614749 (W) Counselor Pamela Jones

Attending School Malcolm X Elementary Teacher Mr. Anthony / Ms. Hawkins Room ______ Section ______

**TARGETED BEHAVIOR(S):** **Additional Comments:** ☐

Wearing coat/hood during school
Failure to follow school rules
Not being on location
Poor coping skills
Failure to respond to authority

Destruction of Property

**POSITIVE INTERVENTION STRATEGIES: Student Objective**

The student will learn to accept redirection from staff.

Michael will remain on location at all times.
Michael will associate positive consequences with good behavior
Michael will be able to verbalize when / why he is having difficulty.

**Implementation description -**

Michael will receive immediate verbal praise for successful behaviors to include responding to authority.
Michael will daily, weekly goals objective for himself,

Michael will be rewarded extra free time doing of any acitivity of his choice.

**POSITIVE INTERVENTION STRATEGIES: Teacher Strategies**

Structured environment in order to reduce oportunities to disengage / go off location from staff.
Opportunity to move from one task to the next after successful completion of authority.
Model socially acceptable behavior for the student, Daily check

**MONITORING SYSTEM: Responsible Teacher -** Classroom Teacher, Staff

**Describe System -**

Point System
Token Economy System
ABC Charts

**Data collection timeline -**

Daily, Weekly,Monthly, quarterly

**FOLLOW-UP MEETING: Date -** 02/27/2006