**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**1ST GRADE REPORT CARD** SY _____
(Page one of three)
Student Name: Micheal _____
ID#: 9076024
School: Malcolm X
Teacher: W. Walker

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **READING** | 1 | 1+ | 1 | — |
| Demonstrates knowledge of letters & sounds and their relationship | — | ✓ | — | — |
| Demonstrates multiple strategies to decode & to expand vocabulary | — | ✓ | — | — |
| Reads and comprehends 25 books | — | — | — | — |
| Identifies main idea | — | ✓ | — | — |
| Retells story's events in correct sequence | ✓ | ✓ | — | — |
| Identifies story elements | * | ✓ | — | — |
| **WRITING** | 2 | 2 | — | — |
| Writes multiple sentences to convey ideas | — | ✓ | — | — |
| Reads own writing to others | — | ✓ | — | — |
| Forms upper & lower case letters correctly | ✓ | ✓ | — | — |
| Writes top to bottom, left to right | ✓ | ✓ | — | — |
| Writes familiar words correctly | — | ✓ | — | — |
| **LISTENING SKILLS** | — | 2 | — | — |
| Listens attentively | ✓ | ✓ | — | — |
| Understands & follows oral directions | ✓ | ✓ | — | — |
| **SPEAKING SKILLS** | 1 | 1 | 1 | — |
| Speaks in front of class | ✓ | ✓ | — | — |
| Recites rhymes, chants, and poetry | — | ✓ | — | — |

| INSTRUCTIONAL LEVEL | above level | on level | below level |
|---|---|---|---|
| **Reading** | | | |
| 1st Advisory | | | X |
| 2nd Advisory | | ✓ | |
| 3rd Advisory | | | |
| 4th Advisory | | | |
| **Mathematics** | | | |
| 1st Advisory | | | X |
| 2nd Advisory | | | X |
| 3rd Advisory | | | |
| 4th Advisory | | | |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **MATHEMATICS** | 1 | 1+ | 1 | — |
| Orders whole numbers through 99 | ✓ | ✓ | — | — |
| Adds whole numbers | — | ✓ | — | — |
| Subtracts whole numbers | ✓ | ✓ | — | — |
| Investigates place value concepts | ✓ | NI | — | — |
| Models fractions | ✓ | NI | — | — |
| Tells time & counts money | — | — | — | — |
| Identifies, creates & extends patterns | ✓ | — | — | — |
| Identifies geometric figures | NI | NI | NI | — |
| Collects & organizes data | ✓ | NI | — | — |
| Uses patterns to solve problems | 1 | II | — | — |

**Reporting Key:**
For overall grade in subject area:
4 = Exceeds the standard (Advanced)
Student takes initiative to exceed the standard; consistently produces excellent work, applying skills/concepts correctly; shows creativity and insight.
3 = Meets the standard (Proficient)
Student produces work that meets the standard; frequently produces very good work of high quality; applies skills/concepts correctly.
2 = Approaches the standard (Basic)
Student shows a basic working knowledge of skills/concepts; produces satisfactory work; usually applies skills/concepts correctly.
1 = Does not meet the standard (Below Basic)
Student does not show basic working knowledge of skills/concepts; seldom produces work of satisfactory quality.
For skills/expectations within subject area:
+ = Excellent          -- = Unsatisfactory
√ = Satisfactory       NI = Not Introduced

Revised 2000-2001



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**1ST GRADE REPORT CARD** SY ____-____
(Page two of three)
Student Name: _____

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **SOCIAL STUDIES** | 2 | 2 | 2 | — |
| Recognizes people & events celebrated on national holidays | ✓ | ✓ | ✓ | — |
| Defines characteristics of families and neighborhoods | ✓ | ✓ | ✓ | — |
| Demonstrates understanding of simple map skills & concepts | ✓ | ✓ | ✓ | — |
| Differentiates between past and present, present and future | ✓ | ✓ | ✓ | — |
| **SCIENCE** | 1 | 2 | 2 | — |
| Collects and organizes information about the natural world | ✓ | ✓ | − | — |
| Describes common characteristics of living things | NI | ✓ | − | — |
| Describes the life cycles of selected organisms | NI | NI | − | — |
| Uses physical properties to sort objects | − | − | − | — |
| Describes changes that occur in weather from season to season | ± | ≠ | ✓ | — |
| **MUSIC** | 2 | 3 | — | — |
| Identifies music of various cultures and styles | ✓ | ✓ | — | — |
| Interprets music through singing, listening, performing, creating, reading & writing | ✓ | ✓ | — | — |
| **ART** | — | 3 | 2 | — |
| Applies different media, techniques & processes in artworks | — | ✓ | ✓ | — |
| Uses symbols & images to convey meaning | — | ✓ | ✓ | — |

