

**Atlantic Health Services, Inc.**
*Commitment to Excellence*

600 Jefferson Plaza, Suite 305, Rockville, MD 20852; Tel. 301-838-3430, Fax: 301-838-3063

## CLINICAL EVALUATION

**Student:** Michael Peak  
**Parent/Guardian:** Alice Peak  
**Address:** 1397 Congress Pl. Apt. 4 SE  
**Current School:** Malcolm X  
**Grade:** 4  
**Primary Language:** English  

**Student I.D.#:** 9076039  

**Date of Birth:** December 23, 1996  
**Chron. Age:** 8 years, 11 months  
**Dates of Evaluation:** 11/21/05  
**Date of Report:** 12/1/05  

### REASON FOR REFERRAL
Michael Peak, an 8-year-old 4th grader at Malcolm X Elementary School, was seen for clinical evaluation to assess his reported disruptive and aggressive behaviors in the classroom.

### BACKGROUND INFORMATION
Michael currently resides with his maternal grandmother, and three older sisters. Michael is a product of an uncomplicated pregnancy and delivery. It is indicated in Michael's academic record that he was delayed in reaching developmental milestones, including walking, talking, and toilet training. His record also indicated that two of his sisters are diagnosed with mental retardation, and one sister is labeled as emotionally disturbed. . Michael reportedly has difficulty breathing "at night while sleeping."

Michael's mother passed away three years ago. He reportedly has never addressed her death within a professional or therapeutic setting. His most recent Psychosocial History indicated that he continues to have nightmares regarding his mothers' death, and that he frequently asks his grandmother, with whom he resides, when she "will die too." Michael has no contact with his father.

With regard to his academic performance, Michael underwent a Psychoeducational evaluation in July 2004, at which time he revealed low performances in reading comprehension, mathematics reasoning, and deficient performances in listening comprehension and oral expression. In addition, Michael was reported to have weak visual-integration skills. Based on a Speech/Language evaluation completed in July 2004, Michael has an oral language disorder with specific difficulties with his expressive vocabulary skills. He is currently labeled as learning disabled and received 15 hours of specialized instruction per week and 1 hour of speech therapy per week.

MP 7

## BEHAVIORAL OBSERVATIONS

Michael was seen during one testing session. He presented for assessment as an appropriately dressed, soft-spoken young man. During the testing session, he readily engaged with the examiner and responded to her in a cordial and appropriate manner. Michael quickly warmed to the examiner and the testing environment. He made consistent eye contact with the examiner, and engaged in casual, appropriate conversation with her. Throughout testing, Michael seemed to be giving his best effort. Overall, the results of this evaluation are believed to represent a valid estimate of his current clinical functioning.

## TESTS ADMINISTERED

Children's Apperception Test (CAT)
Bender Visual Motor Gestalt Test
The Beery-Buktenica Developmental Test of Visual-Motor Integration (VMI)
Children's Incomplete Sentences Blank
Reynolds Child Depression Scale (RCDS)
Revised Children's Manifest Anxiety Scale (RCMAS)
Projective Drawings
Clinical Interview
Record Review

*Parent Rating Scales*
Behavior Assessment Scale for Children-2nd Edition  *Attempted*

*Teacher Rating Scale*
Attention-Deficit/Hyperactivity Disorder Test (ADHDT)
Behavior Assessment Scale for Children-2nd Edition

## TEST RESULTS

*VISUAL-MOTOR FUNCTION*

On the Bender-Visual Motor Gestalt Test, a task that requires the individual to copy nine geometric figures, Michael performed in the Below Average range. His performance on this task was equal to that of an average about an average 7 year-old individual (SS =88, 30th percentile). His performance on this measure was marked by two errors of distortion and three failures to integrate key features of the figures.

Michael's evidenced slight difficulty when required to organize visual information as reflected in his performance on the Developmental Test of Visual-Motor Integration. When provided with a structured space upon which to organize and copy information, Michael's visual-motor performance was in the 23rd percentile of age-related peers (SS=89; Average). These results suggest that Michael has less difficulty organizing and processing figural visual information when structure is imposed onto the task. Overall these results are consistent with his reported difficulty with visual-integration skills.

*EMOTIONAL FUNCTION*

*Interview.* During clinical interview, Michael reported that he did not know why he was being tested. He denied having any current difficulties in school, and indicated that his favorite school activities were sports and art, and his least favorite were basketball and work. Michael reported that his family is "fine," and he stated that, most of the time, he feels "good." He stated that the best thing about him is that he likes running, and he would like to change his "hair." When asked what he would choose if he had three wishes, Michael answered, "...a motorcycle, a dirt bike, and a four-wheeler."

