DISTRICT OF COLUMBIA
DEPARTMENT OF SPECIAL EDUCATION
OCCUPATIONAL AND PHYSICAL THERAPY
(202) 576- 5422

## INITIAL OCCUPATIONAL THERAPY EVALUATION

**Student:** Michael Peak        **School:** Malcolm X Elementary School

**DOB:** 12/23/1996          **Student #:** 9076039

**DOE:** 12/21/2005          **Evaluator:** Judith Adams OTR/L

**Reason for Referral:**

Evaluation was completed at the request of the School Psychologist to determine whether student would benefit from occupational therapy services to increase classroom performance.

**Background Information:**

Michael is an 8-year 11month old male who attends the above-mentioned school. According to information received during interviews Michael demonstrated significant decline in classroom performance after experiencing the loss of his mother three years ago. Michael is presently being cared for by his grandmother.

**Behavior Observation:**

Michael appeared to be polite and cooperative at the time of the Occupational Therapy evaluation. He demonstrated appropriate skills necessary to complete assessment along with ability to follow two to three step commands when given. There was no evidence of sensory defensiveness during evaluation

Tests Administered:
- Motor Free Visual Perception Test – 3
- Gross Motor Assessment
- Handwriting Screening
- Clinical Observation
- Teacher and Counselor Interviews

MP 8

## Assessment Results:

### MVPT-3
Information from the visual perceptual test revealed the following scores
Raw Score:     35
Standard Score: 113
Age Equivalent:  >10-11
Percentile:      81

As indicated Michael scored above average for his age group for the ability to integrate spatial relationships, visual discrimination and figure ground, visual closure and visual memory. These skills are important for the processing of information in order to respond appropriately when encountering experiences in one's environment. An example specific to Michael would relate to his ability to perceive a given written instruction by his teacher such as the date and being clear about the relationship of the placement of the month, date and year in relation to each other. Also being able to distinguish the writing on the instructional material from the material and then being able to perform an activity at a later time using that information.

### Gross Coordination:
Gross motor skills involves the movement of larger muscle groups in the body responsible they hold the body in the required position to allow the effective use of the upper and lower extremity (arms and feet)
Michael demonstrated ability to perform appropriate sitting and standing skills during given activities.

### Fine Motor Coordination:
Fine motor skills are the movement pf smaller muscle groups of the body.
Michael was given fine motor assignments. He demonstrated appropriate spacing with writing activity but was inconsistent with the use of upper case caps and letter size formation during writing activity. He was independent with shoe tying and fastener manipulation.

### Recommendation:
Michael does not warrant skilled occupational therapy services at this time secondary to scoring in the average to above average range for his age during his assessment. Michael would however benefit from the use of word tracing books to increase his independence with consistent letter formation during writing activity.

Judith Adams OTR/L



# Malcolm X Elementary School

1351 Alabama Avenue SE
Washington, DC 20032
Telephone # (202)645-3409
Fax # (202)645-7219
Mr. V. C. Kimbrough, Principal

Fax To: Sharon Millis / Atty Advocate

School or Organization: _____

Fax Number: _____  Date: 1-12-06

This facsimile is being sent from: Tanya Gregory

Number of Pages including cover sheet _____

If you do not receive all pages, please call 202-645-3409

Remarks: I will fax over the OT report in the AM.

The District of Columbia Public Schools