

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
www.k12.dc.us

**Malcolm X Elementary School**
1351 Alabama Avenue, S.E.
Washington, D.C. 20032-5047
202-645-3409, fax: 645-7219

# Anecdotal Data
## Counselor Observation

**Name:** Michael Peak                                **Gender:** Male
**Grade:** 3                                          **Teacher:** ~~Ms Gilchrist~~(6k)
**Date:** 2004-2005 SY                                **Age:**    8

**The counselor observed the following behaviors in the classroom, playground and hallways:**

*Frequently yelled and talked out loud, screamed excessively and made unnecessary comments while the teacher was talking
*Disrespected school staff, when asked to use appropriate behavior
* Easily frustrated and resentful, when he couldn't have his way
*Defied adult request and school rules
*Unruly, threw rocks and glass. Refused to go in the building after recess
*Impulsive, moved frequently around the room, touched classmates belongings
*Walked out of class, had no regard for consequences, when told he would lose his recess
*Interrupted the reading group
*Pushed and kicked objects when angry (doors), knocked books off desk
*Constantly had to be encouraged and redirected to complete tasks
*Had numerous fights with classmates and other students
*Many times student was removed from his classroom for disrupting the learning process (during times there were substitutes teachers in his class)

Signature & Title: _Pamela Jones, Counselor_ Date: _6/2005_

*Children First*