

**District of Columbia Public Schools Report Card**
SY _____ - _____ (Page three of three)
**TEACHER COMMENTS**

Student Name: _____     Grade: _____

**First Advisory**

_____     _____
Teacher Signature                                       Date

**Second Advisory**

_____     _____
Teacher Signature                                       Date

**Third Advisory**

Michael has to work on improving his behavior
in homeroom and reporting to class everyday.
He often plays in the hall instead of reporting
to class.

_B. Gilchrist_____     _5 - 9 - 0 5_____
Teacher Signature                                       Date

**Fourth Advisory**

_____     _____
Teacher Signature                                       Date