**DUE PROCESS COMPLAINT NOTICE**
In re Michael Peak
**December 8, 2005**

| | |
|---|---|
| **Petitioner:** | Alice Peak |
| **Student:** | **Michael Peak** |
| **DOB:** | 12/23/96 |
| **Current School:** | Malcolm X Elementary School |
| **Residence:** | 1397 Congress Street, S.E., Apt. 4 |
| | Washington, D.C. 20032 |

**Petitioner's Contact Information for Special Education Purposes:**

Tyrka & Houck, LLP
1726 Connecticut Ave. N.W. Suite 400
Washington, D.C. 20009
Tel: 202-265-4260
Fax: 202-265-4264

**Violations:**

1. Failure to timely evaluate a qualified child in all areas of suspected disability.
2. Failure to develop an appropriate IEP.
3. Failure to provide all necessary special education and related services to a qualified child with a disability.
4. Failure to provide an appropriate educational placement

Facts:

1. At a November 7, 2005 MDT Meeting, DCPS
   a) determined that a current clinical evaluation, occupational therapy evaluation, and functional behavioral assessment of Michael were all warranted,
   b) recommended that psycho-social counseling be added to Michael's IEP,
   c) and concluded that Michael required a current placement in a full-time therapeutic setting.
2. DPCS has not yet completed a current clinical evaluation, an occupational therapy evaluation, and a functional behavioral assessment of Michael.
3. DCPS has not taken all the steps which are necessary to secure and fund Michael's timely placement in a full-time therapeutic setting.

**Proposed resolution:**

1. DPCS to take all steps necessary to secure and fund Michael's immediate placement at Rock Creek Academy.
2. DCPS to immediately provide funding for an independent occupational therapy, clinical and social history evaluation and an independent functional behavioral assessment of Michael.

MP 5

3. DCPS to convene an MDT meeting within five (5) days of receiving a report for each of these evaluations
   a) to review and revise Michael's IEP
   b) and to discuss and determine the provision of compensatory education
      i) for deficiencies in Michael's November 7, 2005 IEP
      ii) and for his inappropriate placement by DCPS at Malcolm X Elementary School for the 2005-2006 SY at all times prior to Michael's placement at Rock Creek Academy.
4. DCPS to pay reasonable attorney fees and costs incurred in bringing and pursuing this case.

**Resolution Meeting:**

1. The Petitioner contends that the entire IEP Team and a representative of the LEA with authority to
   a. take all steps necessary to secure and fund Michael's immediate placement at Rock Creek Academy,
   b. to immediately provide funding for an independent occupational therapy evaluation, a social history evaluation, a clinical evaluation and a functional behavioral assessment of Michael,
   c. and to convene an MDT Meeting within five (5) days of receiving a finalized report for each of these evaluations
   
   are necessary attendees at any resolution meeting.
2. If these individuals are not going to be in attendance, Petitioner requests that DCPS provide counsel with a written notice waiving its right to a resolution session 48 hours prior to any scheduled meeting.
3. The Petitioner contends that any meeting not attended by the identified individuals is not a valid resolution session, but rather an informal settlement discussion.
4. Any statements by the Petitioner or his or her representative during any resolution meeting or other settlement discussion incident to the filing of this complaint are for the purposes of compromise only.

Respectfully Submitted By,

Douglas Tyrka
Tyrka & Houck, LLP
Attorneys for the Petitioner
1726 Connecticut Ave. N.W. Suite 400
Washington, D.C. 20009
Tel: 202-265-4260
Fax: 202-265-4264

# HP LaserJet 3330



Attorney at Law
202-265-4264
Dec-8-2005    17:17

| Fax Call Report | | | | | | | |
|---|---|---|---|---|---|---|---|
| Job | Date | Time | Type | Identification | Duration | Pages | Result |
| 561 | 12/ 8/2005 | 17:12:40 | Send | 2024425556 | 4:43 | 23 | OK |

**TYRKA & HOUCK, LLP**
1726 Connecticut Ave., NW, Suite 400
Washington, DC 20009
(202) 265-4260 (ph)
(202) 265-4264 (fax)

**CONFIDENTIALITY NOTICE**

This facsimile contains confidential information belonging to Tyrka & Houck or their client(s) that is intended solely for the recipient named below. If you are not the intended recipient named below or the agent or employee thereof, this transmission was sent to you in error, and your review, use, reproduction, publication, or distribution of this transmission or the contents thereof is strictly prohibited. Tyrka & Houck expressly preserves and asserts all privileges applicable to this transmission. If you have received this transmission in error, please read no further than this Confidentiality Notice and call the telephone number above to arrange for the return of this transmission at the cost of Tyrka & Houck. Thank you.

Recipient:      Student Hearing Office

Fax number:     202-442-5556

From:           Douglas Tyrka, Tyrka & Houck, LLP

Regarding:      Donald Brown, Kimberly Cobbs, James Jackson, Youssoff Kouyate, Michael Peak, Carol Poole, James Robinson, Jaden Smith, Timothy Smith

Number of pages: 23    (including cover sheet)

Notes:          Cover Letters & Due Process Complaints