**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

MULTIDISCIPLINARY TEAM (MDT)

Prior to Action Notice

Check Purpose:
- [ ] Initial Evaluation
- [ ] Initial Placement
- [X] Reevaluation
  - [ ] Change in Category Ex
  - [ ] Related Service Add
  - [ ] Related Service
  - [ ] Change in Placement
  - [X] Annual
  - [ ] Other

Date: 01/17/2006
Student: Michael Peak  DOB: 12/23/1996
School: Malcolm X Elementary
Current Disability Category: MD
Setting: Out of general education classroom

Dear Alice Peak/Guardian

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- [X] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child
- [ ] Other

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)
- [ ] Your child is not eligible for special education services
- [X] Your child is eligible or continues to be eligible to receive special education services as a student with MD
- [X] Your child will begin receiving Psychological Services as a related service(s).
- [ ] Your child will no longer receive _____ as a related service(s)
- [ ] Your child's category of disability is being changed from _____ to _____
- [ ] Your child's alternative placement on continuum (next setting) is being changed.
  from _____ to _____
- [ ] Other: _____

Location of Services: Malcolm X Elementary

**Description and Explanation of agency action proposed or refused.**

The multidisiclplinary team met to review all of the documentation and the following setting was proposed for the student: Out of General Education in a therapeutic setting.

**Description of Other Options Considered and reasons for rejection of each option**

Based on the documentation reviewed by the team at the MDT meeting, it was determined that the student could not be educated in the general education setting or combination general education/resource setting

Other relevant factors to the decision- see MDT Notes 1/17/06

MDT Members:
- [X] Principal or Designee
- [X] Parent
- [ ] Student
- [X] Social Worker
- [X] General Education Teacher
- [X] Special Education Teacher
- [X] Speech and Language
- [X] *LEA & Interpreter (*may be one)
- [X] Psychologist
- [ ] Other: _____

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact Mrs. Gregory, _____ at _____ (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST RECORDS OR REPORTS USED

MDT Prior to Action Notice
07-02-2001                                                                              1