DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: _____     MEETING DATE: 1/1

STUDENT: Michael Peak     SCHOOL: Malcolm X ES

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Alice Peak | Alice Peak | Parent |
| Sabrina Pinnock | Sabrina Pinnock | ~~General Education Teacher~~ |
| Pamela Hawkins | Pamela Hawkins | Special Education Teacher |
| Taiya Gregory | Taiya Gregory | LEA Representative |
| Nicole Zeitlin | Nicole Zeitlin | School Psychologist |
| Judith Adams | Judith Adams | OT |
| Ronald Anthony | | SPED |

...The Procedural Mar...
...The purpose of the meeting was stated:

1. Discuss placement.

☐ IS NOT PRESENT AT THE MEETING — Michael Peak
☐ IS TO BE EXITED FROM SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE _____   MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: ___ Reevaluation

STUDENT Peak, Michael   SCHOOL Malcolm X Elem.   DATE 1/17/0_

**Additional Comments:**

Occupational Therapist
Reported on OT findings as it relates specific to request for reass_____ Based on OT eval student does not warrant OT services at this time.

School Psychologist:
Clinical evaluation findings suggest that Michael's disruptive and aggressive behaviors in the classroom are driven by significant depression and anxiety, both complicated by grief over the loss of his mother (which reportedly he has not processed emotionally) and abandonment by his father. Michael exhibits hypersensitive and impulsive behaviors, particularly when overwhelmed by environmental stressors, and it is the belief of this writer the innate depression underlies these behaviors. A classification of

Additional Testing Required: Multiple Disabilities is warranted.
OT promised to supply additional standard test to present greater insight into students performance.

Speech Pathologist
Michael continues to do well in speech and language class. He consistently reaches at least 60-65% accuracy for his goals. He is making progress towards meeting his goal of 80% accuracy. Language services will continue for 60 minutes per week to address his receptive and expressive deficits.

Social Worker - Michael participates in counseling and has done so for the past 8 months. Contd psychosocial counseling is _____ to warra__

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE _____    MULTIDISCIPLINARY TEAM (MDT)    ___ of ___
CONTINUATION MEETING NOTES
MEETING TYPE: __Reevaluation__

STUDENT __Peak, Michael__    SCHOOL __MX Elem.__    DATE __1-17-06__

Additional Comments:

General Education
Michael is extremely truant in the afternoons. He is often caught by the administration hiding or running in the halls.

Special Education Teacher
Michael is a usual student. He does have an ability to do the assignments but he does not stay focus while doing a lesson. He sometimes disturbs the other children while working, he sometimes climbs on the furniture, he runs in the room. He does not get his way with the love one to one attention if the attention is not focusing on him he starts to disturb other students.

Michael seems to deal with a lot of things, so it is hard to keep him on task in class. When he is focus he does complete some assignments. KTEA was given on 1/13/06 score on EFP last sem R=3

Please note that the team agree that Michael should be in a full time therapeutic placement on a concern educational for student with emotional disturbance. The team also recommend that the psychologist will complete adaption parent questionnaire to further review ADHD and additional OT evaluation will be conducted. Student is _____ student's disability is multiply disabled.

EC/Lh