Michael Peak MDT    1/17/06

OT was not provided until the meeting beg
The evaluation finally provided does
not have adequate test data and the
Advocate has great concerns about its
validity and reliability. Additional testing
was requested and will be done
The Clinical evaluation is not complete - no
Parent report to correlate ADHD/OHI and
no one contacted Advocate to help obtain
information from Grandmother
No Axis diagnosis Recommendations do
not include what kind of setting would
best Suited for Michael
Ed assessment done 1/13/06 was provided
at meeting. All academics below or
well below average. Goal objectives not adeq
He is currently ED/ID and may be OHI
after Grandmothers treatment
Team determined he needs small structu
therapeutic setting but the team cannot
discuss placement it has to go to site
selection committee. Parent/Advocate reques
RCA as an appropriate placement DCPS
was unable to discuss this issue
Recommendations social/objectives made
by Parent/Advocate regarding more spe
Soc/E emotional goals were not incorporat
into the IEP

MP 12