**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM (MDT)**
**Prior to Action Notice**

Check Purpose:
- [ ] Initial Evaluation
- [ ] Initial Placement
- [X] Reevaluation
  - [ ] Change in Category Exit
  - [ ] Related Service Add
  - [ ] Related Service
  - [ ] Change in Placement
  - [X] Annual
  - [ ] Other

Date 4-2-06
Student Mich___ Peak    DOB 12/23/1996
School ___lcolm X ES
Current Disability Category MD
Setting Out of _____ education classroom

Dear Alice P_____ Guardian

State and fede___ regarding students with disabilities require school systems to notify and inform parents of certain changes being ___ to their children's education program.
Therefore, you ___ notified of the following proposed changes:
- [X] Proposes ___ or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to ___ change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Other ___

A multidiscipl___ team (MDT), of which you were an invited member, has made the following decisions about your child: (c___ that apply)
- [ ] Your child is n___ ___ for special education service(s).
- [X] Your child is ___ or continues to be eligible to receive special education services as a student with MD
- [X] Your child will ___ receiving Psychological Services as a related service(s).
- [ ] Your child wi___ ___ receive ___ as a related service(s).
- [ ] Your child's ___ of disability is being changed from ___ to ___
- [X] Your child's ___ placement on continuum (next setting) is being changed.
  from ___lcolm X ES to Moten Center
- [ ] Your child is ___ eligible and will be exited from the special education program.
- [ ] Other:
Location of ___ Moten Center

**Description and Explanation of agency action proposed or refused.**
The multidi___ ___ team met to review all of the documentation and the following setting was proposed for the student: O___ ___eral Education in a therapeutic setting.

**Description of Other Options Considered and reasons for rejection of each option**
Based on th___ ___mentation reviewed by the team at the MDT meeting, it was determined that the student could not be educ___ ___ the general education setting or combination general education/resource setting

Other relevan___ ___ to the decision- see MDT Notes 1/17/06
MDT Member___ ___ Principal or Designee    [X] General Education Teacher    [X] Psychologist
    ___ Parent    [X] Special Education Teacher    [ ] Other: ___
    ___ Student    [X] Speech and Language
    ___ Social Worker    [X] *LEA & Interpreter (*may be one)

Parents may ___ ___viduals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. Th___ ___ing individuals invited by parent:

Any question ___ ___ may have concerning your child's program may be directed to the principal.
You are pro___ ___der the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of ___ ___ce to you, or have questions regarding the Procedural Safeguards, please conta___ ___regory    at ___ (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior to A___
07-02-2001                                                                                    1