IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK, ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 05-1912 |
| v. ) | JGP |
| ) | |
| DISTRICT OF COLUMBIA ) | |
|     Defendant. ) | |
| ) | |

### ORDER

In consideration of the Plaintiff's Motion for Summary Judgment, the attached Memorandum, and any opposition thereto, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Defendant shall within 30 days convene a Multidisciplinary Team meeting to develop an appropriate compensatory education plan to compensate M.P. for its failure to provide him with specialized instruction and related services from April 2003 through August 2005; and it is further

ORDERED that the Defendants shall pay the Plaintiffs' reasonable attorneys' fees and costs incurred in bringing the administrative hearing and this action.

SO ORDERED.

                                                            _____
                                                            JOHN GARRETT PENN
                                                            United States District Judge