IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALICE PEAK, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1912 (JGP) |
| DISTRICT OF COLUMBIA, | ) | |
| Defendant. | ) | |

## DEFENDANT'S STATEMENT OF PLAINTIFF'S ASSERTED MATERIAL FACTS THAT DEFENDANT DISPUTES

As indicated in the Defendant's opposition memorandum, many of the Plaintiff's stated material facts are irrelevant to the matters properly before this Court. In addition, the following are statements of fact which the Defendant more specifically disputes:

1. That M.P. was classified as emotionally disturbed at the time of the HOD. R. at 3, PSMF 2.

2. That Ms. Peak asked that M.P. be evaluated by DCPS for ADHD. R. at 33, PSMF 14.

          Respectfully submitted,

          ROBERT J. SPAGNOLETTI
          Attorney General of the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General
          Civil Litigation Division

          **/s/ Edward P. Taptich**
          EDWARD P. TAPTICH [#012914]
          Chief, Equity Section II

**August 7, 2006**

**/s/ Carol E. Burroughs**
CAROL E. BURROUGHS [#415432]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6520
Email:  Carol.Burroughs@dc.gov