IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**ALICE PEAK,**                     )
       **Plaintiff,**         )
                                    )    **Civil Action No. 05-1912**
**v.**                              )    **JGP**
                                    )
**DISTRICT OF COLUMBIA,**           )
       **Defendant.**         )
_____ )


**PLAINTIFF'S MEMORANDUM IN OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT**

In its first argument point, the Defendant suggests that the Hearing Officer concluded that "that the IEP was appropriate and therefore there was no denial of FAPE." As discussed in the Plaintiff's Memorandum in Support of Motion for Summary Judgment at 10-12, the Hearing Officer made no findings or conclusions regarding the Plaintiff's claims that DCPS had denied M.P. FAPE for years by failing to evaluate him, failing to develop appropriate IEPs, and failing to determine appropriate school placements.

Instead, the Hearing Officer improperly ignored all of the Plaintiff's claims regarding the years of violations on the basis of his finding that the Plaintiff was responsible for the failure of the most recent MDT meeting.

Similarly, the Defendant argues for summary judgment on all claims solely on the basis of the failure of that most recent meeting. The Hearing Officer's findings on that issue were relevant only to the question of whether M.P. was due an immediate placement. Ms. Houck's failure to respond to the meeting invitation does nothing to negate DCPS' years of failure to provide M.P. FAPE.

1

As discussed at length in the Plaintiff's Memorandum, the undisputed facts in the record show that DCPS did deny M.P. FAPE for years by failing to evaluate him, failing to develop appropriate IEPs, and failing to determine an appropriate placement. Given that DCPS has now performed the evaluations, radically revised the IEP, and changed the school placement, those claims are difficult to refute.

        Respectfully submitted,

/s/
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038