IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>      Defendant. )<br>) | Civil Action No. 05-1912<br>JGP |

## PLAINTIFF'S STATEMENT OF FACTS IN DISPUTE

The Plaintiff contends that any existing factual disputes are immaterial, and that the Court should grant the Plaintiff summary judgment. The Plaintiff here identifies disputes for reference in the event the Court finds them to be material.

1. Undisputed that M.P. attended Malcolm X at all times relevant to this case. M.P.'s placement has been changed to the Moten Center.

2. Undisputed.

3. Undisputed.

4. Undisputed.

5. Undisputed that Ms. Gregory so testified. Disputed, on the basis of the absence of evidence, that the test scores showed improvement. The Respondent had not offered the test scores into evidence, and Ms. Gregory did not have them with her when she testified. R. 93. On those bases, Plaintiff's counsel objected to Ms. Gregory's testimony regarding test scores. R. 93-94.

6. Undisputed.

7. Undisputed.

8. Disputed that Ms. Houck called Ms. Peak. Ms. Peak called Ms. Houck when she saw that Ms. Houck was not present at the meeting. R. 158.

9. Undisputed.

10. Undisputed.

11. Undisputed.

12. Undisputed.

13. Undisputed.

14. Undisputed.

15. Undisputed.

16. Undisputed.

17. Disputed. As the Defendant's exhibits indicate, the meeting referred to occurred on January 17 of 2006, not 2005. As the Defendant's Exhibit #10 indicates, the notice of placement issued that day continued M.P.'s placement at Malcolm X, rather than changing it to the Moten Center, as the Defendant states.

Respectfully submitted,

/s/_____
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038