IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>      Defendant. | Civil Action No. 05-1912<br>JGP |

**PLAINTIFF'S SUPPLEMENTARY STATEMENT OF FACTS NOT IN DISPUTE**

In response to the Defendant's Statement of Material Facts, to clarify certain issues, the Plaintiff submits this Supplementary Statement of Facts not in Dispute.

1. In addition to the observations noted in the Defendant's Statement #4, the MDT notes indicate that M.P.'s teacher reported that he was not capable of doing grade level work. R. 66.

2. The meeting invitation sent on June 10, 2005 indicated that the meeting was only to discuss a Student Evaluation Plan, not a new school placement. R. 77. Ms. Gregory testified at the hearing that though standard procedure is to send a meeting confirmation, she had not sent one in this case. R. 116.

Respectfully submitted,

/s/
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC 20008
(202) 332-0038

1