IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>      Defendant. | Civil Action No. 05-1912<br>JGP |

**<u>ORDER</u>**

In consideration of the Defendant's Motion for Summary Judgment, the attached Memorandum, the Plaintiff's Opposition, and any Reply, it is hereby

ORDERED that the Defendants' Motion is DENIED.

_____
JOHN GARRETT PENN
United States District Judge