UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK, )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>     Defendant. )<br>) | Civil Action No. 05-1912 (JGP) |

**JOINT MOTION TO ENLARGE TIME
TO FILE REPLIES TO OPPOSITIONS
TO CROSS MOTIONS FOR SUMMARY JUDGMENT
AND OTHER RELIEF**

Plaintiff Alice Peak and Defendant District of Columbia (the "Parties"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby move this Court for a one- week enlargement of time to file their replies to the cross-motions for summary judgment. Counsel for plaintiff is on vacation until August 21 and needs the brief extension to prepare plaintiff's reply. Counsel for the defendant will be on leave from September 2 to September 11, 2006 and also September 14 and 15, 2006. The Court has set a status conference in this case for Wednesday, September 6. The parties respectfully ask the court to reset the status conference to a time after September 15, 2006.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

|  |  |
|---|---|
|  | GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division |
|  | **/s/ Edward P. Taptich**<br>EDWARD P. TAPTICH [#012914]<br>Chief, Equity Section II |
| **/s/ Douglas Tyrka**<br>DOUGLAS TYRKA [#467500]<br>2807 27TH Street, N.W.<br>Washington, DC 20007<br>(202)332-0038<br>Counsel for Plaintiff<br><br>August 14, 2006 | **/s/ Carol E. Burroughs**<br>CAROL E. BURROUGHS [#415432]<br>Assistant Attorney General<br>441 Fourth Street, N.W.<br>      Sixth Floor South<br>Washington, D.C. 20001<br>(202) 724-6520<br>carol.burroughs@dc.gov |

## MEMORANDUM OF POINTS AND AUTHORITIES

1.   Fed. R. Civ. P. 6.

2.   LCvR 7.1(m).

3.   The inherent authority of this Court.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vi. ) | Civil Action No. 05-1912 (JGP) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Parties Joint Motion to Enlarge Time to File Their Replies to the Cross-Motions for Summary Judgment and to reset the status conference to a date after September 15, and it appearing just and proper, it is,

**ORDERED** that the Parties Consent Motion to Enlarge Time to File Replies and to Reset the Status Conference is **GRANTED;** and it is

**FURTHER ORDERED** that the Parties may file their replies to the cross-motions for summary judgment on or before August 28, 2006, and it is

**FURTHER ORDERED**, that the status conference now set for September 6, 2006 at 10:30 a.m. is continued to _____ at _____ a.m./p.m. in Courtroom ____.

                                                    _____
                                                    United States District Judge