*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **ALICE PEAK,** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA,** )<br>)<br>Defendant ) | Civil Action No. 05-1912 (JGP) |

**ORDER**

Upon consideration of the parties' **Joint Motion to Enlarge Time to File Replies to Oppositions to Cross Motions for Summary Judgment and Other Relief [23]**, it is hereby

**ORDERED** that the motion [23] is **GRANTED**; and it is further

**ORDERED** that the parties comply with the following modified schedule:

1. The parties may file replies in support of their summary judgment motions on or before August 28, 2006.

2. This status hearing previously set for September 6, 2006 is continued to October 12, 2006 at 10:30 A.M. in Courtroom 15. This hearing shall be a status hearing unless the Court determines that a hearing on the dispositive motions is necessary, in which case it shall be a motions hearing.

   **SO ORDERED.**

**DATE: August 21, 2006**                                  **JOHN GARRETT PENN**
                                                           **United States District Judge**