IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**ALICE PEAK,**                         )
       **Plaintiff,**    )
                                        )   **Civil Action No. 05-1912**
**v.**                                  )   **JGP**
                                        )
**DISTRICT OF COLUMBIA,**               )
       **Defendant.**    )
_____)

## PLAINTIFF'S MEMORANDUM IN REPLY REGARDING SUMMARY JUDGMENT

The Defendant has offered no argument that DCPS timely performed the initial evaluations of M.P. in 2004.

To the contrary, the Defendant admits (by silence, in its statement of facts in dispute) all of the Plaintiff's statements of fact relevant to the Plaintiff's argument that DCPS failed timely to perform the initial evaluations. The Defendant admits that M.P.'s teacher had clearly documented M.P.'s need for intervention in 2003, and that DCPS nonetheless failed to perform any evaluations for more than a year.

Similarly, the Defendant admits all of the facts relevant to the Plaintiff's argument that DCPS failed timely to perform evaluations of M.P. regarding his emotional and behavioral problems. With one small exception, the Defendant admits the many facts itemized on pages 13-14 of the Plaintiff's Motion, which tell some of the tragic story of M.P.'s inability to receive any real education due to his emotional and behavioral issues, and DCPS' failure to address those issues for years, until the Plaintiff brought this suit.

On the basis of those undisputed facts, for the reasons presented in the Plaintiff's Motion this Court should grant the Plaintiff summary judgment.

Respectfully submitted,

/s/ _____
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038

2