THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK,<br>   Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>   Defendant. | )<br>)<br>)<br>)  Civil Action No. 05-1912<br>)  JGP<br>)<br>)<br>)<br>) |

**CONSENT MOTION TO RESCHEDULE STATUS HEARING**

  The Plaintiff respectfully moves to reschedule the status hearing currently scheduled for October 12, 2006 and in support presents the attached memorandum.

  The Defendant has consented to this Motion.

  The Plaintiff respectfully requests that this honorable Court reschedule the October 12, 2006 status hearing to a date and time convenient to the Court.

            Respectfully submitted,

            /s/
            Douglas Tyrka, #467500
            2807 27th St., NW
            Washington, DC  20008
            (202) 332-0038

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK, | ) |
|     Plaintiff, | ) |
|  | )    Civil Action No. 05-1912 |
| v. | )    JGP |
|  | ) |
| DISTRICT OF COLUMBIA | ) |
|     Defendant. | ) |
|  | ) |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION TO RESCHEDULE STATUS HEARING**

1. A status hearing in this case is currently scheduled for the morning of October 12, 2006.

2. The Parties have completed all dispositive filings in this case. Nothing other than the dispositive motions is outstanding.

3. Plaintiff's counsel has recently been scheduled to appear at an emergency administrative hearing on that same morning. A child's school placement will be determined at that administrative hearing.

4. The Defendant has consented to the rescheduling of the status hearing.

5. Neither party will be prejudiced by a rescheduling.

                                                     Respectfully submitted,

                                                     /s/
                                                     Douglas Tyrka, #467500
                                                     2807 27th St., NW
                                                     Washington, DC  20008
                                                     (202) 332-0038