**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ALICE PEAK,** ) | |
| Plaintiff, ) | |
| ) | **Civil Action No. 05-1912** |
| v. ) | **JGP** |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| Defendant. ) | |

### ORDER

In consideration of the Plaintiff's Consent Motion to Reschedule Status Hearing, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the Parties shall appear for a status hearing at _____ on _____, in Courtroom _____.

SO ORDERED.

_____
JOHN GARRETT PENN
United States District Judge