*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **ALICE PEAK** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA** )<br>)<br>**Defendant** ) | **Civil Action No. 05-1912 (JGP)** |

**ORDER**

Upon consideration of Plaintiff's **Consent Motion to Reschedule Status Hearing [27]**, it is hereby

**ORDERED** that the motion [27] is **GRANTED**; and it is further

**ORDERED** that the status hearing previously set for October 12, 2006 is continued to November 2, 2006 at 1 P.M. in Courtroom 15.  This hearing shall be a status hearing unless the Court determines that a hearing on the dispositive motions is necessary, in which case it shall be a motions hearing.

**SO ORDERED.**

**DATE: October 5, 2006**                                                                 **JOHN GARRETT PENN**
                                                                                                          **United States District Judge**