**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALICE PEAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1912 (JGP) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

The Clerk of the Court will please note the filing of the attached declaration of Dr. Mosley, PH.D., by Defendants in this matter. Dr. Mosley is the special education coordinator at the Moten Center where Plaintiff M.P. currently attends school. In light of representations made by Plaintiffs' counsel at the November 2, 2006 status hearing regarding various problems with M.P.'s current placement, Dr. Mosley's declaration provides evidence that those representations were inaccurate and that Moten is an appropriate placement.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

|  |  |
|---|---|
|  | **/s/ Edward P. Taptich** <br> EDWARD P. TAPTICH [#012914] <br> Chief, Equity Section II |
|  | **/s/ Amy Caspari** <br> Amy Caspari [#488968] <br> Assistant Attorney General <br> 441 Fourth Street, N.W. <br> Sixth Floor South <br> Washington, D.C. 20001 <br> (202) 724-7794 |
| November 21, 2006 | email:  amy.caspari@dc.gov |