## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, ) <br> ) <br> Defendant. ) | Civil Action No. 05-1912 (JGP) |

### DECLARATION OF DEBORAH MOSLEY, PH.D.

1.  My name is Dr. Deborah Mosley. I am the Special Education Coordinator at the Moten Center. I hold a Ph.D. in Clinical Psychology from Howard University. Prior to working for the District of Columbia Public Schools, I was on the staff of the Department of Mental Health.

2.  M.P. attends the Moten Center and this is an appropriate placement for him. He is in the fifth grade. He is doing on-grade-level work and is in a class with students doing on-grade-level work or above.

3.  M.P. has not been running the halls here at the Moten Center as I am informed that Mr. Tyrka has stated. He has his outbursts, left his classroom and periodically wants to fight, but we are able to manage his behavior. In fact, M.P. has gone on field trips with us successfully.

2

4. M.P. ran for, and was elected, "clean up captain." He now talks about wanting to go for "line leader," for which there is considerable competition.

5. In August, I participated by phone in an MDT Meeting held at Malcolm X school with Ms. Peak, Sharon Millis, and Taiya Gregory. My role was to talk about the Moten Center Program. I believed a new I.E.P. was developed at that meeting. Because the computer (or Xerox?) was down, Taiya Gregory, who was soon leaving Malcolm X, gave the only copy of the I.E.P. to Sharon Millis, the educational advocate who works with Douglas Tyrka. Ms. Peak told me that Ms. Millis promised to mail her a copy. DCPS' database, Encore, was also down, so the I.E.P. was never entered into it before Ms. Gregory left. For whatever reason, Sharon Millis, has not given Ms. Peak or us a copy of that I.E.P. Thus, any representation that "the teacher did not have the latest I.E.P," which I understand was said by Mr. Tyrka, was misleading. Because we don't have that document and it is not in our Encore Database, we consider the I.E.P. dated January, 2006 to be the operative one until December, 2006 when we will do another

6. The cumulative file had not been received from Malcolm X at the time of Ms. Millis' visit to M.P.'s classroom. Ms. Millis was informed that I would be going to the school to retrieve it if it had not been placed in the route mail. Since that conversation, I personally went over to Malcolm X and received the cumulative file which is maintained in our school office.

7. It is my professional opinion that M.P. needs grief counseling and a medication evaluation. I am conservative about recommending medication evaluations, but clearly M.P. needs one. We have talked to Mrs. Peak about this and encouraged her to get these interventions in place.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20 day of November, 2006.

Deborah Mosley, Ph.D.