Page 1 of 1

## Douglas Tyrka

**From:** "Burroughs, Carol (OAG)" <carol.burroughs@dc.gov>
**To:** "'Douglas Tyrka'" <tyrka@tyrkalaw.com>
**Cc:** "Taptich, Edward (OAG)" <Edward.Taptich@dc.gov>
**Sent:** Friday, November 03, 2006 10:48 AM
**Subject:** Michael Peak

Dear Mr. Tyrka:

I talked to the Moten Center staff member this morning and they did not receive a fax from you containing the I.E.P. Please fax me the I.E.P. you claim you sent to them along with the fax confirmation sheet. Thank you.

Carol E. Burroughs
Assistant Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, DC 20001
202-724-6520
202-727-3625 fax

**Confidentiality Notice**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

12/7/2006

Exhibit 1

## Douglas Tyrka

**From:** "Douglas Tyrka" <tyrka@tyrkalaw.com>
**To:** "Burroughs, Carol (OAG)" <carol.burroughs@dc.gov>
**Sent:** Sunday, November 05, 2006 11:15 PM
**Subject:** Re: Michael Peak

Dear Ms. Burroughs:

In Dr. Mosely's most recent letter to my office, she requested a copy of an IEP created in August. Similarly, in your recent phone message you demanded that I send you a copy of an IEP created over the summer.

You also said that, according to Dr. Mosely, Sharon Millis attended the meeting at which that IEP was developed. Supposedly, because "the system was down," DCPS gave Ms. Millis the only copy of the IEP. According to you/Dr. Mosely, Ms. Millis was supposed to fax a copy of the IEP to everyone else.

As far as I can tell, Dr. Mosely's is either very confused or completely misinformed. After all the investigation that I can do, I know of no IEP meeting or IEP since January 2006. No one in my office knows of it, and we have no record of any such IEP, meeting, or invitation to a meeting. Ms. Peak does not recall any such meeting. Ms. Millis does not recall any such meeting, and knows of no IEP since January 2006, as she told Dr. Mosely on the same day Dr. Mosely sent her request to me.

Furthermore, Ms. Millis has no recollection of any meeting with DCPS regarding any student at which she was given the only copy of an IEP. That idea is silly on the face of it; were there a problem copying an IEP, I can't imagine DCPS giving Ms. Millis the only copy and asking her to fax it around to everyone. I don't know how any "system" (Encore, presumably) being unavailable would be an issue in making a copy anyway, unless the system is the copier.

In short, no one I know has any idea what you and Dr. Mosely are talking about. If there has been a meeting since the last administrative hearing, and/or an IEP has been developed, please let me know the details as soon as you learn them. Needless to say, I would be very disturbed to learn of any meeting conducted without notice to me, given DCPS' prior efforts to settle a case regarding Michael outside the presence of counsel. If I don't hear from you, I will continue to assume that Dr. Mosely has been misinformed or has misinterpreted something.

Regarding the production of the IEP we do have, as you know, we have produced it repeatedly. Both parties disclosed it for the last administrative hearing, and I have filed it in federal court at least twice, if I recall correctly. I assume that you do not need a copy from me or any fax confirmations.

---

This electronic message transmission contains information from the law office of Douglas Tyrka which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (202-332-0038) or by electronic mail (mail@tyrkalaw.com) immediately.

----- Original Message -----
**From:** Burroughs, Carol (OAG)
**To:** 'Douglas Tyrka'
**Cc:** Taptich, Edward (OAG)
**Sent:** Friday, November 03, 2006 10:48 AM
**Subject:** Michael Peak

Dear Mr. Tyrka:

12/7/2006

Exhibit 2

I talked to the Moten Center staff member this morning and they did not receive a fax from you containing the I.E.P. Please fax me the I.E.P. you claim you sent to them along with the fax confirmation sheet. Thank you.

Carol E. Burroughs
Assistant Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, DC 20001
202-724-6520
202-727-3625 fax

**Confidentiality Notice**

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

12/7/2006

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP Page 1 of 4
Additional Comments: ☐

### I. IDENTIFICATION INFORMATION

Student Name: Last **Peak**   First **Michael**   MI
Student ID **9076039**   Soc. Sec. No. **579969820**   Age: **9**   Grade **04**
Gender ☒M ☐F   Date of Birth **12/23/1996**   Ethnic Group **Black**
Address **1370 Congress St Se Apt 4**, **Washington**, **DC**, **20032**, **SE**
☐ Non-attending
Attending School **Malcolm X Elementary**   Home School **Malcolm X Elementary**
☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /
Guardian **Alice Peak/Guardian**
Address of (if different from student): ☐ Parent ☒ Guardian ☐ Surrogate
Telephone: Home **2025614749**   Work

### II. CURRENT INFORMATION

Date of IEP Meeting: **01/17/2006**
Date of Last IEP Meeting: **01/25/2005**
Date of Most Recent Eligibility Decision: **08/12/2004**
Purpose of IEP Conference:
☐ Initial IEP   ☐ Review of IEP
☒ Requested Eval.   ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: **Level III**

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)
☒ BEHAVIOR   ☒ TRANSPORTATION
☐ ESY   ☐ TRANSITION

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | Native Language |
| Parent | English | English | English | Native Language |
| Home | English | English | English | Native Language |

To be completed by Office of Bilingual Education
English and Math Proficiency Assessment
Oral: ___
Rdg./ Written: ___
Instrument: ___
Date: ___

