IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK,       Plaintiff, | ) ) ) ) |
| v. | ) **Civil Action No. 05-1912** ) **JGP** ) |
| DISTRICT OF COLUMBIA,       Defendant. | ) ) ) ) |

## NOTICE

Plaintiff's Counsel's contact information has changed. The new information is as follows:

Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

Respectfully submitted,

/s/
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

1