THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK,<br>  Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>  Defendant. | )<br>)<br>)<br>) Civil Action No. 05-1912<br>) JGP<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to this Court's Order of August 13, 2007, the Parties submit this Status Report and state as follows:

1) All issues have been briefed, and the Parties await the Court's decision on the cross-motions for summary judgment.

2) By a Hearing Officer's Determination of May 11, 2007, M.P.'s school placement has been changed to Rock Creek Academy.

3) Because the Plaintiff seeks compensatory education for alleged violations in the past, the change in M.P.'s current placement has no effect on the status of this case.

             Respectfully submitted,

             /s/_____
             Douglas Tyrka, #467500
             Tyrka & Associates, LLC
             1726 Connecticut Ave. NW, Suite 400
             Washington, DC  20009
             (ph) (202) 265-4260
             (f) (202) 265-4264


             /s/_____

Amy Caspari
Assistant Attorney General
for the District of Columbia
Civil Division, Equity II
441 4th St., N.W., 6th Fl. S
Washington, D.C. 20001
202-724-7794 phone
202-727-6014 fax