CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ALICE PEAK                          )
                                    )
            Plaintiff               )
                                    )
       v.                           )   Civil Case Number 05-1912 (ESH)
                                    )
DISTRICT OF COLUMBIA                )   Category    C
                                    )
            Defendant               )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 25 2007</u> from <u>Judge John Garrett Penn</u> to <u>Judge Ellen S. Huvelle</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:    <u>Judge Huvelle</u> & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk ✓