UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK,<br><br>        Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1912 (ESH)<br>)<br>)<br>)<br>)<br>) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion for summary judgment [Dkt. #19] is **DENIED**; it is

**FURTHER ORDERED** that plaintiff's motion for summary judgment [Dkt. #20] is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** this case is remanded to the hearing officer to determine (1) whether the defendant failed to provide a free appropriate public education ("FAPE") to M.P. between April 2003 and June 2005 (or during any portion of that time period), and (2) if so, what relief plaintiff is entitled to in terms of compensatory education.

**SO ORDERED**.

                                                                              /s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

Date: November 23, 2007