| **HEALTH & PHYSICAL EDUCATION** | 2 | 2 | 2 | — |
|---|---|---|---|---|
| Recognizes behaviors that are safe & those that are harmful | ✓ | ✓ | − | — |
| Explains characteristics of a healthy person | ✓ | ✓ | − | — |
| Shows variation in locomotor skills (e.g. hopping, sliding, jumping) | ✓ | ✓ | ✓ | — |

For the section on WORK HABITS, PERSONAL & SOCIAL SKILLS, the following key is used:
+ = Excellent
√ = Satisfactory
-- = Unsatisfactory

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **WORK HABITS** | | | | |
| Follows directions | ± | ✓ | − | — |
| Completes classwork on time | ± | ✓ | − | — |
| Works well with others/cooperates | ✓ | ✓ | − | — |
| Uses time wisely | ± | ✓ | − | — |
| Completes and returns homework | ✓ | − | − | — |
| Participates in class discussions | ± | ✓ | − | — |
| Makes an effort | ± | ✓ | − | — |
| **PERSONAL & SOCIAL SKILLS** | | | | |
| Follows classroom rules | ✓ | ✓ | − | — |
| Follows playground/school rules | ✓ | ✓ | ✓ | — |
| Respects the rights/property of others | ✓ | ✓ | − | — |
| Listens while others speak | ✓ | ✓ | − | — |
| Practices self-control | ✓ | ✓ | − | — |

| **ATTENDANCE** | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days of Instruction | 44 | 46 | 45 | 46 |
| Days Absent | — | 2 | — | 4 |
| Days Tardy | — | 0 | — | 0 |

**SUPPORT SERVICES** Check where applicable.
Additional comments from support staff attached.

| Resource; Reading | — | — | — | — |
| Resource: Mathematics | — | ✓ | — | — |
| Special Education | — | — | — | — |
| Bilingual/ESL | — | — | — | — |

Revised 2000-2001

**Grade Next Year** ___2___ (condition of ATTENDING SUMMER SCHOOL IF NOT HE SHOULD

Case 1:05-cv-01912-ESH    Document 20-5    Filed 06/27/2006    Page 3 of 3



## District of Columbia Public Schools Report Card
SY 2002-2003 (Page three of three)
### TEACHER COMMENTS

Student Name: Michael Peak                    Grade: 1

**First Advisory**  Michael is a reserve quiet [child], well liked by his classmates and [is] academically [on] his own [pace]... [illegible] of a first grader requiring [further]... [illegible] ...

Teacher Signature: W. WALKER          Date: Nov 15, 02

**Second Advisory** Michael is slowly but progressing nicely in his academics. He appears more focused and very eager to learn. His reading is improving as is his math and other subjects. Compliments both to Michael and his Dad because of the cooperation and partnership that is unfolding. The work that Michael is now producing is beginning to approach the basic standards! We are proud of him.

Teacher Signature: W. WALKER          Date: 2/5/03

**Third Advisory**  Michael is a wonderful little boy, very helpful and at times very attentive and hard working. However, it is believed that he has been very profoundly affected by the passing of his mom! Malcolm X E.S. is providing grief counseling. However, based on Michael's work products, his sudden and continuous disruptive conduct in all classes, and his inability to concentrate or produce any acceptable first grade work is a problem. It is recommended that we meet and develop a plan to assure his success in the class. (Conference Requested.) Please note: Other than drawing, Michael has completed no work this marking period.

Teacher Signature: W. WALKER          Date: 4/11/03

**Fourth Advisory**  No conferences held and Michael has continued his slide "down hill!" It is recommended that Michael should be given social-support services for grief and anger management and attend summer school for reading and math. If he does not attend, he will be retained in first grade.

Teacher Signature: W WALKER          Date: 6/17/03