*Self Report.* On a self-report form (RCDS) designed to assess for the presence of depressive symptoms, Michael's responses were consistent with those of an individual who is experiencing depressive symptoms, suggesting that he is currently depressed. His Total RCDS score fell somewhat below the level of clinical significance; however the critical items that he endorsed are highly suggestive of a depressive symptoms. The critical items endorsed by Michael included, "I feel like hiding from people," and "I feel that no one cares about me." Additional items endorsed by Michael that should be noted include, "I worry about school," "I feel lonely," "I feel sad," "I feel like crying," "I feel upset about things," "I feel life is not fair," "I have trouble paying attention in class," "I feel bored," and "I feel like nothing I do helps anymore." To all of the above-mentioned items, Michael indicated that he feels this way, "All the time." Michael's responses on this form indicated that he did not feel like hurting himself, nor was he experiencing sleep difficulties or other physical problems at the time of this assessment.

On a self-report form (RCMAS) designed to assess for the presence of anxiety symptoms, Michael's responses indicated elevated, but not clinically significant, scores (Total Anxiety, T=53). Michael does not appear to be experiencing physical manifestations of anxiety (Physiological Anxiety, SS=8). His score on a subscale assessing for feelings of fear, nervousness, or oversensitivity to environmental pressures, was subclinical, but worthy of noting (Worry/Sensitivity, SS=12). In addition, his score on a subscale assessing for feelings of inadequacy and ineffectiveness was also subclinical (Social Concerns/Concentration, SS=12). His responses were determined to be valid (Lie, SS=8). While in the subclinical range, it appears that Michael is experiencing anxiety, particularly related to worry/oversensitivity and social concerns/concentration. Any underlying anxiety can interfere with a child's' ability to concentrate on academic tasks, so these factors should be considered carefully with regard to their role in Michael's current academic functioning.

*Projective Assessment.* Projective assessment results suggest that Michael is experiencing feelings of inadequacy, inefficacy, and anxiety. On a task requiring him to complete sentences, Michael indicated that, "I think most boys are *ugly*," "My family is *asleep*," My mother *is home*," "I sure wish my father would *leave*," "I like my father but *he's mad all the time*," "The other kids at school are *not playful*," "My family treats my like *I'm not even there*," My mother and I *go shopping*," "The worst thing about me is *fighting*," "My biggest enemy is *my friends*," "When I get worried, I *smile*," and "I like my mother but *she's mean*." Most concerning among these responses is Michael's report that he essentially feels invisible within his family. In addition, he demonstrates a significant lack of acknowledgment regarding his mothers' death, as he did not mention it at any time during assessment. It is very likely that Michael possesses a

fantasy of his family as it was when his mother was living, and he dwells in this fantasy to this day, not having processed his emotions and truly grieved her loss.

On a task requiring him to make up stories to go along with pictures of animals engaged in various activities, Michael's stories revealed themes of maternal protection, but also fear and danger. However, they also revealed relatively positive outcomes.

On a task requiring Michael to draw various pictures, he first drew a 10 year old boy who looked pleasant, despite having exaggerated, spiked hair. He then drew a 10 year old girl who possessed a large frown. When asked about this drawing, Michael reported that she was sad because she, "fights too much." He reported that the best thing about this girl was that she could,"make herself disappear." He added that she was so sad because people, "pick on her."

### BEHAVIORAL FUNCTION

*Parent Report.* Parent report was unable to be obtained prior to the completion of this report.

*Teacher Report.* The Attention-Deficit/Hyperactivity Test is an assessment that was standardized on a population of children already diagnosed with ADHD. Therefore, scores in the Average range on this assessment indicate an average probability of ADHD. Scores in the Low Average range on this assessment indicate a low probability of ADHD. Michael's special education teacher completed the Attention-Deficit/Hyperactivity Test. She reported a level of hyperactive, impulsive, and inattentive behavior suggestive of an average probability of ADHD symptoms. Her ratings yielded an ADHD Quotient of 106, which also indicated an average probability of ADHD.

Michael's special education teacher also completed the Behavior Assessment System for Children-Second Edition (BASC-2). The BASC-2 is used to evaluate both problem and adaptive behaviors. The BASC-2 has T-scores with a mean of 50 and a standard deviation of 10. Scores of 70 or higher indicate areas that are clinically significant.

| SCALE | T-Score | Range |
|---|---|---|
| Hyperactivity | 83 | clinically significant |
| Aggression | 94 | clinically significant |
| Conduct Problems | 81 | clinically significant |
| Anxiety | 52 | average |
| Depression | 82 | clinically significant |
| Somatization | 47 | average |
| Attention Problems | 68 | at-risk |
| Learning Problems | 56 | average |
| Atypicality | 59 | at-risk |
| Withdrawal | 68 | at-risk |
| Adaptability | 31 | at-risk |
| Social Skills | 33 | at-risk |
| Leadership | 37 | at-risk |
| Study Skills | 43 | average |
| Functional Communication | 36 | at-risk |

His teachers' responses on the BASC-2 indicate that Michael is having clinically significant difficulty with symptoms of depression as evident by reports that Michael is withdrawn, pessimistic, and sad. In addition, her ratings indicated that Michael is experiencing hyperactivity, aggression, and conduct problems. This suggests that Michael is exhibiting disruptive behaviors in the classroom, is argumentative or defiant of others, and engages in rule-breaking behavior.