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd Ses. Time Total | SpecEd Ses. Time Total | FREQUENCY Hr./ Min D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks/mos |
|---|---|---|---|---|---|---|
| Specialized Instruction | 0 0 0 | 5 5.0 29.5 | Hrs Week | Special Education Teacher/R | 01/18/2006 | 10 Month |
| Speech-Language | 0 0 0 | 1 1.0 1 | Hrs Week | Speech and Language Thera | 01/18/2006 | 10 Month |
| Psychological Services | 0 0 0 | 1 1.50 1.5 | Hrs Week | School Social Worker | 01/18/2006 | 10 Month |

TOTAL HOURS: 0 | 32
Total Combined Hours Per Week: ___

### V. Disability(ies) **Multiple Disabilities**

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services:
☐ 0-20%   ☐ 21-60%   ☒ 61-100%
Percent of time NOT in a General Education Setting: **100 %**

### VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Alice Peak — Guardian
Pamela Hawkins — Special Ed
Ronald Anthony — General Ed Teacher
Taiya B. Gregory — LEA Representative
Vaughn Kimbrough — Principal or Designee

Sharon Millis / Advocate
Student
Sabrina Pinnock — Speech Pathologist
Thelma Hebron — Social Worker
Nicole Zeitlin — Psychology Resident
Judith Adams OTR/L

☐ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature ___   Date ___

District of Columbia Public Schools   04-02-2004   Division of Special Education   Appendix - A   IEP Page 1 of 4

Exhibit 3

10/23/2006 10:08 FAX                                                                    ☒002

Oct. 23, 2006

This serves as a request for Michael Peak's IEP that was completed at Malcolm X in the summer.

Thanks for your assistance.

Dr. Mosley
SEC, Moten Center

Exhibit 4



# TYRKA &
## ASSOCIATES, LLC
1726 Connecticut Ave., NW ♦ Suite 400 ♦ Washington DC 20009 ♦ Phone: (202)265-4260 ♦ Fax: (202)265-4264

November 3, 2006

Dr. Mosley
Moten Center at Moten Elementary School
1565 Morris Road, S.E., 4th Floor
Washington, DC 20020
By Fax: 698-1220

RE:   Michael Peak (D.O.B. 12/23/96)

Dr. Mosley:

We represent Alice Peak, the legal guardian of Michael Peak. Michael was placed by the District of Columbia Public Schools ("DCPS") at your school for the 2006-2007 SY.

I am writing in response to your letter of October 23, 2006. In this letter, you requested a copy of an IEP for Michael that was completed at Malcolm X Elementary School in the summer of 2006.

We have thoroughly reviewed all of our files and spoken with Ms. Peak and her advocate, Sharon Millis. None of these sources indicate that an IEP was completed for Michael over the summer.

To the contrary, all of the available information confirms that Michael's most recent IEP was developed by the multidisciplinary team at Malcolm X on January 17, 2006, and that if an IEP was completed over the summer neither Ms. Peak nor her representatives participated in its development.

We are still waiting for your response to our October 23, 2006 records request. As soon as these records become available, we respectfully request that you make all necessary arrangements to provide them to our office.

Sincerely,

Douglas Tyrka

Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALICE PEAK, )
      Plaintiff, )
)
v. )  Civil Action No. 05-1912
)  JGP
)
DISTRICT OF COLUMBIA )
      Defendant. )

### VERIFIED STATEMENT OF SHARON MILLIS

1. I am over 18 years of age and competent to testify regarding the matters described herein.

2. I am the special education advocate for M.P., the grandson of Alice Peak.

3. Thus far in 2006, I have attended exactly two multidisciplinary team ("MDT") meetings regarding M.P.

4. The two meetings occurred at Malcolm X Elementary School ("Malcolm X ES") on January 17, 2006 and April 21, 2006, respectively.

5. The MDT reviewed and revised M.P.'s individualized education program ("IEP") at the January 17, 2006 meeting.

6. The MDT did not review or revise M.P.'s IEP at the April 21, 2006 meeting.

7. I know of no revision to M.P.'s IEP since January 17, 2006.

8. I have not received an invitation to any MDT meeting for M.P. since April 21, 2006. I know of no document indicating that such a meeting was ever convened or proposed. I know of no person other than Dr. Deborah Mosley, the Special

1

Exhibit 6

Education Coordinator at the Moten Center, who claims that such a meeting has occurred.

9. In my several years as an independent special education advocate, I have participated in several hundred MDT meetings within the District of Columbia Public Schools ("DCPS") system. At none of these meetings has DCPS ever given to me the only copy of an IEP or any other DCPS document.

10. On October 23, 2006, I visited the Moten Center to conduct a comprehensive classroom observation of M.P. and to obtain his educational records.

11. During that visit, I spoke to Dr. Mosley and to M.P.'s current special education teacher, Kristen Nagy.

12. Dr. Mosley informed me that M.P.'s complete file was not at the Moten Center.

13. Ms. Nagy informed me that she did not have a copy of any IEP "goals and objectives" for M.P. Ms. Nagy showed me a copy of the only IEP documents she had, which appears to be a copy of the January 17, 2006 IEP, but with the "goals and objectives" empty. A copy of the document shown to me by Ms. Nagy is attached hereto. Attachment 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 7, 2006

Sharon Millis

2