## SUMMARY/EDUCATIONAL IMPLICATIONS

Michael is an 8 year old, 4th Grade student in Mr. Anthony's general education and Ms. Hawkins special education classes at Malcolm X Elementary School. The results of the current assessment reveal a child who is experiencing underlying feelings of depression and anxiety that are complicated with feelings of loss following the death of his mother, and abandonment by his father. Michael is reportedly behaving aggressively in the classroom. However during the present assessment, he showed no overt awareness or concern about any of his difficulties. In addition, Michael's documented difficulties with visual-motor integration likely make typical classroom activities difficult. Frequently, preadolescent depression manifests itself as feelings of irritability, anger, and inattention. When involved in emotionally-charged situations, Michael behaves impulsively and has difficulty expressing his feelings appropriately. He is very sensitive to and easily overwhelmed by the stressors in his environment. While his teacher's report of his behavior suggested evidence of ADHD symptoms in the classroom, it is the belief of this writer that these symptoms of inattention, hyperactivity, and impulsivity, are secondary to the significant depressive/anxiety symptoms that Michael is experiencing at this time. Michael appears to be experiencing complicated bereavement in that he has not had the opportunity to work through the death of his mother. The sequelae of this early loss and the subsequent abandonment of by his father, has lead to a significant and debilitating combination of depression and anxiety. It is the opinion of this writer that Michael be given the additional classification of Emotional Disturbance.

## RECOMMENDATIONS

1. <u>Multiple Disability Classification:</u> In addition to his current Learning Disability classification, these assessment results indicate that Michael also meets criteria for a classification of Emotional Disturbance, rendering him eligible for Multiple Disability Classification.

2. <u>School/Classroom Interventions</u>: Michael would benefit from classroom interventions to target his attentional and organizational difficulties. Specifically, within the classroom setting, he needs the following:
    a. Break his classroom assignments into short, sequential steps: divide work into smaller assignments, build reinforcement and opportunities for feedback at the end of each learning segment, hand out longer assignments in segments, and consider scheduling smaller work periods.
    b. Support participation in the classroom. For example, provide the amount of support and structure that Michael needs to feel comfortable participating in class.
    c. Provide classroom adaptations. For example, allow Michael to begin an assignment and then consult the teacher after the first few problems are complete

      to confirm that he is completing the task correctly, or to receive gentle correction if he is not.
   d. Provide training and guidance for study skills, test-taking skills, and for time management/organizational planning.
   e. Create a safe environment for learning. For example, Michael needs an environment where it is safe to learn--academically, emotionally, and socially--with any needed reprimands given privately and whenever possible, public recognition for accomplishments, encourage empathy and understanding from teachers, peers, and permit no teasing or scape-goating.

3. <u>Remediation of Visual-Motor Integration Skills:</u> Michael has documented difficulties with visual-motor integration tasks. He would benefit from occupational therapy intervention outside of the classroom to help him to develop these skills, as he is currently performing well below age-level.

4. <u>Extracurricular Activities/Enrichment Program:</u> Participation in structured extracurricular activities is also recommended for Michael to allow him more opportunities to socialize with peers, to bolster his self-esteem, and to obtain mastery of an activity that he enjoys.

5. <u>Individual Counseling/Psychotherapy:</u> Michael may benefit from individual counseling or psychotherapy to target his grief related to the death of his mother, and underlying feelings of loss, and abandonment by his father, that are likely driving his feelings of depression and anxiety.

_____
Nicole N. Zeitlin, M.S.
Psychology Resident

_____
Paul Douglass Frey, Ph.D.
Licensed Clinical Psychologist, MD, DC
Clinical Supervisor



# Malcolm X Elementary School

1351 Alabama Avenue SE
Washington, DC 20032
Telephone # (202)645-3409
Fax # (202)645-7219
Mr. V. C. Kimbrough, Principal

Fax To: Sharon Mills / Atty Advocate

School or Organization: _____

Fax Number: _____  Date: 1-12-06

This facsimile is being sent from: Tanya Gregory

Number of Pages including cover sheet _____

If you do not receive all pages, please call 202-645-3409

Remarks:

I will fax over the OT report in the AM.

The District of Columbia Public Schools

"Working Together For A Better Tomorrow"